# EXHIBIT B

# Comcast Subpoena Compliance Policy



# Internet Compliance



**Subscriber Account Identification and Related Records**

Comcast has the ability to identify only Comcast High Speed Internet Subscriber accounts based on the following criteria:

- Internet Protocol (IP) address *including* date and time of incident;

- email account identifier;

- subscriber name and address; and

- subscriber account number.

Typically, upon receipt of a properly and timely (within 6 months) submitted valid and statutorily authorized legal request, Comcast can supply the subscriber's name, address, telephone number, email accounts, Comcast account number and current account status.

**For identification based upon an IP address:**
- Before sending a request, please confirm that the IP address is assigned to Comcast. This can be accomplished by visiting http://ws.arin.net/whois or http://www.ip2location.com/free.asp





- Because Comcast's system of allocating IP addresses uses Dynamic Host Configuration Protocol (DHCP), its subscribers are not assigned a single, constant or static IP address. Instead, a dynamic IP address is assigned and has the potential to change several times throughout the course of a month. As a result, it is necessary to include in all requests for information the specific date and time of incident when an IP address was alleged to have been used.
- Comcast currently maintains its IP log files for a period of 180 days. If asked to make an identification based upon an IP address that was used more than 180 days prior to receipt of the request, Comcast will not have information to provide. (Comcast can process preservation requests as outlined below in this Handbook.)

**For identification based upon an email address:**

- All email address accounts obtained through Comcast High Speed Internet will end in comcast.net (i.e. JohnDoe@comcast.net). If the email account ends in any other domain (i.e. @hotmail.com or @yahoo.com), Comcast will not have information responsive to the request.

**For identification based upon a person's name:**
- Comcast cannot identify a subscriber based upon a name alone. It is necessary to include the street address where it is believed the individual receives service. It may be possible in some cases to identify a subscriber based on name and a city and state (with no street address).
- Comcast will only respond to a request for identification based on the name exactly as it is written on the request. For example: if the request asks for information relating to James Doe in Springfield and Comcast's records reveal a J. Doe and/or a Jim Doe in Springfield, Comcast will not have information responsive to the request or may require additional legal process to determine if it has responsive information. If initials or nickname are used you should add a request for those other versions of the name in your legal request.

**For identification based upon a street address:**
- It is necessary to provide an entire street address. In the request, please supply the house or apartment number, the street name, the city and the zip code of the location you have targeted.

- Over a length of time it is possible that Comcast has supplied service to multiple customers at the same address. Therefore, it is necessary to narrow a search for customer identity to a specific period of time.

**For identification based upon a Comcast account number:**
- Please provide a complete account number. Legal requests with incomplete account numbers will not result in successful identifications.

**Retention Policies**

**IP Address Information**

- Comcast currently maintains Internet Protocol address log files for a period of 180 days. If Comcast is asked to respond for information relating to an incident that occurred beyond this period, we will not have responsive information and can not fulfill a legal request. (Comcast can process and respond to preservation requests as outlined below in this Handbook.)

**Web mail Account Information for email contents and attachments**

- Comcast High Speed Internet customer accounts are currently provided with up to seven separate email accounts. Customers may choose to not use Comcast email at all, instead using another provider's email such as a Hotmail or Yahoo Mail, or use those email services in addition to a Comcast email account. In cases involving another entity's email service or account, Comcast would not have any access to or ability to access customer email in response to a legal request. Legal requests seeking the contents of emails or attachments to emails should also be aware of the following:

- Where customers use Comcast email, they may use the Comcast Webmail service. This permits customers to access their email from any Internet connected computer. In this case, the contents of emails are stored on Comcast's email servers where they may be produced in response to a legal request if they have not been deleted by the customer.

- Customers may also use an email client program like Outlook Express, Outlook, or Eudora to move or "pop" email from Comcast's email servers to their own personal computers. In those cases, emails may be deleted from Comcast's email servers and if they are deleted, they are not accessible to Comcast.

- Customers may also use Webmail and an email client program and leave emails on Comcast's email servers as well as copy, not move, them to their personal computers. In these cases, emails that remain on Comcast's email servers may be produced in response to a legal request if they have not been deleted by the customer.

Comcast's Webmail service permits customers to change their email deletion policies, but the current default settings are described below.

