Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:12-cv-02396-EMC <br><br> **[PROPOSED] REVISED ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

**REVISED ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

Upon Plaintiffs' *Ex Parte* Application for Leave to Take Expedited Discovery, and the accompanying Declaration of Peter Hansmeier, the Court hereby finds that Plaintiff has demonstrated good cause for the expedited discovery sought herein. *See UMG Recordings, Inc. v. Does*, No. 06-0652 SBA (EMC), 2006 U.S. Dist. LEXIS 32821 (N.D. Cal. Mar. 6, 2006.) Accordingly, it is hereby

ORDERED that Plaintiff may serve immediate discovery on SBC Internet Service (a wholly owned subsidiary of AT&T, and referred to herein as simply "SBC") to identify Defendant John Doe associated with Internet Protocol ("IP") address 69.109.216.238 (hereinafter "Defendant"), including the name, current (and permanent) address and telephone number, e-mail address, and Media Access

Control address associated with IP address 69.109.216.238 during the relevant time and date specified in Plaintiff's Complaint.

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

IT IS FURTHER ORDERED that, if and when SBC is served with the subpoena, within five (5) days thereof it shall give written notice, which can include use of e-mail, to the subscriber(s) whose identity is to be disclosed in response to the subpoena. If SBC and/or Defendant wishes to move to quash the subpoena, they shall do so before the return date of the subpoena, which shall be thirty (30) business days from the date of service.

IT IS FURTHER ORDERED that, if and when SBC is served with the subpoena, SBC shall preserve the data and information sought in the subpoena pending resolution of any timely filed motion to quash.

IT IS FURTHER ORDERED that counsel for Plaintiff shall provide a copy of this order to SBC when the subpoena is served. SBC should in turn provide a copy of this order to Defendant, again within five (5) business days of service of the subpoena on SBC.

This order disposes of Docket No. 4.

IT IS SO ORDERED.

DATED: _____          _____
                                   EDWARD M CHEN
                                   United States District Judge