Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br>       Plaintiff, ) <br>   v. ) <br> ) <br> JOHN DOE, ) <br> ) <br>       Defendant. ) <br> ) <br> _____) | **No. 3:12-cv-02396 EMC** <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;
(2) Discussed the available dispute options provided by the Court and private entities; and
(3) Considered whether this case might benefit from any available dispute resolution options.

Dated: July 20, 2012                                  \_\_/s/ Salt Marsh, AF Holdings Owner_____
                                                                                         PARTY

Dated: July 20, 2012                                  \_\_\_/s/\_ Brett L. Gibbs, Esq.,\_ Trial Counsel\_\_\_\_\_
                                                                                             COUNSEL