# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | No. 3:12-CV-02396-EMC |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **DECLARATION OF BRETT L. GIBBS** |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF BRETT L. GIBBS**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. Per Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a), counsel for Plaintiff submits this Declaration to notify the Court that, despite reasonable efforts, Plaintiff's counsel was unable to obtain a Joint Case Management Conference Statement in this case. Filing a Joint Statement was impossible due to the fact that Plaintiff was the only party in this case.

3. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those

matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: August 3, 2012**

By:    /s/ Brett L. Gibbs, Esq.