Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN DOE, )<br>)<br>Defendant. )<br>)<br>_____ ) | **No. C-12-02396 EMC**<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELEIF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff AF Holdings LLC, by and through its undersigned counsel, and pursuant to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause. Per the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference (hereinafter "ICMC") is scheduled for Friday August 10, 2012. (ECF No. 3.) As explained in Plaintiff's Case Management Conference Statement (ECF No. 9), John Doe is an anonymous individual associated with the Internet Protocol ("IP") address 69.109.216.238, which was issued by the Internet Service Provider ("ISP") SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T"). Plaintiff served that subpoena on AT&T shortly after the Court

granted Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery. Currently, however, AT&T has not delivered any information related to the account holder of IP address 69.109.216.238, and currently, there is nothing to report to the Court in regards to the progress of that production. The ISP is currently looking through its records for that information, and there is no set date for getting it to Plaintiff. In other words, Plaintiff is waiting for the information on the account holder of IP address 69.109.216.238 before it can proceed to contact the account holder, and ultimately identify, and possibly serve, the infringer in this case. (*See* ECF No. 9.)

At this juncture, Plaintiff believes that, in light of the above, a case management conference is unnecessary as there is nothing substantive to report on at this time outside of the matters discussed herein. Such a hearing would be a waste of the Court's time and resources.

For this reason, Plaintiff respectfully requests that this Court continue the ICMC to **Friday, November 30, 2012, at 9:00 a.m.**, or to a later date that is in accordance with this Court's schedule..

Respectfully Submitted,

                            PRENDA LAW INC.,

**DATED: August 8, 2012**

                       By:    /s/  Brett L. Gibbs, Esq.

                            Brett L. Gibbs, Esq. (SBN 251000)
                            Of Counsel for Prenda Law Inc.
                            38 Miller Avenue, #263
                            Mill Valley, CA 94941
                            blgibbs@wefightpiracy.com
                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                             /s/ Brett L. Gibbs
                                                              Brett L. Gibbs, Esq.