Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | **No. C-12-02396 EMC** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION FOR** |
| JOHN DOE, | ) | **LEAVE TO CONTINUE INITIAL** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On August 8, 2012, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for August 10, 2012, is continued to **Friday, November 30, 2012, at 9:00 a.m.**

DATED:_____        _____
United States District Court Judge
Edward M. Chen