UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS, LLC                                        Case No. 3:12-cv-02396-EMC
            Plaintiff(s),
                                       ADR CERTIFICATION BY PARTIES
                                       AND COUNSEL
      v.

Joe Navasca
            Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.


November 23, 2012                                          /S/ Joe Navasca
                                                                 Joe Navasca - Defendant


November 23, 2012                                          /s/ Nicholas Ranallo
                                                                  Nicholas Ranallo – Attorney for Defendant

## **CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on this 23rd day of November, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/            Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law