Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVASCA <br><br> Defendants. | Case No. 3:12-cv-02396-EMC <br><br> **DEFENDANT JOE NAVASCA'S CERTIFICATION OF INTERESTED PARTIES** <br><br> (Pursuant to N.D. Cal. Civ. L.R. 3-16) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, Defendant is unaware of any interested party related to Defendant in this litigation.

DATED: November 23, 2012  NICHOLAS RANALLO, ATTORNEY AT LAW

         By: _____/s/ Nicholas Ranallo
           Nicholas Ranallo (Cal Bar # 275016)
           Attorney for Defendant
           371 Dogwood Way
           Boulder Creek, CA 95006
           (831) 703-4011
           Fax: (831) 533-5073
           nick@ranallolawoffice.com

# CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 23rd day of November, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/            Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law