**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:**  November 30, 2012**Time:** 9:22-9:34
                    **Court Reporter:** Kathy Wyatt (925)212-5224

**Case No. and Name:**  C12-2396 EMC AF Holdings LLC v. Doe

**Attorneys:**  Brett Gibbs for Plaintiff
        Nicholas Ranallo for Defendant Joe Navasca

**Deputy Clerk:**  Betty Lee

**PROCEEDINGS:**

- Case Management Conference

**SUMMARY:**

This case is referral to ADR for ENE.  ENE is to be completed within 90 days.  Initial disclosures shall be exchanged by 12/3/12.  Parties shall meet and confer regarding the issue of validity of assignment.  Further CMC is set for 12/21/12 at 10:30 a.m.   Resolution of standing issue or plan for limited discovery to be discussed at that time.  An updated joint CMC statement shall be filed by 12/14/12.

cc: ADR