Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for: Putative John Doe in 3:12-cv-04976-JSW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AF HOLDINGS, LLC, | 4:2012-cv-02049-PJH |
|---|---|
| Plaintiff, | Assigned to: Hon. Phyllis J. Hamilton |
| v. | |
| JOHN DOE, et al., | Complaint filed:  04/24/2012 |
| Defendants. | **DECLARATION OF MORGAN E. PIETZ IN SUPPORT OF JOHN DOE'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| AND ALL RELATED CASES | |

**DECLARATION OF MORGAN E. PIETZ IN SUPPORT OF
JOHN DOE'S ADMINISTRATIVE MOTION TO RELATE CASES**

## DECLARATION OF MORGAN E. PIETZ

I, Morgan E. Pietz, have personal knowledge of the facts alleged herein and hereby declare as follows:

1. I am an attorney duly admitted to the practice of law in the state and federal courts of the State of California.

2. I am the attorney principally responsible for the representation of an individual ISP subscriber who is alleged by Ingenuity 13, LLC to be the John Doe defendant in *Ingenuity 13, LLC v. John Doe*, N.D. Cal. Case No. 3:12-cv-04976-JSW.

3. Attached hereto as Appendix 1 is a true and correct copy of a federal filing made by the attorney for Alan Cooper in two federal cases in Minnesota. This filing contains a number of "Exhibits" which are identified by letter and cited in the accompanying Administrative Motion to Relate Cases.

4. Attached hereto as Appendix 2 is a true and correct copy of a sworn affidavit executed by Alan Cooper of Minnesota.

5. Attached hereto as Appendix 3 is a true and correct copy of a hearing transcript from *Sunlust Pictures, LLC v. Tuan Nguyen*, M.D. Fl. 8:12-cv-1685.

6. Attached hereto as Appendix 4 is a true and correct copy of a hearing transcript from *AF Holdings v. John Doe and John Boston*, N.D. Cal. 12-cv-2048-EJD.

7. Attached hereto as Appendix 5 is a true and correct copy of my recent meet and confer emails with plaintiff's counsel Brett Gibbs seeking clarity on the troubling Alan Cooper issues.

8. I recently filed a Notice of Related Cases (which is the Central District equivalent to an Administrative Motion to Relate Cases) in the Ingenuity 13 and AF Holdings cases pending in the Central District of California. Mr. Gibbs filed a response opposing the transfer of Ingenuity 13 and AF Holdings cases to the same Judge. I attempted to call Mr. Gibbs prior to filing this motion to see if he would change his mind and stipulate to transfer here. After being transferred to Mr. Gibbs' extension, the line rang a few times, the call was picked up, but then immediately went dead, without transferring

**DECLARATION OF MORGAN E. PIETZ IN SUPPORT OF
JOHN DOE'S ADMINISTRATIVE MOTION TO RELATE CASES**

me to voicemail, which makes me think Mr. Gibbs is still avoiding me. <u>Appendix 5</u>, p. 1. However, I have no reason to believe Mr. Gibbs' answer on this issue in this District will be any different than his answer in the Central District of California.

     9.    Concurrently with the filing of this motion, the undersigned counsel has filed in the low-numbered action an Administrative Motion for Leave to Exceed the Five-Page Limit applicable for administrative motions to consider whether cases are related.  *AF Holdings, LLC v. John Doe*, N. Cal. No. 4:2012-cv-02049-PJH, ECF No. 38.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: December 13, 2012          THE PIETZ LAW FIRM

                                               */s/ Morgan E. Pietz*

                                               Morgan E. Pietz
                                               THE PIETZ LAW FIRM
                                               Attorney for Putative John Doe(s)
                                               Appearing on Caption

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, the above document was submitted to the CM/ECF system, which sent notification of such filing(s) to the plaintiff, which is registered for electronic service.

Respectfully submitted:  December 13, 2012     THE PIETZ LAW FIRM
                                               */s/ Morgan E. Pietz*
                                               Morgan E. Pietz
                                               THE PIETZ LAW FIRM
                                               Attorney for Putative John Doe(s)
                                               Appearing on Caption