1                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                         SAN JOSE DIVISION

3
      AF HOLDINGS, LLC,
4
               PLAINTIFF,              CASE NO.  C-12-2048-EJD
5
        VS.                            SAN JOSE, CALIFORNIA
6
      JOHN DOE AND JOHN BOTSON,        SEPTEMBER 28, 2012
7
               DEFENDANTS.             PAGES 1 - 16
8

9

10
                      TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
12

13                      A-P-P-E-A-R-A-N-C-E-S

14
       FOR THE PLAINTIFF:    STEEL HANSMEIER
15                           BY:   BRETT L. GIBBS
                             38 MILLER AVENUE, NUMBER 263
16                           MILL VALLEY, CALIFORNIA 94941

17
       FOR THE DEFENDANTS:   NICHOLAS RANALLO
18                           BY:   NICHOLAS RANALLO
                             P.O. BOX 3967
19                           SANTA CRUZ, CALIFORNIA 95063

20
       OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
21                                 CERTIFICATE NUMBER 8074

22
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
23    TRANSCRIPT PRODUCED WITH COMPUTER.

24

25

```
 1      SAN JOSE, CALIFORNIA                    SEPTEMBER 28, 2012

 2                       P R O C E E D I N G S

 3          (COURT CONVENED.)

 4              THE CLERK:  CALLING CASE NUMBER 12-02048, A.F.

 5      HOLDINGS LLC VERSUS DOE, ET AL.

 6          ON FOR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT.

 7          COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.

 8              MR. RANALLO:  NICHOLAS RANALLO FOR THE DEFENDANT AND

 9      MOVANT JOHN BOTSON.

10              THE COURT:  THANK YOU.  GOOD MORNING.

11              MR. RANALLO:  GOOD MORNING, YOUR HONOR.

12              MR. GIBBS:  GOOD MORNING, YOUR HONOR.  BRETT GIBBS

13      ON BEHALF OF THE PLAINTIFF A.F. HOLDINGS.

14              THE COURT:  THANK YOU, GOOD MORNING.  I RECEIVED

15      YOUR PLEADINGS AND BRIEFINGS.  THANK YOU FOR THOSE.  THOSE WERE

16      VERY HELPFUL.

17          I'M CURIOUS ABOUT A COUPLE OF THINGS HERE.  AS TO THE

18      PLAINTIFF'S ACTUAL CLAIM, LET ME JUST ASK YOU, IS THIS A -- IS

19      THIS A COPYRIGHT INFRINGEMENT TYPE OF A CLAIM?  IS THAT WHAT

20      THIS IS?

21              MR. GIBBS:  NO, YOUR HONOR, IT'S SEPARATE FROM THE

22      COPYRIGHT INFRINGEMENT CLAIM.

23              THE COURT:  I SEE.

24              MR. GIBBS:  IT'S ABOUT THE CONTROL OF ONE'S HOME

25      NETWORK AND THE POTENTIAL FOR ABUSE AND KNOWING THAT AND
```

09:13AM  1    ESPECIALLY IN OUR PLEADINGS EVEN KNOWING OR POSSIBLY THAT THE

09:13AM  2    ABUSE IS HAPPENING AND LETTING IT HAPPEN.

09:13AM  3        SO IT'S SEPARATE FROM THE COPYRIGHT ACT.

09:13AM  4            THE COURT:  I SEE.  SO ARE YOU SUGGESTING THAT -- IS

09:13AM  5    IT BOTSON?

09:13AM  6            MR. RANALLO:  YES.

09:13AM  7            THE COURT:  AND YOU'RE SUGGESTING THAT MR. BOTSON,

09:13AM  8    AND PERHAPS OTHERS, HAVE A DUTY?

09:13AM  9            MR. GIBBS:  WELL, WE'RE SUGGESTING OR ALLEGING THAT

09:14AM  10   HE EITHER KNEW OR SHOULD HAVE KNOWN THAT OTHERS WOULD HAVE

09:14AM  11   COMMITTED SUCH ACTS OVER HIS NETWORK.

09:14AM  12       WE DON'T KNOW EXACTLY WHAT WAS HAPPENING BECAUSE WE HAVE

09:14AM  13   NOT GOTTEN INTO THE DISCOVERY PHASE YET SO WE HAVE NOT GONE

09:14AM  14   THROUGH EXTENSIVE DETAILS, BUT OUR ALLEGATIONS ARE THAT HE KNEW

09:14AM  15   OR SHOULD HAVE KNOWN THAT THESE INDIVIDUALS WERE ESSENTIALLY

09:14AM  16   USING HIS NETWORK TO COPYRIGHT -- SORRY -- VIOLATE OUR CLIENT'S

09:14AM  17   COPYRIGHTS.

09:14AM  18           THE COURT:  I SEE.

09:14AM  19           MR. GIBBS:  SO IT'S NOT AN INFRINGEMENT BASED CLAIM.

