Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Attorney for: Putative John Doe in 3:12-cv-04976-JSW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AF HOLDINGS, LLC, | 4:2012-cv-02049-PJH |
|---|---|
| Plaintiff, | Assigned to:  Hon. Phyllis J. Hamilton |
| v. | Complaint filed:  04/24/2012 |
| JOHN DOE, et al., | |
| Defendants. | **[PROPOSED] ORDER GRANTING JOHN DOE'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| AND ALL RELATED CASES | |

-i-
**[PROPOSED] ORDER GRANTING JOHN DOE'S ADMINISTRATIVE MOTION TO RELATE CASES**

The Court, having read and considered John Doe's Administrative Motion to Relate Cases, including the supporting Appendices and Exhibits thereto, rules as follows.

IT IS ORDERED THAT:

1. The following civil actions are related:

    4:2012-cv-02049-PJH

    3:2012-cv-02393-CRB

    5:2012-cv-02394-LHK

    3:2012-cv-02396-EMC

    3:2012-cv-02404-SC

    4:2012-cv-02411-PJH

    3:2012-cv-02415-CRB

    4:2012-cv-03248-PJH

    3:2012-cv-04218-WHA

    5:2012-cv-04219-LHK

    5:2012-cv-04446-EJD

    5:2012-cv-04447-RMW

    5:2012-cv-04448-EJD

    3:2012-cv-04982-CRB

    3:2012-cv-04216-JSW

    3:2012-cv-04217-RS

    5:2012-cv-04445-LHK

    3:2012-cv-04449-SC

    3:2012-cv-04450-MMC

    3:2012-cv-04976-JSW

    3:2012-cv-04977-WHA

    4:2012-cv-04978-PJH

    5:2012-cv-04979-LHK

    5:2012-cv-04980-EJD

1    3:2012-cv-04981-RS

2    2.   The cases identified in paragraph 1 are assigned to the Honorable Phyllis J. Hamilton.

DATED: _____          _____
                                        Honorable Phyllis J. Hamilton
                                        United States District Judge

-2-
**[PROPOSED] ORDER GRANTING JOHN DOE'S ADMINISTRATIVE MOTION TO RELATE CASES**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, the above document was submitted to the CM/ECF system, which sent notification of such filing(s) to the plaintiff, which is registered for electronic service.

Respectfully submitted:  December 13, 2012    THE PIETZ LAW FIRM
    */s/ Morgan E. Pietz*
    Morgan E. Pietz
    THE PIETZ LAW FIRM
    Attorney for Putative John Doe(s)
    Appearing on Caption