Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. 3:12-cv-02396-EMC |
| Plaintiff, | |
| v. | |
| JOE NAVASCA, | **[PROPOSED] ORDER DENYING JOHN DOE MOVANT'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| Defendant. | |

**ORDER DENYING JOHN DOE MOVANT'S ADMINISTRATIVE MOTION TO RELATE CASES**

On December 13, 2012, a Movant identifying himself as the "putative John Doe in [Case No.] 3:12-cv-04976-JSW" ["Movant"] filed an Administrative Motion to Relate Cases. In light of the points made in Movant's Motion and Plaintiff's Response, and a review of the cases in question,

IT IS HEREBY ORDERED that Movant's Administrative Motion to Relate Cases is DENIED

IT IS SO ORDERED.


DATED: _____            _____
                                    United States District Judge