Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOE NAVASCA<br><br><br>    Defendants. | Case No. 3:12-cv-02396-EMC<br><br>**NICHOLAS RANALLO DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO POST UNDERTAKING** |

### DECLARATION OF NICHOLAS RANALLO

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California.

2. I am attorney of record for Joe Navasca, and this declaration is based on personal knowledge of the matters set forth herein.

3. On December 12, 2012, I filed a Motion to Require an Undertaking (ECF No. 22), and associated declarations. My declaration is ECF No. 23.

4. I inadvertently failed to include Exhibit D to my Declaration when the declaration was filed via ECF, and realized the error this morning

5. A copy of original Exhibit D is attached as an Exhibit to the instant declaration.

1
2  I declare under penalty of perjury under the laws of the State of California that the foregoing is
3  true and correct and that this Declaration is executed on this 19th day of December, 2012, in
4  Boulder Creek, CA.
5
6
7  _____/s/ Nicholas Ranallo_____
8  Nicholas Ranallo
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28