# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** December 21, 2012  **Time:** 11:04-11:17
 **Court Reporter:** Kathy Wyatt
 (925) 212-5224

**Case No. and Name:**  C12-2396 EMC  AF Holdings v. Doe

**Attorneys:**  Brett Gibbs for Plaintiff
 Nicholas Ranallo for Defendant Navasca

**Deputy Clerk:**  Betty Lee

## PROCEEDINGS:

- Further CMC

## SUMMARY:

- The case has already been referred to ADR for ENE. ENE is to be completed by 3/2/13. Prior to ENE, each side may take one deposition each. Written discovery shall be limited to focused discovery necessary to facilitate ENE. Any further discovery shall be taken pursuant to further order of the Court or stipulation. Instead of filing formal discovery motions, parties shall refer to this Court's standing order to meet and confer and submit joint letter on unresolved issues to the Court.

Further CMC is set for Thursday 3/28/13 at 10:30 a.m. Further discovery, motion and trial dates to be discussed at that time. An updated joint CMC Statement shall be filed by 3/21/13.

cc: ENE