UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case Number | Case Name |
|---|---|
| __C 12-02049 PJH__ | **AF Holdings, LLC v. Doe, et al.** |
| __C 12-02393 CRB__ | **AF Holdings, LLC v. Trinh** |
| __C 12-02394 LHK__ | **AF Holdings, LLC v. Doe** |
| __C 12-02396 EMC__ | **AF Holdings LLC v. Doe** |
| __C 12-02404 SC__ | **AF Holdings, LLC v. Doe** |
| __C 12-02411 PJH__ | **AF Holdings, LLC v. Doe** |
| __C 12-02415 CRB__ | **AF Holdings, LLC v. Doe** |
| __C 12-03248 PJH__ | **AF Holdings LLC v. Nguyen** |
| __C 12-04216 JSW__ | **Ingenuity 13 LLC v. Doe** |
| __C 12-04217 RS__ | **Ingenuity 13 LLC v. Doe** |
| __C 12-04218 WHA__ | **AF Holdings LLC v. Doe** |
| __C 12-04219 LHK__ | **AF Holdings LLC v. Doe** |
| __C 12-04445 LHK__ | **Ingenuity 13 LLC v. Doe** |
| __C 12-04446 EJD__ | **AF Holdings LLC v. Doe** |
| __C 12-04447 RMW__ | **AF Holdings LLC v. Doe** |
| __C 12-04448 EJD__ | **AF Holdings LLC v. Doe** |
| __C 12-04449 SC__ | **Ingenuity 13 LLC v. Doe** |
| __C 12-04450 MMC__ | **Ingenuity 13 LLC v. Doe** |
| __C 12-04976 JSW__ | **Ingenuity 13 LLC v. Doe** |
| __C 12-04977 WHA__ | **Ingenuity 13 LLC v. Doe** |

| | |
|---|---|
| <u>C 12-04978 PJH</u> | <u>Ingenuity 13 LLC v. Doe</u> |
| <u>C 12-04979 LHK</u> | <u>Ingenuity 13 LLC v. Doe</u> |
| <u>C 12-04980 EJD</u> | <u>Ingenuity 13 LLC v. Doe</u> |
| C 12-04981 RS | <u>Ingenuity 13 LLC v. Doe</u> |
| C 12-04982 CRB | <u>AF Holdings, LLC v. Doe</u> |

I find that the above cases are NOT related to the case assigned to me. PJH

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: December 27, 2012        By: _____
                                    **Deputy Clerk**