# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| AF Holdings LLC, | 12-02396 EMC ENE |
|     Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Doe, | |
|     Defendant(s). | |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Daralyn Durie**
> Durie Tangri Lemley Roberts & Kent
> 217 Leidesdorff
> San Francisco, CA 94111
> 415-362-6666
> ddurie@durietangri.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
12-02396 EMC

-1-

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: January 2, 2013

    RICHARD W. WIEKING
    Clerk
    by:    Alice M. Fiel

    _____/s/_____
    ADR Case Administrator
    415-522-3148
    Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
12-02396 EMC

-2-