**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   AF HOLDINGS LLC,                          No. C12-2396 EMC

9            Plaintiff,
                                              **ORDER OF REFERENCE**
10       v.

11  JOE NAVASCA,

12           Defendant.

13  _____/

14

15       Pursuant to Northern District Civil Local Rule 72-1, it is HEREBY ORDERED that this case

16  is referred for ALL DISCOVERY PURPOSES (including Plaintiff's Emergency Motion for

17  Expedited Briefing and Hearing; and Motion to Compel Production, Docket #38) to a Magistrate

18  Judge, with any motions to be heard and considered at the convenience of his/her calendar.

19  Dated: January 18, 2013

20

21  _____
    EDWARD M. CHEN
    United States District Judge
22

23

24

25

26

27

28