Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC.,<br><br>  Plaintiff,<br><br>v.<br><br>JOE NAVASCA<br><br>  Defendants. | Case No. 3:12-cv-02396-EMC<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE OF EXHIBIT C TO OPPOSITION TO MOTION TO COMPEL**<br><br>Judge: Honorable Edward Chen<br>Magistrate: NOT YET ASSIGNED |

Defendant Joe Navasca hereby requests that this court take judicial notice of certain documents attached as Exhibit C to Defendant's opposition to Plaintiff's Emergency Motion to Compel, comprised of the declaration of Allison Goodman, Certified Computer Examiner, which was previously filed in connection with a pending matter in the Western District of Washington (*Lindell v. City of Mercer Island,* 2:08-cv-01827 in the Western District of Washington).

A court may take judicial notice of declarations and exhibits attached to declarations. *In re Copper Mountain*, 311 F. Supp. 2d at 864 (court took judicial notice of declarations and their exhibits); see also *In re LeapFrog Enters., Inc. Sec. Litig*., 527 F. Supp. 2d 1033 (N.D. Cal. 2007) (court took judicial notice of exhibits attached to a declaration, which included press releases, earnings calls transcripts and analyst reports referenced in complaint).

The declaration annexed to Defendant's response as Exhibit C represents a true and correct copy of the declaration filed, under penalty of perjury, in the Western District of Washington. It is

1

therefore the proper subject of judicial notice in the instant case, especially given the shortened timeframe for responding to Plaintiff's Emergency Motion and defendant's inability to secure a declaration particularly suited to this matter.

DATED: January 22, 2012        NICHOLAS RANALLO, ATTORNEY AT LAW

By: _____/s/ Nicholas Ranallo_____
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Joe Navasca
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 22nd day of January, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/        Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law