# EXHIBIT 1

1  delete it.
2  **Q.** And then you empty the trash can essentially.
3  **A.** Yeah. I need space for gaming so I usually clean
4  stuff out.
5  **Q.** And what do you mean by cleaning stuff out?
6  **A.** I delete and uninstall games.
7  **Q.** Delete. Uninstall. Do you have any programs to
8  essentially clean the computer?
9  **A.** Yes, I do.
10 **Q.** What kind of programs?
11 **A.** It's CCleaner.
12 **Q.** CCleaner?
13 **A.** "C" then "Cleaner," C-l-e-a-n-e-r.
14 **Q.** Okay. And what does that do?
15 **A.** It cleans your computer.
16 **Q.** What do you mean by that?
17 **A.** It deletes the program.
18 **Q.** Deletes what?
19 **A.** Or deletes whatever I uninstall.
20 **Q.** Okay. So what do you have to do to clean something
21 off your computer?
22 **A.** I delete it. Then every once in a while I run the
23 program to just clean everything out.
24 **Q.** How often? You said every once in while. How
25 often?

1    **A.**   Every week or so.
2    **Q.**   Okay.
3    **A.**   Once a week. Maybe twice a week. There's also
4 timer where it does it automatically.
5    **Q.**   Is this something that came standard with your
6 computer?
7    **A.**   No.
8    **Q.**   So you downloaded it online?
9    **A.**   Yeah. It was through download.com.
10   **Q.**   Is that a free service?
11   **A.**   Yes, it is.
12   **Q.**   And so you use it about once a week. So you first
13 delete the video or whatever it is.
14   **A.**   Uh-huh.
15   **Q.**   And then you use this backup thing to clean it out
16 just to make sure there is nothing, no trace of it left.
17   **A.**   Yeah, so I can install new games or whatever space
18 on my computer.
19   **Q.**   Okay. You said that that was one of the things
20 that you used to clean your computer. What were others?
21   **A.**   There's the standard cleanup that's, you know, that
22 comes standard on the computer.
23   **Q.**   And do you know what that is called?
24   **A.**   I think it's like -- it's whatever the standard
25 deletion is. I don't know the name.

1      **Q.**   How many times since January 12, 2012 would you
2  estimate that you've used this CCleaner or some sort of other
3  deletion cleanup method to clean your computer?
4      **A.**   Per month I usually do it at least twice.  At least
5  twice a month.  So from now through -- from January through
6  now, like 24, 24 times.
7      **Q.**   Okay.  And have you ever used it to -- you said you
8  used it to clean out videos.
9      **A.**   Just like a general practice just cleaning out the
10 computer.
11     **Q.**   Okay.  Did you receive a letter from our firm?  Do
12 you remember receiving a letter from our firm?  Let's go back
13 on that.  Did your dad discuss with you a letter from our firm?
14     **A.**   Yes.
15     **Q.**   And what did he say about it?
16     **A.**   Someone is suing me for downloading a pornographic
17 video.
18     **Q.**   And when was that?  Do you remember?
19     **A.**   I don't know.  I really don't know when he told me
20 about it.
21     **Q.**   Are we talking about months ago?  Weeks ago?  Can
22 you just give me a general --
23     **A.**   Probably a month ago.
24     **Q.**   And did he tell you anything about preserving video
25 on your computer?

1     **A.**    No.

2     **Q.**    Okay.

3     **A.**    The first letter was through him. It wasn't ...

4     **Q.**    Yeah, I understand.

5     **A.**    It wasn't the one that I was being accused.

6     **Q.**    And since -- well, when is the last time you
7 cleaned your computer using this CCleaner or standard deletion
8 cleaning?

9     **A.**    Like I said, it's time-based so after, you know,
10 after maybe a week or so it will do it automatically.

11     **Q.**    So approximately when was the last time?

12     **A.**    Maybe last week.

13     **Q.**    Okay. And taking through that process, you said
14 you delete something first and then it comes out and
15 automatically cleans things up. What does that mean? What are
16 you -- is it focusing on certain things?

17     **A.**    No, it will overall clean the computer.

18     **Q.**    To clean for files?

19     **A.**    Internet files. Basically whatever it needs to be
20 cleaned. I don't target anything to delete. It's just
21 whatever deleted it just deletes it. I don't really know the
22 process of what it does. It just cleans the computer.

