Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | **No. 3:12-CV-02396-EMC** |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **DECLARATION OF BRETT L. GIBBS** |
| JOE NAVASCA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**DECLARATION OF BRETT L. GIBBS**

I, Brett L. Gibbs, declare as follows:

1.      I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2.      Per Northern District of California Civil Local Rule (hereinafter "L.R.") 7-5, counsel for Plaintiff submits this Declaration to hereby authenticate the excerpts of the Deposition of Joe Defendant Navasca, attached to the instant Supplement to Emergency Motion for Expedited Briefing and Hearing; and to Compel Production (the "Supplement") as Exhibit 1. (*See* Exhibit 1.) I hereby certify that the excerpts attached as Exhibit 1 are true and correct.

3.      Furthermore, attached as Exhibit A to this Declaration is the Certificate of Reporter Karla K. Ellis Davis, further authenticating the aforementioned excerpts of the transcript of the

Deposition of Joe Navasca which are attached as Exhibit 1 to the instant Supplement. (*See* Exhibit A.)

4.      I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: January 22, 2013**

By:       /s/  Brett L. Gibbs, Esq.