# EXHIBIT A

```
 1  STATE OF CALIFORNIA        )
                               ) ss.
 2  COUNTY OF SAN FRANCISCO    )

 3

 4

 5

 6                  CERTIFICATE OF REPORTER

 7        I, KARLA K. ELLIS-DAVIS, a Certified Shorthand
    Reporter, duly authorized to administer oaths pursuant to
 8  Section 2093(b) of the California Code of Civil Procedure, I
    hereby certify that the witness in the foregoing deposition was
 9  by me duly sworn to tell the truth, the whole truth, and
    nothing but the truth in the within-entitled cause;
10
          That said deposition was taken down in shorthand by me,
11  a disinterested person, at the time and place therein stated,
    and that the testimony of the said witness was thereafter
12  reduced to typewriting, by computer, under my direction and
    supervision;
13
          I further certify that I am not of counsel or attorney
14  for either or any of the parties to the said deposition, nor in
    any way interested in the events of this cause, and that I am
15  not related to any of the parties thereto.

16

17  Dated:  January 21, 2013

18

19

20

21

22

23        _____

24        KARLA ELLIS-DAVIS, CSR NO. 12998

25
```