Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. 3:12-CV-02396-EMC |
| Plaintiff, | **PLAINTIFF AF HOLDINGS' REQUEST FOR LEAVE TO FILE SUPPLEMENT TO PLAINTIFF'S RESPONSE TO DEFENDANT JOE NAVASCA'S MOTION TO POST UNDERTAKING** |
| v. | |
| JOE NAVASCA, | |
| Defendant. | |

On January 14, 2013, Plaintiff AF Holdings LLC ("Plaintiff") conducted its Deposition of Defendant Joe Navasca ("Navasca Dep.") Having now received the transcript from the Deposition, Plaintiff wishes to supplement its Response (ECF No. 34) to Defendant Joe Navasca's ("Defendant") Motion to Post Undertaking (ECF No. 22) with statements made by Defendant at that Deposition, in order to further contradict the fundamental assertion which Defendant made in his Motion to Post Undertaking—namely, that Defendant has a "reasonable possibility" of obtaining judgment in this action. (*See* ECF No. 22 at 11.)

On January 2, 2013, Defendant filed his Reply Memo in Support of Defendant's Motion to Post Undertaking (ECF No. 37), and pursuant to Local Rule ("L.R.") 7-3(d), "Once a reply is filed, no additional memoranda, papers or letters may be filed *without prior Court approval*." L.R. 7-3(d) (emphasis added). As Plaintiff's proposed Supplement does not fall into one of the enumerated

exceptions that do not require court approval, Plaintiff hereby requests the Court for leave to file a supplement to Plaintiff's Response to Defendant Joe Navasca's Motion to Post Undertaking. Plaintiff's proposed Supplement is attached hereto as Exhibit A. Given the fact that this newly acquired evidence strongly subverts Defendant's assertion that he has a reasonable possibility of obtaining judgment, Plaintiff contends that justice demands consideration of this evidence for the hearing on Defendant's Motion to Post Undertaking, scheduled for January 31, 2013. Plaintiff thus requests that the Court grant Plaintiff leave to file the attached proposed Supplement.

Respectfully Submitted,

DATED: January 22, 2013

By: /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs