UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | No. C 12-02396 EMC (NJV) |
|     Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| JOHN DOE, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that this matter has been referred for all discovery purposes to Magistrate Judge Nandor J. Vadas. Plaintiff's Emergency Motion for Expedited Briefing and Hearing; and Motion to Compel Production, Docket #38) will be heard on February 26, 2013 at 10:00 a.m. Parties may appear by phone by dialing 888-684-8852, entering access code 1868782 and security code 7416.

Dated: January 23, 2013

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Gloria Masterson
    Courtroom Deputy