UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**NANDOR J. VADAS**                         **Date: January 31, 2013**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     **C-12-02396** EMC (NJV)

**Title:**        AF HOLDINGS LLC v. JOHN DOE

**Attorneys:**    PLTF: No appearance     DEF: No appearance

**Deputy Clerk:**     Kristen Melen

**Court Reporter:**     N/A     **Tape No.** 2:40- 2:41
                                           (Time: 1 min   )

**PROCEEDINGS:**                                      **RULINGS:**

Discovery Hearing                                         Submitted

**ORDERED AFTER HEARING:**

**The matter was called on the record and no parties were present, nor contacted the Court regarding the matter, therefore the matter is submitted without argument and will be decided on the pleadings.**

**ORDER TO BE PREPARED BY:** [ ]  Plaintiff  [ ]  Defendant  [ X]  Court

cc: EMC