**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

## CIVIL MINUTES

**Date:** January 31, 2013  **Time:** 1:44-2:13
**Court Reporter:** Lydia Zinn (415) 531-6587

**Case No. and Name:** C12-2396 EMC AF Holdings v. Doe

**Attorneys:** Brett Gibbs for Plaintiff
Nicholas Ranallo for Defendant Joe Navasca

**Deputy Clerk:** Betty Lee

### PROCEEDINGS:

- Defendant Navasca's motion to require undertaking CCP Sec. 1030 (Document #22)

### SUMMARY:

- For the reasons stated on the record, Defendant Navasca's motion is granted. Plaintiff is ordered to post a $50,000 bond. The Court stayed this order for 30 days to allow Plaintiff to file a motion for reconsideration with further evidence. If Plaintiff does not file a motion for reconsideration, then the order shall go into effect and Plaintiff shall be required to post the undertaking.