Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

Nicholas Ranallo, Attorney at Law
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
nick@ranallolawoffice.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. 3:12-CV-02396-EMC |
| Plaintiff, | **STIPULATION TO POSTPONE ENE; PROPOSED ORDER** |
| v. | |
| JOE NAVASCA, | |
| Defendant. | |

**STIPULATION TO POSTPONE EARLY NEUTRAL EVALUATION; PROPOSED ORDER**

Plaintiff AF Holdings LLC and Defendant Joe Navasca hereby agree and stipulate that, in light of the Court's Order Granting Defendant's Motion to Require Undertaking (ECF No. 51, "February 5 Order"), the upcoming Early Neutral Evaluation ("ENE") scheduled for February 28, 2013 should be postponed indefinitely until the final resolution of the undertaking matter. Both parties agree that such a postponement would allow for the undertaking issue to be fully resolved, and, at that juncture, it will be clear whether (and when) the ENE should be rescheduled. Both

parties agree that this postponement is beneficial to everyone, including the Court and the ENE officer, because it prevents the potential for waste of valuable time and resources.

As such, both parties hereby request that Court approve of this stipulation pursuant to Local Rule 7-12, and order that the ENE currently scheduled for February 28, 2013 is postponed until further notice.

DATED:  February 6. 2013

                                                PRENDA LAW INC.,

By:     /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Plaintiff AF Holdings LLC*

DATED: February 7, 2013

                                                NICHOLAS RANALLO, ATTY AT LAW

By:     /s/ Nicholas Ranallo
Nicholas Ranallo
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
nick@ranallolawoffice.com
Attorney for Joe Navasca

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**DATED:         February 6, 2013**                           _____
**U.S. District Court Judge**
**The Honorable Edward M. Chen**