Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | **No. 3:12-CV-02396-EMC** |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF BRETT L. GIBBS** |
| | ) | **IN SUPPORT OF PLAINTIFF** |
| | ) | **AF HOLDINGS LLC'S MOTION FOR** |
| v. | ) | **STAY OF DISCOVERY PENDING** |
| | ) | **RESOLUTION OF THE** |
| | ) | **UNDERTAKING ISSUE** |
| JOE NAVASCA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**GIBBS DECLARATION**

I, Brett L. Gibbs, declare as follows:

1.     I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2.     On February 7, 2013, I met and conferred with Defendant's attorney, Nicholas Ranallo, via telephone to discuss potentially stipulating to the stay of all pending discovery until the undertaking issue had been fully resolved.

3.     Mr. Ranallo asserted that he insisted upon continuing with discovery because of the issue of Plaintiff's standing.

4.     I informed Mr. Ranallo that Plaintiff would be submitting documentation establishing that AF Holdings is an existing company in its motion for reconsideration, negating the standing issue.

5.     I further informed Mr. Ranallo that Plaintiff had offered to pay for any expenses that Mr. Ranallo had already incurred with respect to the upcoming deposition.  I reminded Mr. Ranallo that continuing with discovery when the case could be terminated very shortly is a waste of both parties' time and money.

6.     Mr. Ranallo responded that wasting money did not matter because he would "be getting it all back from Plaintiff" [paraphrasing] through a motion for attorney's fees in the future anyway.

7.     I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: February 7, 2013**

                                                                      By:     /s/ Brett L. Gibbs, Esq.