Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVASCA, <br><br> Defendant. | No. 3:12-CV-02396-EMC <br><br> **DECLARATION OF BRETT L. GIBBS IN SUPPORT OF PLAINTIFF AF HOLDINGS LLC'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STAY DISCOVERY** |

### GIBBS DECLARATION

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. On February 8, 2013, I met and conferred with Defendant's attorney, Nicholas Ranallo, via telephone to discuss potentially stipulating to shortening the time for Plaintiff's Motion to Stay Discovery. Mr. Ranallo did not want to stipulate to the shortening of time.

3. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those

matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: February 8, 2013**

By:    /s/ Brett L. Gibbs, Esq.