# Exhibit B

# Contact Report
**Tony Saltmarsh**

Report Expiration
July 30, 2013

|  |  |
|---:|:---|
| Name | Tony Saltmarsh |
| Age | 28 |
| Date of Birth | 1/17/1985 |
| Phone Number | N/A |
| Additional Phone Numbers | 603-224-4510, 601-848-5514 |
| Most Recent Address | 314 W Monte Cristo Ave, Phoenix, AZ 85023-7420 |
| Aliases/Name Variations | Anthony J Saltmarsh |

**Email:**

| | |
|---|---|
| b****@comcast.net | **Tony Saltmarsh**<br>122 Bow Bog Road<br>Bow, NH 03304 |
| b****@attbi.com | **Tony Saltmarsh**<br>122 Bow Bog Road<br>Bow, NH 03304 |
| b****@aol.com | **Tony Saltmarsh**<br>122 Bow Bog Road<br>Bow, NH 03304 |
| b****@attbi.com | **Tony Saltmarsh**<br>122 Bow Bog Road<br>Bow, NH 03304 |
| b****@attbi.com | **Tony Saltmarsh**<br>122 Bow Bog Road<br>Bow, NH 03304<br>601-848-5514 |
| b****@comcast.net | **Tony Saltmarsh**<br>122 Bow Bog Rd<br>Bow, NH 03304-3902 |
| b****@attb1.com | **Tony Saltmarsh**<br>122 Bow Bog Rd<br>Bow, NH 03304-3902 |
| b****@geocities.com | **Tony Saltmarsh**<br>122 Bow Bog Rd<br>Bow, NH 03304-3902 |
| t****@msn.com | **Tony Saltmarsh**<br>122 Bow Bog Rd<br>Bow, NH 03304-3902 |

**4 addresses were found**

| Address | City, State, Zip | Phone | Added | Updated |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 314 W Monte Cristo Ave | Phoenix, AZ 85023-7420 | | 7/2011 | 7/2011 |
| 4532 E Villa Theresa Dr | Phoenix, AZ 85032-1554 | | 4/2009 | 4/2009 |
| 17212 N Scottsdale Rd, Apt 2312 | Scottsdale, AZ 85255-9615 | | 2/2007 | 9/2007 |
| 122 Bow Bog Rd | Bow, NH 03304-3902 | 603-224-4510 | | 2007 |

## Possible Relatives

Possible relatives are people who are likely relatives of Tony Saltmarsh based on matching surname and shared addresses. Please note that this will not include all relatives.

**5 possible relatives were found**

**Aaron A Saltmarsh**
**Alexander W Saltmarsh**
**Brandy Eileen Saltmarsh**
**Davis**
**Stephanie L Edwards**
**Name**                                                                                      **Age   Address**