# Exhibit C

# Contact Report
## Jayme C Steele

Report Expiration
July 30, 2013

|  |  |
|---:|:---|
| Name | Jayme C Steele |
| Age | 35 |
| Date of Birth | 3/30/1977 |
| Phone Number | 320-592-0011 |
| Additional Phone Numbers | 702-223-5209, 952-903-5343 |
| Most Recent Address | 314 W Monte Cristo Ave, Phoenix, AZ 85023-7420 |
| Aliases/Name Variations | Jamey Steele |

**14 addresses were found**

| Address | Added | Updated | City, State, Zip | Phone |
|---|---|---|---|---|
| 314 W Monte Cristo Ave | 7/2011 | 7/2011 | Phoenix, AZ 85023-7420 | |
| 21251 220th St | 6/2005 | 11/2006 | Mc Grath, MN 56350-4117 | 320-592-0011 |
| 3743 Irvington Ave | 2/2000 | 12/2005 | Miami, FL 33133-6105 | |
| 7641 128th St W | | 12/1995 | Saint Paul, MN 55124-9767 | |
| 21468 E Bonanza Way | | | Queen Creek, AZ 85142-3291 | |
| 21067 220th St | | | Mc Grath, MN 56350-4019 | 320-592-0011 |
| 4532 E Villa Theresa Dr | | | Phoenix, AZ 85032-1554 | |

| | | |
|---|---|---|
| 4404 Sandhorse Ct | Las Vegas, NV 89130-5212 | 702-223-5209 |
| 222 Zamora Ave, Apt 7 | Coral Gables, FL 33134-3930 | |
| 7511 Bristol Village Dr | Minneapolis, MN 55438-2562 | 952-903-5343 |
| 3160 Florida Ave | Miami, FL 33133-5113 | |
| 824 Jefferson Ave | Miami Beach, FL 33139-5632 | |
| 5533 Lagorce Dr | Miami Beach, FL 33140-2137 | |

## Possible Relatives

Possible relatives are people who are likely relatives of Jayme C Steele based on matching surname and shared addresses. Please note that this will not include all relatives.

**4 possible relatives were found**

**Deborah A Steele**
**Elizabeth N Steele**
**John Lawrence Steele Jr**
**John L J Steel**

| Name | Age | Address |
|---|---|---|