# Exhibit D

# VPR INC.

## Business Entity Information

| Status: | Default | File Date: | 11/9/2010 |
|---|---|---|---|
| Type: | Domestic Corporation | Entity Number: | E0540532010-2 |
| Qualifying State: | NV | List of Officers Due: | 11/30/2012 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20101804310 | Business License Exp: | 11/30/2012 |

## Registered Agent Information

| Name: | SPIEGEL & UTRERA, P.A. | Address 1: | 1785 EAST SAHARA AVENUE, SUITE 490 |
|---|---|---|---|
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89104 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

## Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 75,000.00 |
|---|---|---|---|
| Par Share Count: | 75,000.00 | Par Share Value: | $ 1.00 |

## Officers

☐ Include Inactive Officers

### President - ALAN COOPER

| Address 1: | 4532 EAST VILLA THERESA DR | Address 2: | |
|---|---|---|---|
| City: | PHOENIX | State: | AZ |
| Zip Code: | 85032 | Country: | |
| Status: | Active | Email: | |

### Secretary - ALAN COOPER

| Address 1: | 4532 EAST VILLA THERESA DR | Address 2: | |
|---|---|---|---|
| City: | PHOENIX | State: | AZ |
| Zip Code: | 85032 | Country: | |
| Status: | Active | Email: | |

| Treasurer - ALAN COOPER | | | |
|---|---|---|---|
| Address 1: | 4532 EAST VILLA THERESA DR | Address 2: | |
| City: | PHOENIX | State: | AZ |
| Zip Code: | 85032 | Country: | |
| Status: | Active | Email: | |

| Director - ALAN COOPER | | | |
|---|---|---|---|
| Address 1: | 4532 EAST VILLA THERESA DR | Address 2: | |
| City: | PHOENIX | State: | AZ |
| Zip Code: | 85032 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | 20100841806-90 | # of Pages: | 4 |
| File Date: | 11/9/2010 | Effective Date: | |
| Initial Stock Value: Par Value Shares: 75,000 Value: $ 1.00 No Par Value Shares: 0 --------------------------------------------------------------------- Total Authorized Capital: $ 75,000.00 | | | |

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20100868226-35 | # of Pages: | 1 |
| File Date: | 11/17/2010 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20120252442-44 | # of Pages: | 1 |
| File Date: | 4/10/2012 | Effective Date: | |
| (No notes for this action) | | | |