UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. C-12-2396 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME** |
| JOE NAVASCA, | **(Docket Nos. 54)** |
| Defendant. | |

_____/

Plaintiff AF Holdings LLC ("AF") has filed a motion to stay discovery which it seeks to have heard on shortened time. More specifically, AF asks that a hearing be held on its motion to stay discovery on February 14, 2013. Defendant Joe Navasca opposes shortened time, although he states that he may not be opposed to a stay of discovery after certain events take place -- in particular, the 30(b)(6) deposition of AF (currently scheduled for February 19, 2013) and AF's response to an order to show cause in another case in the Central District of California (currently due on February 19). Having considered the parties' briefs and accompanying submissions, the Court hereby **DENIES** the motion to shorten time.

The 30(b)(6) deposition of AF shall proceed on February 19. It is fair for Mr. Navasca to take the deposition because he is entitled to explore AF's contention that it does have standing to assert the claim for copyright infringement -- an issue which informed the Court's prior decision to

///

///

///

order an undertaking by AF and which will be a part of AF's anticipation motion to reconsider. After taking the deposition, then Mr. Navasca can decide whether he wishes to oppose AF's motion to stay all other discovery, which would appear to include responses to written discovery from each side. Mr. Navasca's opposition is to be filed several days before his responses to AF are due and several weeks before AF's responses are due.

This order disposes of Docket No. 54.

IT IS SO ORDERED.

Dated: February 12, 2013

_____
EDWARD M. CHEN
United States District Judge

2