1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel for Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
4  blgibbs@wefightpiracy.com
   *Attorney for Plaintiff*
5
6  Nicholas Ranallo, Attorney at Law
   371 Dogwood Way
7  Boulder Creek, CA 95006
   (831) 703-4011
8  nick@ranallolawoffice.com
   *Attorney for Defendant*
9

10                IN THE UNITED STATES DISTRICT COURT FOR THE

11                      NORTHERN DISTRICT OF CALIFORNIA

12

13  AF HOLDINGS LLC,                  )        **No. 3:12-CV-02396-EMC**
                                      )
14                                    )
                                      )
15              Plaintiff,            )        **STIPULATION TO POSTPONE ENE;**
                                      )        **PROPOSED ORDER**
16        v.                          )
                                      )
17                                    )
   JOE NAVASCA,                       )
18                                    )
                                      )
19              Defendant.            )
                                      )
20  _____ )

21   **STIPULATION TO POSTPONE EARLY NEUTRAL EVALUATION; PROPOSED ORDER**

22         Plaintiff AF Holdings LLC and Defendant Joe Navasca hereby agree and stipulate that, in

23  light of the Court's Order Granting Defendant's Motion to Require Undertaking (ECF No. 51,

24  "February 5 Order"), the upcoming Early Neutral Evaluation ("ENE") scheduled for February 28,

25  2013 should be postponed indefinitely until the final resolution of the undertaking matter.  Both

26  parties agree that such a postponement would allow for the undertaking issue to be fully resolved,

27  and, at that juncture, it will be clear whether (and when) the ENE should be rescheduled.  Both

28

1  parties agree that this postponement is beneficial to everyone, including the Court and the ENE

2  officer, because it prevents the potential for waste of valuable time and resources.

3        As such, both parties hereby request that Court approve of this stipulation pursuant to Local

4  Rule 7-12, and order that the ENE currently scheduled for February 28, 2013 is postponed until

5  further notice.

6  DATED:  February 6. 2013

7                                        PRENDA LAW INC.,

8                               By:     /s/  Brett L. Gibbs, Esq.

9                                        Brett L. Gibbs, Esq. (SBN 251000)
10                                       Of Counsel to Prenda Law Inc.
                                         38 Miller Avenue, #263
11                                       Mill Valley, CA 94941
                                         415-325-5900
12                                       blgibbs@wefightpiracy.com
                                         *Attorney for Plaintiff AF Holdings LLC*
13

14
     DATED: February 7, 2013
15

16                                       NICHOLAS RANALLO, ATTY AT LAW

17                               By:     /s/ Nicholas Ranallo
                                         Nicholas Ranallo
18                                       371 Dogwood Way
                                         Boulder Creek, CA 95006
19                                       (831) 703-4011
                                         nick@ranallolawoffice.com
20                                       Attorney for Joe Navasca

21

22

23        **PURSUANT TO STIPULATION, IT IS SO ORDERED**

24

25

26   **DATED:        February 6, 2013**        _____

27                                        **U.S. District Cou**
                                          **The Honorable Ed**
28

                                         2

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA