Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>JOE NAVASCA<br><br>    Defendants. | Case No. 3:12-cv-02396-EMC<br><br>Assigned to:<br>Hon. District Judge Edward M. Chen<br><br>Referred to:<br>Hon. Magistrate Judge Nandor J. Vadas<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Morgan E. Pietz, Esq., of THE PIETZ LAW FIRM, 3770 Highland Avenue, Suite 206, Manhattan Beach, California 90266 hereby enters his appearance as co-counsel in the above-captioned matter on behalf of the Defendant Joe Navasca.

DATED: February 14, 2013         THE PIETZ LAW FIRM

By:     */s/ Morgan E. Pietz*
Morgan E. Pietz (CA Bar No. 260629)*
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for Defendant Joe Navasca

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on February 14, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/          Morgan E. Pietz

Morgan E. Pietz, Attorney at Law