AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| AF HOLDINGS LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:12-cv-02396 |
| JOE NAVASCA | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AF HOLDINGS LLC                                                                                              .

Date:   02/20/2013                                     /s/ Paul Duffy
                                                              *Attorney's signature*

                                                      Paul Duffy (Bar No. 224159)
                                                      *Printed name and bar number*
                                                      161 N. Clark St., Suite 3200
                                                      Chicago, IL 60601

                                                              *Address*

                                                      paduffy@wefightpiracy.com
                                                              *E-mail address*

                                                              (800) 380-0840
                                                              *Telephone number*

                                                              *FAX number*