Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOE NAVASCA<br><br>　　　　Defendants. | Case No. 3:12-cv-02396-EMC<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO STAY (ECF No. 53)**<br><br>Judge: Honorable Edward Chen |

　　　　On February 7, 2013 AF Holdings filed a Motion to Stay Discovery in the instant case (ECF No. 53 ). The next day, on February 8, 2012 AF Holdings filed a Motion to Shorten Time regarding this motion. On February 12, 2013, this court denied Plaintiff's Motion to Shorten Time, and indicated that Defendant could decide whether or not to oppose the motion by February 21, 2013 in accordance with a standard briefing schedule.

　　　　Having taken AF Holdings 30(b)(6) deposition in this matter and reviewed Mr. Gibbs response to the Order To Show Cause re: Rule 11 in the Central District, Defendant hereby states his non-opposition to the Motion to Stay Further Discovery (ECF No. 53), pursuant to N.D. Cal. Civil Rule 7-3(b) and this court's February 12, 2013 Order.

DATED: February 21, 2013　　　　NICHOLAS RANALLO, ATTORNEY AT LAW


　　　　　　　　　　　　　　　　By: _____/s/ Nicholas Ranallo_____

Nicholas Ranallo (Cal Bar # 275016)
Attorney for Joe Navasca
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

### CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 21st day of February, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/            Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law