Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. 3:12-cv-02396-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF AF HOLDINGS LLC'S MOTION TO VOLUNTARILY DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |
| v. | |
| JOE NAVASCA, | |
| Defendant. | |

THIS CAUSE is before the Court upon Plaintiff's Motion to Voluntarily Dismiss the instant action pursuant to Federal Rule of Civil Procedure 41(a)(2).

THIS COURT has reviewed Plaintiff's Motion, relevant case law, the pertinent portions of the record, and is otherwise fully advised on the premise. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss the instant action is GRANTED.

IT IS SO ORDERED.

Dated: _____   _____
                                                                                          Hon. Edward M. Chen
                                                                                          United States District Judge