1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel for Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| AF HOLDINGS LLC, | ) | No. 3:12-CV-02396-EMC |
| --- | --- | --- |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING PLAINTIFF AF HOLDINGS LLC'S MOTION FOR STAY OF DISCOVERY UNTIL FINAL RESOLUTION OF THE UNDERTAKING ISSUE |
| v. | ) | |
| JOE NAVASCA, | ) | |
| Defendant. | ) | |

### ORDER

THIS CAUSE is before the Court upon Plaintiff AF Holdings LLC's motion for Stay of Discovery Until Final Resolution of the Undertaking Issue. (ECF No. 53.) Defendant has filed a ~~THIS COURT has reviewed Plaintiff's Motion, the pertinent portions of the record, as well as relevant case law; accordingly,~~ statement of nonopposition. See Docket No. 61.

IT IS HEREBY ORDERED that Plaintiff Motion is GRANTED;

IT IS FURTHER ORDERED that all discovery in this case shall be STAYED pending resolution of the undertaking issue.

IT IS SO ORDERED.

Dated: 2/25/13

_____
Hon. Edward M. Chen
United States District Judge