1  Paul Duffy, Esq. (SBN 224159)
   2 N. LaSalle Street, 13thFloor
2  Chicago, IL  60602
   paduffy@wefightpiracy.com
3

4  *Attorney for Plaintiff*

5

6  IN THE UNITED STATES DISTRICT COURT FOR THE

7  NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

8

9  AF HOLDINGS LLC,                 )   **Case No. 2:12-CV-002396-EMC**
                                    )
10         Plaintiff,               )   Judge: Hon. Edward M. Chen
       v.                           )   Magistrate Judge: Hon. Nandor J. Vadas
11                                  )
   JOHN DOE        ,                )   Date: March 28, 2013
12                                  )   Time: 1:30 P.M.
                                    )                        DENYING
13         Defendant.               )   [P~~ROPOS~~ED] ORDER GR~~ANTING~~
                                    )   REQUEST TO APPEAR BY TELEPHONE
14 _____ )   AND RESETTING MOTION HEARING

15
   **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**
16

17     The Court has reviewed Plaintiff's request that its attorney be ~~able to ap~~pear via telephone at

18 the Court's upcoming ~~Motion To Dismiss~~ Voluntarily Pursuant To Federal Rule of Civil Procedure

19 41(a)(2) scheduled for hearing on March 28, 2013 at 1:30 p.m. in this Court.  In light of reasonable

20 basis presented by Plaintiff, the Court **GRANTS** this motion.

21 Per Local Rule 131(c) – Dated: March 26, 2013            /s/ Paul Duffy, Esq.
22
       DENIED.  The Motion to Dismissal is reset for 4/18/13 at 1:30 p.m.  Counsel must appear
23     in person.
24
25
              3/27/13
26     DATED: _____
27
                                                              IT IS SO ORDERED
28                                                            AS MODIFIED

                                                              Judge Edward M. Chen