# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** April 18, 2013  **Time:** 2:24-2:55
                                    **Court Reporter:** Raynee Mercado (510) 451-7530

**Case No. and Name:**   C12-2396 EMC AF Holdings v. Doe

**Attorneys:**   Paul Duffy for Plaintiff
                 Nicholas Ranallo for Defendant Joe Navasca

**Deputy Clerk:**   Betty Lee

## PROCEEDINGS:

- PLAINTIFF'S MOTION TO DISMISS #62

## SUMMARY:

Court took matter under submission and to issue order.