Paul Duffy (Bar No. 224159)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
paduffy@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **AF HOLDINGS LLC,** | ) | No. **3:12-CV-02396-EMC** |
| | ) | |
| | ) | **APPLICATION FOR** |
| Plaintiff, | ) | **EXTENSION OF DEADLINE** |
| | ) | |
| v. | ) | Judge: Honorable Edward M. Chen |
| | ) | |
| JOE NAVASCA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**APPLICATION FOR EXTENSION OF DEADLINE**

Plaintiff, by and through its undersigned counsel, pursuant to this Court's April 23, 2013 Order and other governing law, as and for its Application for Extension of Deadline set forth in the Court's April 23, 2013 Order, states as follows:

1. The Court in its April 23, 2013 Order, among other things, directed Plaintiff to produce an original ADR certification or file a declaration stating why the document was not produced.

2. For the reasons set forth in the accompanying Declaration, Plaintiff has been advised that it is unable to contact prior counsel because counsel is out of the country until approximately May 6, 2013.

3. Plaintiff therefore requests that this Court grant an extension of the April 29, 2013 deadline through and including May 13, 2013, or a date thereafter convenient to the Court, in order to allow Plaintiff to comply with the Court's instruction.

Respectfully Submitted,

AF Holdings, LLC

DATED: April 26, 2013

By: /s/  Paul Duffy
Paul Duffy (Bar No. 224159)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/  Paul Duffy