- Inbox  (Read Mail – No automatic deletion policy)
  (Unread Mail – 45 day retention period)

- Trash  (Read Mail – 1 day retention period)
  (Unread Mail – 1 day retention period)

- Sent Mail  (Read Mail – 30 day retention period)
  (Unread Mail – 30 day retention period)

- Screened Mail  (Read Mail – 3 day retention period)
  (Unread Mail – 3 day retention period)

- Personal Folders  (Read/Unread – No deletion policy)

- Popped Mail  (Deleted immediately from web mail servers)

Note: Comcast High Speed Internet customers can set their own preferences for certain web mail deletion or retention; thus, individual customer accounts may have settings that differ from those above.  For more information about Comcast Webmail settings, see http://www.comcast.net/help/faq/index.jsp?faq=Email118193.

**Types of Requests**

Generally, the following information, when available to Comcast, can be supplied in response to the types of requests listed below. Each request is evaluated and reviewed on a case by case basis in light of any special procedural or legal requirements and applicable laws. The following examples are for illustration only.

**Grand Jury, Trial, or Statutorily Authorized Administrative Subpoena**
Law enforcement agencies are eligible to receive subscriber identification including items (1)-(6) without notice to the subscriber:
1) Subscriber's name
2) Subscriber's address
3) Length of service including start date
4) Subscriber's telephone number, instrument number or other subscriber number or identity, including a temporarily assigned network address
5) Subscriber's email account names;
6) Means and source of payment for such service (including any credit card or bank account number); and
7) In certain instances, email communications older than 180 days *with notice*.

**Judicial Summons**
Law enforcement agencies are eligible to receive subscriber identification including:
1) Subscriber's name
2) Subscriber's address
3) Length of service including start date
4) Subscriber's telephone number, instrument number or other subscriber number or identity, including a temporarily assigned network address.
5) Subscriber's email account names and
6) Means and source of payment for such service (including any credit card or bank account number).

**Court Order**
Law enforcement agencies can receive subscriber identification including:
1) Subscriber's name
2) Subscriber's address
3) Length of service including start date
4) Subscriber's telephone number, instrument number or other subscriber number or identity, including a temporarily assigned network address.
5) Subscriber's email account names and
6) Means and source of payment for such service (including any credit card or bank account number).
7) The content of certain of the subscriber's email communications can be provided if stated within the order and with notice.

**Search Warrant**
Law enforcement agencies are eligible to obtain subscriber identification including:
1) Subscriber's name
2) Subscriber's address
3) Length of service including start date
4) Subscriber's telephone number, instrument number or other subscriber number or identity, including a temporarily assigned network address.
5) Subscriber's email account names and
6) Means and source of payment for such service
 (including any credit card or bank account number).
7) The content of certain of the subscriber's email communications can be provided if stated within the order.

**Important Note on Email Communications:** In most instances, email communications in storage for 180 days or less may *only* be produced in response to a state or federal warrant and in such situations may be done so without notice to the subscriber. For email communications in storage for over 180 days, a warrant may also be used, and court orders and valid statutorily authorized administrative subpoenas may be used, but use of these two alternative methods generally requires notice to the subscriber.

**Preservation Request/ Backup Preservation Request**
Title 18 U.S.C. §§ 2703(f) and 2704 provide a mechanism for law enforcement agencies to require Comcast to preserve subscriber data until an appropriate legal order is obtained. No information can be released until Comcast receives a formal and valid legal request. The information will be retained for ninety days upon which, if no valid legal request is made, or no authorized ninety day extension is sought, the information will be permanently purged.

**Pen Register / Trap and Trace Device**
Title 18 U.S.C. § 3123 provides a mechanism for authorizing and approving the installation and use of a pen register or a trap and trace device pursuant to court order. All orders must be coordinated prior to submission to Comcast. Law enforcement will be asked to agree to reimburse Comcast's reasonable costs incurred to purchase and/or install and monitor necessary equipment. See "Reimbursement," below.

**Foreign Intelligent Surveillance Act of 1978**
>Title 50 U.S.C. §§ 1801-1862 and new §§ 105A and B. Submissions to Comcast should be coordinated with the FBI field office in Trenton, NJ or Philadelphia, PA. A Special Agent will be tasked to hand deliver the request to Comcast. Upon receipt, Comcast will handle all documents with the appropriate care and security as required by law.

**National Security Letter**
>All National Security Letters should be coordinated with the FBI field office in Trenton, NJ or Philadelphia, PA. A Special Agent will be tasked to hand deliver the request to Comcast. Upon receipt Comcast will handle all documents with the appropriate care and security as required by law. Attention must be paid to the various court proceedings in which the legal status of such requests is at issue.