09:14AM  20   IT'S A NEGLIGENCE BASED CLAIM.  IT'S SOMETHING SEPARATE

09:14AM  21   ESSENTIALLY FROM THE INFRINGEMENT.

09:14AM  22           THE COURT:  AND SO HOW WOULD HE GAIN THAT KNOWLEDGE

09:14AM  23   THAT WOULD THEN REQUIRE A DUTY, WHICH I THINK IS YOUR THEORY?

09:14AM  24           MR. GIBBS:  SURE.  YEAH.  IT COULD BE SOMETHING

09:14AM  25   AS -- WE DON'T KNOW.  I MEAN, OBVIOUSLY IT'S SPECULATION AT

09:14AM  1    THIS POINT.  WE DON'T KNOW WHAT THE CIRCUMSTANCES ARE.

09:14AM  2         WE NEED TO EXPLORE THAT IN DISCOVERY, LIKE I SAID.

09:14AM  3              THE COURT:  SO ABSENT THAT KNOWLEDGE THEN, IF

09:15AM  4    SOMEONE HAS A HOME NETWORK, LIKE SO MANY MILLIONS OF FOLKS DO,

09:15AM  5    DOES THIS THEN CREATE AN OBLIGATION FOR YOU TO SET UP SOME TYPE

09:15AM  6    OF A PROTOCOL OF PROTECTION?

09:15AM  7              MR. GIBBS:  I THINK IF THERE IS KNOWLEDGE THAT OTHER

09:15AM  8    PEOPLE POTENTIALLY COULD ABUSE THEIR HOME NETWORK IN ORDER TO

09:15AM  9    DO THINGS LIKE COPYRIGHT INFRINGEMENT, THERE IS -- YES, THERE

09:15AM  10   IS A DUTY TO DO THAT.

09:15AM  11             THE COURT:  FOREVER?

09:15AM  12             MR. GIBBS:  YEAH.  LET'S JUST TAKE OUR ALLEGATIONS.

09:15AM  13   IF MR. BOTSON HAD KNOWN THAT ONE -- A PERSON IN HIS HOUSEHOLD

09:15AM  14   WAS USING THE INTERNET, AND LET'S SAY THAT THIS PERSON TOLD

09:15AM  15   HIM, FOR INSTANCE, THAT HE WAS GOING TO USE THE INTERNET.

09:15AM  16             THE COURT:  OKAY.

09:15AM  17             MR. GIBBS:  YOU CAN'T JUST SAY, WELL, YOU CAN DO

09:15AM  18   WHATEVER YOU WANT, I'M NOT GOING TO PARTICIPATE.  YOU'RE

09:15AM  19   ESSENTIALLY -- YOU'RE ESSENTIALLY PART OF THAT.  YOU'RE

09:16AM  20   ALLOWING THAT TO HAPPEN ON YOUR NETWORK, WHETHER THAT HAPPENED

09:16AM  21   OR NOT, WE DON'T KNOW IN THIS SITUATION.

09:16AM  22             THE COURT:  I SEE.

09:16AM  23             MR. GIBBS:  BUT I THINK THAT AT SOME POINT THERE HAS

09:16AM  24   TO BE SOME RECOGNITION THAT THEIR RESPONSIBILITY BY PEOPLE

09:16AM  25   THAT, YOU KNOW, JUST LEAVING SOMETHING OPEN AND SAYING, OH, YOU

09:16AM  1    KNOW, I -- THE PROVERBIAL YOU LEAVE THE GUN ON THE BED AND, OH,

09:16AM  2    I DIDN'T DO ANYTHING, BUT IT ALLOWED SOMETHING ELSE TO HAPPEN,

09:16AM  3    THAT'S WHAT WE'RE TALKING ABOUT HERE --

09:16AM  4            THE COURT:  I SEE.

09:16AM  5            MR. GIBBS:  -- IS NEGLIGENCE.

09:16AM  6            THE COURT:  SO THE SITUATION WHERE SOMEONE HOUSESITS

09:16AM  7    FOR THEIR GREAT AUNT AND THE NEPHEW COMES IN AND THE GREAT AUNT

09:16AM  8    AFTER 50 YEARS OF NEVER TAKING A VACATION SHE DECIDES FINALLY

09:16AM  9    I'M GOING TO TAKE THE WEEKEND OFF AND HAVE MY NEPHEW COME AND

09:16AM  10   HOUSESIT FOR ME.  AND SHE HAS A DUTY THEN TO TELL BERNIE NOT TO

09:16AM  11   USE THE INTERNET FOR ANY TYPE OF COPYRIGHT INFRINGEMENT OR TO

09:16AM  12   ESTABLISH SOME PROTOCOL?

09:17AM  13           MR. GIBBS:  THE COURT, FOR INSTANCE, HAS OPEN WIFI

09:17AM  14   NETWORK AND THEY HAVE -- AS WAS POINTED OUT IN THIS CASE.