23     **Q.**    The hard drive.

24     **A.**    Yeah, the hard drive.

25     **Q.**    And in terms of this cleaning, do you direct it to,

1  is it cleaning out only your trash essentially?
2     **A.**   Yes, it's just the trash.
3     **Q.**   Okay.  But it's on a constant bases to do more than
4  what the trash does essentially.
5     **A.**   Yeah.
6     **Q.**   And what -- do you understand what it does beyond
7  just -- I mean, when you put something in the trash and you
8  empty the trash --
9     **A.**   Just deletes it.
10    **Q.**   But then you do this other cleanup method to make
11 sure everything, every component of it is deleted?
12    **A.**   That's what it does, yeah.
13    **Q.**   Okay.  Okay.  Did you know you are supposed to
14 preserve all evidence on your computer?
15    **A.**   I didn't know.
16    **Q.**   Okay.  So you're still cleaning as we speak
17 generally.  You still have that cleanup method.
18    **A.**   Yes.  Yes.
19    **Q.**   Go on constantly.  And just confirm you have erased
20 movies and songs since 2012.
21    **A.**   It's music videos or whatever is on YouTube.
22    **Q.**   Okay.
23    **A.**   I don't think they have the movies on YouTube.
24    **Q.**   Okay.  Do you know what the term "spoliation" is?
25 Spoliation.

1     **A.** No.
2     **MR. GIBBS:** It's probably a good time to break, I
3 guess. Transition a little bit. So if you want to ...
4     **MR. RANALLO:** Sure.
5     **MR. GIBBS:** Five minutes.
6     (A recess was held at 10:12 a.m., after which the
7     proceedings reconvened at 10:22 a.m.)
8     **MR. GIBBS: Q.** So we are going to transition but
9 first I'm going clean up some things.
10    **A.** Okay.
11    **Q.** You had this CCleaner installed on your computer.
12 When was that installed?
13    **A.** Probably like the first month I got the computer.
14    **Q.** Okay. So almost right away, essentially three
15 years or ago or so.
16    **A.** Yeah.
17    **Q.** And you've used it ever since?
18    **A.** Uh-huh.
19    **Q.** Okay. And going back to this situation, did you
20 ever know that you needed to preserve evidence --
21    **A.** No.
22    **Q.** -- on everything on your computer?
23    **A.** No.
24    **Q.** You were never told that by anybody?
25    **A.** No.

1  **Q.**  Yeah.  Have you ever seen your father download
2  movies on the computer?
3  **A.**  No.
4  **Q.**  Have you ever seen your father watching
5  pornographic film videos?
6  **A.**  No.
7  **Q.**  All right.  Let's talk about Kevin.
8  **A.**  Okay.
9  **Q.**  Does Kevin have a computer?
10  **A.**  No, he doesn't.
11  **Q.**  He does not?
12  **A.**  He has a phone.
13  **Q.**  Phone.
14  **A.**  Which you could -- well, he has a phone.
15  **Q.**  Okay.  And does he use any other personal computer?
16  **A.**  He uses our central computer.
17  **Q.**  You said there were five computers in house old,
18  right?
19  **A.**  Uh-huh.
20  **Q.**  Let's just attribute.  So you have one.
21  **A.**  Uh-huh.  My wife has one.
22  **Q.**  Okay.
23  **A.**  My mom has one.  Father, which is central.  Then my
24  brother has one.  That's five, right?
25  **Q.**  So you have one, your wife has one, and your mom

1  has one, and your brother has one.  That's four.
2      **A.**   Then my dad, which is central.
3      **Q.**   Your dad.  That's the central one.  Okay.
4               So has Kevin -- does Kevin use the computer in your
5  house?
6      **A.**   Yeah, he uses it.
7      **Q.**   What computer does he use?
8      **A.**   He uses the central, the one that my father uses.
9      **Q.**   You have on your computer, you have what you said
10 -- described as a cleaning device called CCleaner.  Did you
11 install that on the main computer in the house?
12     **A.**   Yeah, that's also been there ever since, you know,
13 we had the computer.
14     **Q.**   And has that computer been cleaning itself
15 automatically?
16     **A.**   It probably has.  I don't really go on to that
17 computer as much.
18     **Q.**   Have you disabled the capacity to clean on that
19 computer?
20     **A.**   No.  I don't know what is on that computer now
21 since I don't really go on the computer because I have my own.
22     **Q.**   At one point in time it had this cleaning device,
23 correct?
24     **A.**   Yes.
25     **Q.**   Did you remove that cleaning device for your father