**Child Abuse**
>Comcast will make information available to the National Center for Missing and Exploited Children as required by 42 U.S.C. § 13032.

**Emergency Disclosure**
>18 U.S.C. § 2702(b)(8) and § 2702(c)(4) contain provisions for the expedited release of subscriber information in situations where there is an immediate danger of death or an immediate risk of serious physical injury. Law enforcement agencies need only to adequately complete Comcast's Emergency Situation Disclosure Request form (Reference Attachment #1) and they will receive accelerated subscriber identification.

**Quick Reference**

The checklist below should function as a quick reference guide for producing a valid legal submission to Comcast and will help reduce processing time associated with overly broad or erroneous submissions.

- ✓ Verify that the IP address or e-mail address is registered to Comcast.

- ✓ Limit your request to no more than five IP address or email address elements per individual legal document (subpoena, warrant, order). This will allow us to manage your request more effectively and provide a quicker response.

- ✓ Include the IP address, email address, street address, phone number and all other pertinent information that would allow Comcast to adequately respond to your request.

- ✓ Include date and time of all incidents including seconds and time zone, i.e. 12 December 2007 @ 06:13:21 EST. State on your request specifically what you require Comcast to provide and be sure it conforms to what ECPA permits; overly broad requests often require additional follow up and may slow response time.

- ✓ Ensure that you have made the required certifications and complied with all applicable substantive and procedural requirements under the particular statutes or regulation authorizing your request. This will greatly enhance our ability to make a timely response.

- ✓ Ensure that you completely explain the nature and circumstances of any potential serious injury or death to justify an emergency disclosure.

- ✓ Ensure that all of your contact information is correct. Comcast will return legal requests via fax unless otherwise requested in the subpoena or order

**Reimbursement Fees**

The Legal Response Center does not charge for responses to legal process served by a government entity involving child exploitation. In all other situations, Comcast reserves the right to seek reimbursement for processing and responding to all legal process as permitted by law. Our policy is to discuss reimbursement with the requesting party before we incur any costs. However, in time-sensitive situations we may have to discuss costs after the fact.

Costs for the implementation of a Court Ordered Pen Register/Trap and Trace compliant/FISA requiring deployment of an intercept device are as follows:

- Intercept: $1,000.00 initial start-up fee (including the first month of intercept service) and $750.00 per month for each subsequent month in which the original order or any extensions of the original order are active.

# Cox Communications Subpoena Compliance Policy



# NOTICE TO PARTIES SERVING SUBPOENAS ON COX COMMUNICATIONS

**How to Reach Cox:**

SubpoenaResponse@cox.com

Fax: (404) 269-1898

Information Line and Voice Messages:

(404) 269-0100

**For Emergency Request Authorizations, Lawful Intercept Worksheets Forms and Additional Information go to**

http://www.cox.com/Policy/leainformation/default.asp

9/1/09

## Service of Process by Law Enforcement

Cox Communications, Inc. and its subsidiaries accept service of subpoenas, warrants and court, subject to payment of costs, at:

**SubpoenaResponse@cox.com**

**Fax: (404) 269-1898**

Our physical address is

Records Custodian
Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA 30319-1464

Physical service may be made on the agent for service of process for Cox Communications, Inc., available from the Secretary of State wherever we do business or on Corporation Service Company, 40 Technology Parkway South, Suite 400, Norcross, GA 30092. We do not accept service at any of our local offices.

Acceptance of service by facsimile or email is strictly conditioned upon payment of charges. Cox reserves the right to require payment in advance, to withhold delivery of information until payment is received and to seek enforcement of charges. Entities that fail to pay charges must serve process by the registered agent within the appropriate state and requests for expedited response will not be granted. Requesting parties will be notified if hourly charges apply and can receive a non-binding estimate.

## Time for Response

Requests are handled in the order received, subject to other pending expedited requests.

**Responsive information is generally provided within 10 business days.**

Toll and call record detail requests should be limited to the narrowest period of time possible or a significantly longer time may be required to respond. Expedited response for information other than call records, if available resources permit, will generally be provided within 3 business days.