09:17AM  15       BUT THEY ALSO WARN THAT THERE ARE CERTAIN THINGS THAT YOU

09:17AM  16   CAN'T DO OVER THAT NETWORK.

09:17AM  17       I THINK THAT THAT'S SORT OF THE THEME HERE.  YOU CAN'T

09:17AM  18   JUST SAY DO WHATEVER YOU WANT, I'LL TURN A BLIND EYE TO IT.

09:17AM  19           ESSENTIALLY, YEAH, I MEAN, THAT'S EXACTLY WHAT WE'RE -- I

09:17AM  20   MEAN, WE'RE SAYING THAT THERE NEEDS TO BE SOME SORT OF

09:17AM  21   PARAMETERS THERE.  OBVIOUSLY ONCE THAT HAPPENS, YOU KNOW, IF

09:17AM  22   SOMEONE INTENTIONALLY SAYS, YES, I WILL, YOU KNOW, RESPECT

09:17AM  23   THAT, BUT DOES IT ANYWAY, OBVIOUSLY THAT PERSON IS -- AND IS IN

09:17AM  24   TROUBLE AND SHOULD BE PROSECUTED FOR THAT.

09:17AM  25           BUT I THINK BEFORE THAT POINT, YOU KNOW, THERE NEEDS TO BE

09:18AM 1    SOME SORT OF -- I MEAN, THAT'S WHY WE BLOCK OUR NETWORKS

09:18AM 2    NOWADAYS, THAT'S ONE OF THE REASONS.

09:18AM 3        BACK TEN YEARS AGO, IF YOU WERE GOING TO OTHER PEOPLE'S

09:18AM 4    HOUSES, THERE WASN'T SUCH -- THERE WAS NO SUCH THING AS A

09:18AM 5    LOCKED NETWORK.  IT WAS EVERYTHING WAS OPEN.

09:18AM 6        NOWADAYS IT'S LIKE 90 PERCENT IS LOCKED.  SO I THINK

09:18AM 7    EVERYONE IS GETTING THE MESSAGE THAT YOU JUST CAN'T SHARE WITH

09:18AM 8    EVERYBODY ELSE.

09:18AM 9        THE COURT:  BUT THERE ARE PLACES WHERE SOME PEOPLE,

09:18AM 10   AND I DON'T MEAN TO SOUND AGELESS SO PARDON ME, THERE ARE SOME

09:18AM 11   FOLKS WHO PERHAPS GREW UP AT A TIME WHEN TRUMAN AND EISENHOWER

09:18AM 12   WERE PRESIDENT AND PROBABLY DIDN'T GROW UP WITH THE NETWORK OR

09:18AM 13   THE INTERNET LIKE MANY OF US DO HAVE AND SO THEY DON'T KNOW

09:18AM 14   ABOUT BLOCKING.

09:18AM 15       AND I THINK WE KNOW ANECDOTALLY THAT WHAT WE HAVE READ

09:18AM 16   THERE ARE SOME PEOPLE WHO DRIVE AROUND NEIGHBORHOODS AND TO

09:19AM 17   CATCH UNPROTECTED I SUPPOSE WIFI NETWORKS AND THEY ENGAGE IN

09:19AM 18   ACTIVITY BY GAINING ACCESS.

09:19AM 19       DO THOSE PEOPLE WHO DON'T KNOW HOW TO LOCK UP, JUST

09:19AM 20   BECAUSE OF A DISINTEREST OR IGNORANCE OF HOW TO DO THAT, THEY

09:19AM 21   OWE A DUTY?  ARE THEY LIABLE?

09:19AM 22       MR. GIBBS:  LET ME GO BACK TO BEFORE WHERE WE'RE

09:19AM 23   SAYING PEOPLE ARE GOING THROUGH NETWORKS LOOKING FOR OPEN

09:19AM 24   NETWORKS.  I THINK THAT'S SOMEWHAT OF AN EXAGGERATION OF WHAT

09:19AM 25   HAPPENS.  I THINK A LOT OF PEOPLE THINK THAT PEOPLE ARE GOING

09:19AM  1    IN AND HACKING IN THEIR NETWORK AND DOING ALL OF THESE THINGS

09:19AM  2    TO THEM WHEN IN REALITY THAT'S NOT THE CASE.  WE DON'T HAVE

09:19AM  3    THOUSANDS OF PEOPLE IN OUR NEIGHBORHOOD JUST TRYING TO STEAL

09:19AM  4    OUR INTERNET SERVICE.

09:19AM  5            THE COURT:  WELL, THERE'S A COUNTY COURTHOUSE ABOUT

09:19AM  6    A MILE AND A HALF AWAY, AND I'D RATHER THINK ON ARRAIGNMENT

09:19AM  7    CALENDARS THEY DO HAVE PEOPLE WHO HAVE DONE THAT.