1  or for anyone else?
2      **A.**   No.
3      **Q.**   So as far as you know it still has the cleaning
4  device?
5      **A.**   Yes.
6      **Q.**   Does that go for every single computer in the
7  household?
8      **A.**   Uh-huh.  That's, I guess, one of the number one
9  computer programs to download when you have a computer.
10     **Q.**   And to your knowledge those cleaners have been
11 going on -- sorry, take that back.  To your knowledge CCleaner
12 has been active and operating since 2012, since January 2012.
13     **A.**   Before that.
14     **Q.**   But it has been operating since that as well.
15     **A.**   I think so.
16     **Q.**   And to your knowledge all those computers still
17 have CCleaner on there.
18     **A.**   I am pretty sure.  I mean, I don't inspect
19 everyone's computer.
20     **Q.**   But you were the one who initially put them on.
21     **A.**   Yes.
22     **Q.**   And you did not uninstall them; is that correct?
23     **A.**   No.
24     **Q.**   Do you know what Kevin does on the computer?
25     **A.**   What is that?

```
 1  a discussion with your attorney about a case management
 2  conference statement?
 3           MR. RANALLO:  I'm going to object on privilege.
 4           MR. GIBBS:  I'm not talking about the content
 5  conversation.
 6           MR. RANALLO:  I'm objecting on privilege.
 7           MR. GIBBS:  Q.  Do you remember have having a
 8  conversation with your attorney about preserving evidence?
 9           MR. RANALLO:  I'm going to object.  Don't ask about
10  conversations.  That's what privilege is.  Mr. Gibbs, I think
11  you are aware of that.
12           MR. GIBBS:  Q.  Mr. Navasca, are you aware of the
13  following statement that was written in a court document that
14  was filed in front of the court saying:  "Mr. Navasca is aware
15  of his obligations to preserve relevant evidence including
16  electronic evidence and has every intention of complying with
17  that obligation"?
18      A.   What was that again?
19      Q.   Are you aware of this sentence that was put into a
20  federal pleading, which says:  "Mr. Navasca is aware of his
21  obligation to preserve relevant evidence including electronic
22  evidence and has every intention with complying with that
23  obligation"?
24      A.   Yes.
25      Q.   Do you understand that --
```

```
 1      A.    Yes.
 2      Q.    -- what that means?
 3      A.    Uh-huh.
 4      Q.    Yet, there is still the CCleaning device on your
 5   computer.
 6      A.    That's been there before anything ever happened.
 7      Q.    No one ever told you not to?
 8      A.    To?
 9      Q.    To take that function off of your computer.
10      A.    That computer has been running -- that program has
11   been running before --
12      Q.    Again --
13      A.    -- January 1st or --
14      Q.    -- no one told you to stop doing that?
15      A.    No.
16      Q.    And you were still essentially erasing movies and
17   music since you received this complaint.
18      A.    Yes.
19      Q.    Did your brother have a business?
20      A.    I think he did.
21      Q.    Do you know anything about that?
22      A.    No.  I don't know anything about it.
23      Q.    The name?
24      A.    I think it was like Champ of Champ maybe.
25      Q.    What was the business?
```

1          **MR. RANALLO:** No further questions.

2              **REDIRECT EXAMINATION BY MR. GIBBS**

3          **MR. GIBBS: Q.** On the redirect, again, you never received any advice or you never -- take that back. No one ever told you to take CCleaner off your computer.

6     **A.** No.

7     **Q.** No one ever told your dad to take CCleaner off his computer.

9     **A.** No.

10    **Q.** To your knowledge no one took CCleaner off any of the computers in the house.

12    **A.** That's been there for ...

13    **Q.** And the other devices, you said there was like normal deletion devices, those devices are still active as well.

16    **A.** Yeah.

17    **Q.** And no one ever instructed you not to.

18    **A.** No.

19    **Q.** And they are continually -- as you know they are continually deleting things off your computer.

21    **A.** Whatever, you know, I delete, yeah.

22    **Q.** Okay. That's all I have. Thank you.

23         (The proceedings adjourned at 11:50 a.m.)