## Contact Information

**Status Requests and Questions**
(404) 269-0100
**Service via Fax**
(404) 269-1898
**Saquonna Riley**
Phone: saquonna.riley@cox.com
Phone: (404) 269-6841
**Randy Cadenhead, Esq.**
randy.cadenhead@cox.com
Phone: (404) 269-6761
**Ming Yao** (National Security/Classified)
Phone: (678) 645-4603 (24/7)
Fax : (678) 645-1679
**After Business Hours - Emergency Only**
(Eastern Time) 1 (877) 866-4474

## Status Requests and Questions

For security reasons, all questions must be submitted in writing, along with a copy of the subpoena and response.

**Email: SubpoenaResponse@cox.com**

**Fax:** **(404) 269-1898**

**Phone:** **(404) 269-0100**
(Voice messages will be returned within 1 business day)

## Records Retention

To prevent delays in response to your request and those of others, please do not ask for the status of a request for 10 business days for subscriber information, 3 days for expedited requests and 30 days for call records. You may then fax a copy of your original subpoena with a cover page asking for the status.

The following retention policies generally apply to frequently sought records:

| | |
|---|---|
| IP Assignment Logs: | Up to 6 months |
| Subscriber Information: | 3 years |
| Call Records: | 18 months (36 in certain states) |
| Preservation Requests: | 90 days (+90 days on written request) |

## Court Order/Warrant Required

Except as provided in 10 USC § 2703, email address information, content of communications and pay-per-view information may not be provided without court order or warrant.

## Cost Reimbursement

(Authorized under 18 U.S.C.§ 2706)

- ☐ $40.00    Per account for basic information
- ☐ $80.00    Per account for expedited handling

- ☐ $40.00/Month    Telephone call detail records (other than toll)
- ☐ No Charge    Telephone toll record and basic subscriber records of 10 or less*

- ☐ $0.25/Page    Photocopies and facsimiles exceeding 10 pages
- ☐ $25.00    Data on CD-ROM
- ☐ $25.00    Express Delivery

- ☐ $75.00/Hr./Staff    Requests requiring greater than 0.5 hours ($40.00 minimum)
- ☐ $80.00 plus $150.00Hr./Staff    For preservation or expedited handling, if available

- ☐ No Charge for child pornography or endangerment investigations and of harassing or abusive calls, unless expedited response is sought

- ☐ Pen Register/Trap and Trace    $2500 for each 60 days - $2000 for each additional 60 days
- ☐ Wiretap    $3500 for each 30 days - $2500 for each additional 30 days

*Telephone subscriber requests from law enforcement in excess of 10 accounts or otherwise voluminous may be charged for under 18 USC 2706. Inaccurate requests concerning non-Cox telephone subscribers require a fee of $25 per non-Cox request. LEAs can check providers at http://www.npac.com to avoid charges for inaccuracies. Telephone account information in civil cases is charged at $40.00 per account.

## Payment Methods   (Please include reference number on invoice when sending payments.)

**Check:**    Make payable to Cox Communications, Inc. (Tax ID # 58-2112281) (Dun's # 78911374-1234)
Mail to:   Subpoena Compliance Payments
Cox Communications
1400 Lake Hearn Drive
Atlanta, GA 30319-1464

**Credit Card:**   American Express, Visa and MasterCard accepted.

**EFT:**   Contact us for instructions

# Time Warner Cable

# &

# Road Runner

# Subpoena Compliance Policy

# Subpoena Instructions

## Notes for Law Enforcement and PSAPs When Serving Subpoenas, Court Orders, And Other Lawful Process On Time Warner Cable Seeking High-Speed Data (Internet), Telephone, and Video Subscriber Data

**Please read this document thoroughly.** As part of our continuing effort to become more efficient, we ask that law enforcement agencies do not call us with questions, but instead consult the information below. If your question remains unanswered, you may email us at subpoenainquiry@twcable.com. Thank y for your compliance with this request.

1) <u>High Speed Data Subscriber Requests:</u>
If you are seeking information in connection with a Road Runner High Speed Data ("RR") IP address, please provide the IP address, along with the specific date, time and time zone during which the IP was in use. Because our residential IP addresses are assigned dynamically, we <u>cannot condu search</u> unless provided with this data (our commercial accounts are assigned static IP addresses). If your request is missing this data, it will be returned with a request that you submit corrected process.

If you are seeking information about a RR e-mail address, supply the e-mail address and we will conduct a search. However, note that e-mail addresses are less reliable data than IP addresses. Also, please note that we are only able to inform you if an account is assigned a particular e-ma address on the date on which we conduct our research. We have no historical data and may be unable to confirm who owned or used the address o any other date.