09:19AM  8            MR. GIBBS:  I'M NOT SAYING THAT IT HAS NOT HAPPENED

09:19AM  9    BEFORE.  I'M JUST SAYING THAT THE FEAR THAT IT HAPPENS ALL OF

09:19AM  10   THE TIME IS MAYBE A LITTLE BIT, YOU KNOW, GOES BEYOND.

09:19AM  11           THE COURT:  I SEE.  ALL RIGHT.

09:20AM  12           MR. GIBBS:  BUT I BELIEVE THAT THERE IS -- WHEN

09:20AM  13   YOU'RE SIGNING UP FOR THE INTERNET, USUALLY THE PEOPLE THAT

09:20AM  14   COME TO YOUR HOUSE, THEY EXPLAIN TO YOU THE SITUATION.  THEY

09:20AM  15   EXPLAIN TO YOU ABOUT LOCKING YOUR NETWORK, THEY EXPLAIN TO YOU

09:20AM  16   ALL OF THESE THINGS.

09:20AM  17       SO THESE THINGS ARE ALREADY IN YOUR HEAD.  YOU HAVE THE

09:20AM  18   OPTION TO DO THAT.  YOU HAVE THE OPTION -- I MEAN, YOU KNOW,

09:20AM  19   IT'S VERY REMEDIAL.  ALL YOU HAVE TO DO IS DO A FEW STEPS AND

09:20AM  20   YOUR NETWORK IS LOCKED.

09:20AM  21           THE COURT:  SO THAT'S THE DUTY THAT YOU THINK THAT

09:20AM  22   EVERYBODY OWES TO YOUR CLIENT AND IN ESSENCE?

09:20AM  23           MR. GIBBS:  YES.  I MEAN, YOUR HONOR, LIKE I SAID,

09:20AM  24   THERE'S A DUTY -- IT DEPENDS ON THE CIRCUMSTANCES.  IF YOU'RE

09:20AM  25   LIVING IN THE MIDDLE OF NOWHERE AND, YOU KNOW, YOU DON'T HAVE

09:20AM 1    ANY HOUSE GUESTS AND YOU'RE PRETTY SURE THAT NO ONE IS GOING TO

09:20AM 2    BE ON YOUR NETWORK, YOU KNOW, I THINK YOU'RE PRETTY SAFE AT

09:20AM 3    THAT POINT.

09:20AM 4        AT THE SAME TIME, I'M JUST SAYING THAT THE NEGLIGENCE

09:20AM 5    CAUSE OF ACTION SHOULD BE STILL -- SHOULD PROCEED FORWARD

09:21AM 6    BECAUSE OF THE POTENTIAL, ESPECIALLY WHEN WE'RE TALKING ABOUT

09:21AM 7    CERTAIN CASES WHERE WHO KNOWS WHAT IS HAPPENING IN THIS

09:21AM 8    HOUSEHOLD LIKE IT'S BEEN AN INTENTIONAL TURNING A BLIND EYE

09:21AM 9    INTENTIONALLY TO THIS TYPE OF BEHAVIOR.

09:21AM 10        THE COURT:  AND HOW DO WE DISCERN THE INTENTIONAL

09:21AM 11   FROM THE JUST PERSON WHO IS NOT AFFLUENT WITH THE INTERNET?

09:21AM 12        MR. GIBBS:  WELL, LIKE I WAS SAYING BEFORE, WE JUST

09:21AM 13   DON'T KNOW THE FACTS OF THIS CASE AT THIS POINT.

09:21AM 14        SO, YOU KNOW, IF HE HAD A FRIEND, YOU KNOW, HE'S -- LET'S

09:21AM 15   SAY HE'S -- MR. BOTSON IS THE ONE THAT OWNS -- EXCUSE ME -- IS

09:21AM 16   THE SUBSCRIBER, OKAY.

09:21AM 17        AND SOMEONE IS OVER HIS HOUSE AND HE SAYS THAT I'M GOING

09:21AM 18   TO DOWNLOAD SOME STUFF AND, HEY, GET ON THIS BIT PORN STUFF AND

09:21AM 19   GO TO PIRATE BAY AND HE SAYS, YOU KNOW WHAT, I'M NOT GOING TO

09:21AM 20   DO IT BUT GO AHEAD AND DO WHATEVER YOU WANT TO DO AND THAT'S

09:22AM 21   HIS NETWORK.  WE JUST DON'T KNOW WHAT IS HAPPENING AT THIS

09:22AM 22   POINT.

09:22AM 23        THE COURT:  I SEE.

09:22AM 24        MR. GIBBS:  SO AT THIS POINT WE HAVE TALKED WITH HIM

09:22AM 25   AND THERE HAVE BEEN OTHER PEOPLE IN HIS HOUSEHOLD SO WE HAVE A

09:22AM 1    GOOD FAITH BASIS TO SAY, THERE MAY HAVE BEEN SOME NEGLIGENCE

09:22AM 2    HERE IN TERMS OF HIS PARTICIPATION.