You may also provide an individual's name and street address and we can research whether or not that person has (or ever had) a RR account with Time Warner Cable.

<u>When serving a court order or a warrant that is a follow up to a prior preservation request, please include a copy of your prior request so that we can easily locate our pre-existing file in a timely manner.</u>

Finally, please note that we can only provide basic account identifying information upon service of a subpoena. If you require detailed billing records, mail content, or other similar records beyond identifying information, pursuant to federal law, we will require a court order or warrant, depending on th nature of the records sought. You may wish to contact us for more information before pursuing the appropriate request so that we can offer direction.

<u>Special Note about IPV6 and NAT:</u>
As you may have heard, **Internet Protocol version 4** (IPv4) has nearly exhausted its pool of unallocated address space. IPv6 is a version of the **Intern Protocol** (IP) that is designed to succeed IPv4. You will be able to easily identify the difference between an IPv4 and an IPv6 IP address. IPv4 addres utilizes a dotted decimal format containing 4 octets (8 bit decimal numbers in the range of 0 through 255; e.g. 192.0.2.235) separated with dots. The much larger 128 bit address space in IPv6 IP makes use of hexadecimal notation and separates each 16 bit segment with a colon. The IPv6 format includes a combination of alpha and numeric characters e.g. 2001:0db8:ac10:fe01:0000;0000;0000;0000. If you are looking for a Time Warner Cable subscriber with an IPv6 IP address, we will require the same information we currently require to conduct IPv4 subscriber lookups, that is: IP address, date, time and time zone during which the IP address was in use.

An alternative method of preserving limited IPv4 addresses in WiFi and wireless data environments is to use NAT (Network Address Translation) technology. In this environment, all users behind the WiFi or wireless router will appear to have the same IPv4 IP address. In order for TWC to identif specific user behind a WiFi or wireless device, requesting parties should provide TWC with the IP address, the date and time the IP address was use the second, the time zone, and the port. All NAT IPv4 addresses look like all non-NAT IPv4 addresses. To avoid delay, please include this additional information for all IPv4 look up requests.

2) In the interest of saving time and preventing your office/agency from submitting a request to us that does not correspond to a Time Warner Cable subscriber, we highly suggest that you consult the American Registry for Internet Numbers Database before sending your lawful process. This datab can be found at http://www.arin.net/index.shtml. In most cases, performing a search on this website will allow you to verify the internet service provid for an IP address. **Please note:** although this website will help you to confirm that Time Warner Cable/Road Runner is the proper entity, please serve actual subpoena directly to the attention of the Subpoena Compliance Team at the address specified below. All requests are handled by our Subpoe Compliance Team at the address identified in item number 5 below.

It may also be helpful to note that there are additional entities that offer Road Runner high speed data internet service to their subscribers. In additio Time Warner Cable, Road Runner is also provided by such companies such as Bright House Networks (http://www.mybrighthouse.com/corporate.aspx) and Insight Communications (http://www.insight-com.com/default.htm). Time Warner Cable ca respond to requests that seek data regarding a subscriber to one of these other services.

3) <u>Notice to Time Warner Cable's RR and Telephone Subscribers:</u>
Absent explicit direction from law enforcement to the contrary, it is Time Warner Cable's current practice to provide meaningful notice to our customer any process that seeks personally identifiable information about them. It typically takes 10-14 calendar days to notify our customers and provide them opportunity to object before we comply with any such request for their information.

If a law enforcement agency is issuing a subpoena for customer information pursuant to an ongoing investigation and there is concern that providing notice to that customer may jeopardize their investigation, **the subpoena must include a "non-disclosure" request or statement.** For example: "Tim Warner Cable is directed not to disclose this subpoena to any party as such disclosure may interfere with an ongoing investigation." If non-disclosure not important, please so note on the process so that we don't waste time contacting you to confirm that disclosure will not interfere with your investigation.

4) <u>Video Subscriber Requests:</u>
47 U.S.C. s. 551(c), the federal Cable Privacy Act (the "Act"), prohibits a cable operator from disclosing "personally identifiable information concerning

subscriber without the prior written or electronic consent of the subscriber concerned or a court order.  You must provide us with the appropriate cons or court order so that we can assist you while complying with federal law.  If you are planning on seeking information through a court order, please provide us with sufficient advance notice of the hearing date so we can provide notice of it to our subscriber.  Please also note that upon receipt of an order we will, as required by the Act and unless otherwise directed by the Court, provide our subscriber with notice of your request.