09:22AM 3           THE COURT:  SO, MR. GIBBS, I'M TRYING TO FIND OUT

09:22AM 4    WHAT IS THE ACTUAL DUTY HERE AND LET ME ASK MR. BOTSON'S

09:22AM 5    COUNSEL, WHAT IS THE DUTY?

09:22AM 6           MR. RANALLO:  WE THINK THERE IS NO DUTY TO SECURE

09:22AM 7    YOUR WIFI TO PREVENT THE INFRINGEMENT OF SOMEONE ELSE'S

09:22AM 8    COPYRIGHT, FRANKLY.  WE THINK IT'S PREEMPTED BY THE COPYRIGHT

09:22AM 9    ACT, THAT IT'S AN AFFIRMATIVE DUTY WITHOUT A SPECIAL

09:22AM 10   RELATIONSHIP, AND SO NO DUTY CAN EXIST UNDER CALIFORNIA LAW AND

09:22AM 11   WE ALSO THINK THAT A WIFI OPERATOR IS ENTITLED TO CDA IMMUNITY

09:22AM 12   IF ANOTHER INDIVIDUAL IS USING HIS NETWORK TO DO SOMETHING ELSE

09:22AM 13   TOTALLY WITHOUT HIM.

09:22AM 14          THE COURT:  WHAT ABOUT THE CDA, I THINK YOU SAID

09:22AM 15   SOMETHING IN YOUR PAPERS THAT YOU DON'T BELIEVE THAT THAT

09:23AM 16   APPLIES HERE?

09:23AM 17          MR. RANALLO:  YEAH, WE DON'T.  WE DON'T THINK IT

09:23AM 18   APPLIES.

09:23AM 19          THE COURT:  AND WHY NOT?

09:23AM 20          MR. RANALLO:  WELL, WE'RE TALKING ABOUT BEING A

09:23AM 21   SEPARATE CAUSE OF ACTION, LIKE I SAID BEFORE.  I THINK THAT'S

09:23AM 22   THE THEME HERE, THAT THIS IS NOT NEGLIGENT, YOU KNOW -- SO YOU

09:23AM 23   CAN KIND OF IMAGINE, I'LL REFRAME IT FOR YOU A LITTLE BIT.

09:23AM 24   IT'S NOT LIKE SOMEONE NEGLIGENTLY COPYRIGHTED OR, I'M SORRY,

09:23AM 25   INFRINGED UPON SOMEBODY'S COPYRIGHTED WORKS.  WE'RE TALKING

09:23AM  1    ABOUT SOMETHING THAT YOU'RE -- IT'S SOMETHING SEPARATE.  IT'S

09:23AM  2    NEGLIGENCE IN THE ACCESS OF ALLOWING SOMEONE ELSE TO DO THAT.

09:23AM  3    SO IT'S A SEPARATE SITUATION.  SO WE'RE NOT TALKING ABOUT

09:23AM  4    PREEMPTION, AND WE'RE NOT INVOLVED IN THOSE OTHER THINGS.  IT'S

09:23AM  5    NOT WHETHER IT'S RELATED.

09:23AM  6        IT'S RELATED TO A CERTAIN EXTENT, OBVIOUSLY, IT'S IN THE

09:23AM  7    COMPLAINT AND BASED ON THE SAME FACTUAL SCENARIO BUT AT THE

09:23AM  8    SAME TIME IT'S A DISTINCT, SEPARATE EVENT.  YOU KNOW, YOU'RE

09:24AM  9    THE ONE THAT IS NEGLIGENT AND YOU'RE MONITORING AND YOU'RE

09:24AM  10   ALLOWING, HOWEVER, YOU WANT TO SAY, WHEREAS YOU'RE NOT

09:24AM  11   NEGLIGENTLY INFRINGING ON SOMEBODY ELSE'S COPYRIGHT WORKS.

09:24AM  12         THE COURT:  OKAY.  SO WHAT -- TELL ME AGAIN WHAT

09:24AM  13   STANDARD, MR. BOTSON AND ALL OTHERS, WHAT IS THE STANDARD THAT

09:24AM  14   YOU THINK THAT SHOULD APPLY AS TO THEIR CONDUCT.

09:24AM  15         MR. GIBBS:  FIRST OFF, BASED ON OUR ALLEGATIONS, NO

09:24AM  16   ONE SHOULD BE KNOWINGLY ALLOWING THIS IN THEIR HOUSEHOLD.

09:24AM  17   THERE SHOULD BE BLAME PUT ON SOMEBODY.

09:24AM  18         THE COURT:  SO THERE'S A SCIENTER ELEMENT HERE?

09:24AM  19         MR. GIBBS:  WHAT'S THAT?

09:24AM  20         THE COURT:  THERE'S A SCIENTER.

09:24AM  21         MR. GIBBS:  YES, THAT'S THE UPPER END, I GUESS YOU

09:24AM  22   COULD SAY, OF OUR ALLEGATIONS.