Please contact our Subpoena Compliance Team at the number below if you require additional information about this process before pursuing a cour order.

5)   Our Contact Information:

Time Warner Cable
Subpoena Compliance Team
13820 Sunrise Valley Drive
Herndon, VA  20171
Tel: (703) 345-3422
Fax: (704) 697-4911

Please note that we have set up our subpoena fax line so that it will return an automatic confirmation of receipt of a fax. However, the return confirmati will only work if your fax machine is properly configured to allow it to accept a return transmission from our fax line.

6)   Note Regarding CALEA/Digital Phone Service Related Requests:
Following receipt and review of lawful process by the TWC Law Department, administrative work relating to Time Warner Cable's CALEA responses be performed by our agent, Neustar.  Neustar may contact the law enforcement authority to discuss any issued process on Time Warner Cable's beh

Verification of telephone service assignment prior to submitting legal process:

In the interest of saving time and preventing your agency from submitting a request to us that does not correspond to a Time Warner Cable subscribe we highly suggest that you consult the Neustar LEAP database before sending your lawful process.  This database can be found at http://leap.neustar.biz.  Note that the LEAP database is a subscription-based product available only to law enforcement agencies.

Requests for Assistance from PSAPs:
If you are a PSAP that requires assistance locating address information in connection with a 911 call and your NPAC query has indicated that the ser provider is Sprint (SPRCL is Sprint's NENA ID), please contact Sprint/Nextel Corporate Security at 1-866-398-3284.

7)   Questions:
Service of process questions and status requests should be submitted via e-mail to **SubpoenaInquiry@twcable.com**.  **Please do not call us with th inquiries**.  When sending  an email seeking the status of a subpoena you previously submitted, please include the name of the agent who submitted request; the date the request was submitted; the name, address, IP address, e-mail address, or phone number for which information is being sough

8)   Emergency Requests:
We will only process emergency requests of a life and death nature on an expedited basis if law enforcement first contacts us via phone to alert us th such a request is being submitted.  If you write "urgent" or "emergency" on your request, we will not be able to distinguish this as a true life and death situation as so many other important matters contain these notes.

If assistance is required during business hours (8:30 a.m. - 5:30 p.m. EST) with an emergency request involving a RR, Video, or telephone subscribe account, law enforcement authorities may contact Time Warner Cable's Subpoena Compliance Team at our dedicated subpoena phone line (703) 3 3422.

For RR and Video **emergency requests outside normal business hours**, contact Time Warner Cable's National Operations Center at 1/877-777-226

For telephone subscriber account emergencies please contact Neustar at 1/877-510-4357, option 1.

9)   Time for Response:
Due to the volume of subpoena requests received by Time Warner Cable, responsive information is generally provided within 10-14 business days. Expedited responses, if resources permit, will generally be provided within 3 business days. Emergency responses are attempted to be made in rea time.

10)  Cost Reimbursement:
We reserve the right to seek cost reimbursement in connection with any request served upon us.  For intensive requests, we charge different amount depending on the time and effort required to comply with your request and we will seek a cost reimbursement agreement with your office prior to processing any such request.

11)  Records Retention:
The following retention policies generally apply to frequently sought records:

- IP Address Assignment Logs:  Up to 6 months
- Call Records:  Call Detail Records ("CDRs") for billed calls (i.e., international; OS/DA; any interstate billed call), inbound calls and local/intrastate c are maintained for 18 months.
- Preservation Requests:  90 days
- Connection Logs:  We do not maintain information regarding connection logs or start/stop times for internet use.
- E-mail content:  E-mail content is generally not available as subscriber E-mail is stored on our server only until it is opened.

12)  Surveillance Orders:
Law enforcement contact information for assistance with lawful intercept requests is listed below.

Service of National Security Letters ("NSL") should be coordinated through the FBI's Washington, D.C. field office (202-278-2000). That office will then forward the NSL directly to TWC Security Operations.

| | |
|---|---|
| **Address:** | Time Warner Cable |
| | Security Operations |
| | 13820 Sunrise Valley Drive |
| | Herndon, VA 20171 |
| **Phone:** | 703-345-3192 |
| **After Hours Phone:** | 877-777-2263 |
| **Fax:** | 704-414-9190 |
| **Email:** | ELSURInquiry@twcable.com |

*The information in this instruction sheet can also be found at the following site:* **http://www.timewarnercable.com/subpoenacompliance**

Updated 6/20/11

**Close Window**