09:24AM  23       IN TERMS OF -- YOU KNOW, AND OBVIOUSLY IT GETS MORE GREY

09:24AM  24   AS IT GOES DOWN, I UNDERSTAND THAT.

09:24AM  25         BUT, I MEAN, LIKE, AS YOU GO TO ANY HOTEL, ANY COURTHOUSE,

09:25AM 1  ANY ESTABLISHMENT THAT UNDERSTANDS THAT THE INTERNET CAN BE

09:25AM 2  USED FOR SOMETHING THAT IT SHOULDN'T BE.

09:25AM 3  THE COURT: THOSE ARE COMMERCIAL BUSINESSES AS

09:25AM 4  OPPOSED TO A RESIDENT PERSONAL USER.

09:25AM 5  MR. GIBBS: I UNDERSTAND. I UNDERSTAND. BUT I

09:25AM 6  THINK THAT, FOR INSTANCE, A PARENT IN A HOUSEHOLD MIGHT SIT

09:25AM 7  DOWN WITH THEIR CHILD AND MIGHT SAY, YOU KNOW WHAT, YOU KNOW,

09:25AM 8  HERE ARE SOME THINGS YOU NEED TO KNOW.

09:25AM 9  AND ONE OF THOSE THINGS MIGHT BE, HEY, WE DON'T USE THE

09:25AM 10  INTERNET FOR THIS TYPE OF ACTIVITY, WHATEVER IT IS, NOT JUST

09:25AM 11  COPYRIGHTING, BUT ILLEGAL USAGE. SO IF YOU THINK OF IT IN THAT

09:25AM 12  SENSE AND THE PARENT SAYS, YOU KNOW, THERE ARE NO RULES IN THIS

09:25AM 13  HOUSEHOLD, GO AHEAD AND DO WHATEVER YOU WANT, I THINK THERE IS

09:25AM 14  SOME NEGLIGENCE THERE AT THAT POINT.

09:25AM 15  SO I THINK IT'S ABOUT SETTING GUIDELINES AND ALSO SECURITY

09:25AM 16  MEASURES THAT ARE EASY TO TAKE, REAL EASY TO TAKE.

09:26AM 17  THE COURT: AND SO IN YOUR HYPOTHETICAL PARENTS

09:26AM 18  WOULD BE NEGLIGENT BECAUSE THEY WOULD OWE THE DUTY TO YOUR

09:26AM 19  CLIENT TO INSTRUCT THEIR CHILDREN NOT TO DO ANYTHING THAT MIGHT

09:26AM 20  IMPACT YOUR CLIENT'S COPYRIGHT?

09:26AM 21  MR. GIBBS: WELL, OKAY. SO LET'S SAY YEARS LATER

09:26AM 22  THE CHILD USES THE FATHER'S NETWORK AND VIOLATES ONE OF OUR

09:26AM 23  CLIENT'S FILMS AND THERE WAS NO PROCEDURE IN TERMS OF, YOU

09:26AM 24  KNOW, I THINK THAT THERE IS A DUTY THERE.

09:26AM 25  BUT, I MEAN, GOING BACK TO WHAT I WAS SAYING BEFORE, I

09:26AM 1    THINK IF THERE WAS KNOWLEDGE OF IT, AS WE ALLEGE, POTENTIALLY,

09:26AM 2    WE JUST DON'T KNOW.  WE'RE TOO EARLY IN THE STAGE.  WE JUST

09:26AM 3    DON'T KNOW.

09:26AM 4        WE JUST DON'T WANT TO SAY WHAT IT IS BECAUSE WE DON'T KNOW

09:26AM 5    AT THIS POINT.

09:26AM 6        MR. BOTSON, WE HAVE NOT BEEN ABLE TO COMMUNICATE WITH

09:26AM 7    MR. BOTSON SO WE DON'T KNOW WHERE IT IS.

09:26AM 8        SO WE THINK THAT BASED ON SOME EARLY COMMUNICATIONS WITH

09:27AM 9    HIM THAT THERE WERE OTHERS IN THE HOUSEHOLD.  WE DON'T KNOW

09:27AM 10   WHAT -- HOW THINGS WERE SET UP, WHETHER THERE WAS COMMUNICATION

09:27AM 11   BETWEEN THEM.  THERE COULD HAVE BEEN A CONVERSATION SAYING, YOU

09:27AM 12   KNOW, GO AHEAD AND DO IT, I JUST DON'T WANT TO BE ANY PART OF

09:27AM 13   IT OR I'LL SIT RIGHT NEXT TO YOU AND YOU CAN DO IT, NOT ME, AND

09:27AM 14   I'LL HAVE CLEAN HANDS BUT, YOU KNOW, YOU WON'T.

09:27AM 15            THE COURT:  SURE.  I SEE.

09:27AM 16            MR. GIBBS:  AND WE JUST DON'T THINK THAT -- IF YOU

09:27AM 17   DRAW THE LINE LIKE THAT, THEN IT'S ALMOST LIKE YOU DO IT ON

09:27AM 18   YOUR NETWORK AND THEN I'LL DO IT ON YOUR NETWORK AND THEN NO

09:27AM 19   ONE IS IN TROUBLE AT THAT POINT AND WE JUST DON'T THINK THAT'S

09:27AM 20   FAIR.

09:27AM 21            THE COURT:  I SEE.  SO POTENTIALLY IT COULD BE A

09:27AM 22   CONSPIRACY?

09:27AM 23            MR. GIBBS:  I GUESS.

09:27AM 24            MR. SKWRAO:  YOUR HONOR, IF I COULD RESPOND TO THAT.

09:27AM 25   AS FAR AS ANYTHING DEALING WITH THE KNOWINGLY OR INDUCING OR

09:27AM   1       ANYTHING LIKE THAT, THOSE ARE COVERED UNDER COPYRIGHT LAW AND

09:27AM   2       SECONDARY THEORIES OF COPYRIGHT LAW.

09:27AM   3           WHAT HE'S TRYING TO DO HERE IS EXTEND IT BEYOND THE

09:27AM   4       CONFINES OF COPYRIGHT LAW TO IMPOSE A DUTY THAT CAN EXIST.

09:27AM   5           AND AS FAR AS THE CDA IMMUNITY, THE FACT THAT IT WAS A

09:28AM   6       NEGLIGENCE CAUSE OF ACTION HAS NOTHING TO DO WITH WHETHER OR

09:28AM   7       NOT CDA IMMUNITY DOES APPLY.  CDA IMMUNITY APPLIES TO

09:28AM   8       NEGLIGENCE CAUSES OF ACTION.  AND SO MERELY SAYING THAT IT'S

09:28AM   9       NOT A COPYRIGHT CAUSE OF ACTION DOESN'T SAY CDA IMMUNITY DOES

09:28AM   10      NOT APPLY.

09:28AM   11              THE COURT:  SO, MR. GIBBS, LET ME ASK YOU, HAVE YOU

09:28AM   12      SEEN MY COLLEAGUE, JUDGE HAMILTON'S, RECENT ORDER?

09:28AM   13              MR. GIBBS:  YES.

09:28AM   14              THE COURT:  AND I WANT TO GIVE YOU AN OPPORTUNITY TO

09:28AM   15      DISTINGUISH THIS CASE IF YOU CAN FROM THAT SITUATION AND HER

09:28AM   16      ORDER IN THAT CASE.

09:28AM   17              MR. GIBBS:  I'LL BE COMPLETELY FRANK WITH YOU, IT'S

09:28AM   18      VERY SIMPLE IN TERMS OF WHAT WE ALLEGED AND THE DECISION IS

09:28AM   19      TOWARDS THAT CASE.

09:28AM   20          WHAT I WOULD SAY IS THAT THERE ARE OTHER COURTS, OUR CASES

09:28AM   21      JUST GENERALLY ARE VERY DECISIVE.  HALF THE DISTRICT SAYS ONE

09:29AM   22      THING AND HALF THE DISTRICT SAYS THE OTHER THING.  WE HAVE

09:29AM   23      JUDGE CHEN DOING HIS THING, AND WE HAVE JUDGE GREWAL DOING

09:29AM   24      ANOTHER THING.

09:29AM   25              THE COURT:  JUDGES LIKE TO DO THINGS.  IT'S THE

```
09:29AM   1    NATURE OF THE BUSINESS.
09:29AM   2              MR. GIBBS:  THAT'S WHAT I'M SAYING.  SO WHAT I'M
09:29AM   3    SAYING IS THAT I HOPE YOU TAKE AN INDEPENDENT APPROACH TO THIS
09:29AM   4    BECAUSE NOTHING ABOUT THAT OPINION IS FINAL AND SO I BELIEVE
09:29AM   5    THAT -- YOU KNOW, SHE STATED WHAT SHE BELIEVED IN THAT.
09:29AM   6         THERE ARE OTHERS OUT THERE, AS WE HAVE POINTED OUT, THAT
09:29AM   7    HAVE TAKEN OTHER PATHS.
09:29AM   8         SO I THINK IT'S JUST A MATTER OF WHAT YOU FEEL IN TERMS
09:29AM   9    OF -- BECAUSE THERE'S NO PRECEDENT, THERE'S NO NINTH CIRCUIT
09:29AM   10   AUTHORITY THAT WE CAN POINT TO AND SAY, THIS IS THE WAY IT
09:29AM   11   SHOULD GO, YOUR HONOR.  THAT'S IT.
09:29AM   12        SO ESSENTIALLY -- AND LIKE I SAID, IT'S A VERY SIMILAR
09:29AM   13   SITUATION.
09:29AM   14             THE COURT:  WELL, I WANTED TO GIVE YOU AN
09:29AM   15   OPPORTUNITY TO DISTINGUISH THAT SITUATION AND DEFEND YOUR
09:29AM   16   POSITION IN LIGHT OF JUDGE HAMILTON'S ORDER AS WELL.
09:30AM   17             MR. GIBBS:  YEAH.  I WOULD SAY THAT THE ONLY ISSUE
09:30AM   18   THERE WAS THAT JUDGE HAMILTON DIDN'T FOCUS ON THE FACT THIS IS
09:30AM   19   A SEPARATE, THROUGHOUT THIS, THIS IS SEPARATE.  THIS IS NOT
09:30AM   20   SOMEONE NEGLIGENTLY COPYRIGHTING ONE OF OUR CLIENT'S FILMS.
09:30AM   21   THIS IS ABOUT NEGLIGENCE AND THE SECURITY OF THAT.
09:30AM   22        SO I THINK THAT THAT REALLY WAS NOT A FOCUS AND THAT
09:30AM   23   SHOULD BE THE FOCUS.
09:30AM   24             THE COURT:  OKAY.  GREAT.  OKAY.  THANK YOU.
09:30AM   25             MR. RANALLO:  YOUR HONOR, IF I COULD JUST MENTION AS
```

09:30AM 1    FAR AS PREEMPTION GOES, THE THINGS THAT ARE FOCUSSED ON ARE THE

09:30AM 2    RIGHTS THAT PLAINTIFF IS SEEKING TO PRESERVE WHICH IN THIS CASE

09:30AM 3    ARE HIS CLIENT'S COPYRIGHTS.

09:30AM 4        AND IF THE SUBJECT MATTER IS WITHIN OR THE SUBJECT MATTER

09:30AM 5    IN QUESTION IS WITHIN THE SUBJECT MATTER OF COPYRIGHT, WHICH IT

09:30AM 6    IS, AND THE RIGHTS THAT ARE SOUGHT TO BE PROTECTED ARE RIGHTS

09:30AM 7    UNDER THE COPYRIGHT ACT, THEN THE ACTION IS PREEMPTION.

09:30AM 8            THE COURT:  YOU THINK THIS CASE IS PREEMPTION?

09:31AM 9            MR. RANALLO:  ABSOLUTELY.  AND THE LIBERTY MEDIA

09:31AM 10   CASE DECISION IN THE SOUTHERN DISTRICT OF NEW YORK ALSO DECIDED

09:31AM 11   THAT THIS CAUSE ACTION IS PREEMPTED.  YOU KNOW, I THINK IT'S

09:31AM 12   RELATIVELY CLEAR.

09:31AM 13           THE COURT:  WELL, THANK YOU VERY MUCH.

09:31AM 14           MR. GIBBS:  AND I WOULD SAY WE HAVE CITED OTHER

09:31AM 15   CASES THAT GO THE OTHER WAY.  SO IT'S, YOU KNOW --

09:31AM 16           THE COURT:  IT GETS BACK TO YOUR POINT EARLIER.

09:31AM 17           MR. GIBBS:  IF I COULD POINT OUT ONE THING.  I CAN'T

09:31AM 18   LET THIS GO.

09:31AM 19           THE COURT:  OH, REALLY?

09:31AM 20           MR. RANALLO:  THEY CITED TO LIBERTY MEDIA VERSUS

09:31AM 21   FELIX LATTIMER.  I ATTACHED IT AS EXHIBIT B TO MY REPLY.  THEY

09:31AM 22   CITE IT AS SUPPORT FOR THEIR NEGLIGENCE CAUSE OF ACTION.  IT

09:31AM 23   LITERALLY DOES NOT MENTION THE WORD "NEGLIGENCE."

09:31AM 24       IT'S A DEFAULT JUDGMENT THAT AWARDS $10,000 BASED ON

09:31AM 25   COPYRIGHT INFRINGEMENT.  THE WORD "NEGLIGENCE" DOES NOT APPEAR.

09:31AM   1      I THINK I CAN READ THAT EXHIBIT AND DISCERN THAT.  THANK YOU

09:31AM   2  VERY MUCH.

09:31AM   3              MR. GIBBS:  THANK YOU.

09:31AM   4              THE COURT:  THANK YOU VERY MUCH.  AND WE'RE GOING TO

09:31AM   5  VACATE THE CMC AND YOU'LL -- THE MATTER IS UNDER SUBMISSION AND

09:32AM   6  YOU'LL RECEIVE AN ORDER.

09:32AM   7              MR. GIBBS:  THANK YOU VERY MUCH.

09:32AM   8              THE COURT:  YEAH.  THANK YOU.

09:32AM   9              MR. RANALLO:  THANK YOU, YOUR HONOR.

         10          (COURT CONCLUDED.)

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

```
1
2
3                        CERTIFICATE OF REPORTER
4
5
6
7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10    CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16         IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076
17
18
           DATED:  NOVEMBER 2, 2012
19
20
21
22
23
24
25
```