Paul Duffy
Law Offices of Paul Duffy
161 N. Clark, Suite 3200
Chicago, IL 60601
312-880-9160
Fax: 312-893-5677
Email: paduffy@wefightpiracy.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE NAVSCA,<br><br>　　　　Defendant. | Case No.　C-12-2396 EMC<br><br>**DECLARATION OF PAUL DUFFY RE COURT'S APRIL 23, 2013, ORDER GRANTING DISMISSAL**<br><br>Assigned to the Hon. Edward M. Chen |

I, Paul Duffy, do hereby declare:

I am an attorney at law duly licensed to appear before courts in the State of California and in the federal district courts in the State of California, including the U.S. District Court for the Northern District of California. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

　　1.　On April 2, 2013, in a hearing on an order to show cause in the federal district court for the Central District of California in the case entitled Ingenuity 13, LLC v. John Doe, assigned case number 2:12-cv-08333-ODW (JCx), I invoked the right against self-incrimination under the Fifth Amendment with respect to possible allegations of criminal liability and incarceration as described in the record therein. I am advised by counsel that the order of the Court in this matter to

- 1 -

produce documents, make inquiries, and provide a statement concerning AF Holdings, LLC's original ADR certification implicates the same issues currently under investigation by Judge Wright and calls forth the same constitutional protections under the Fifth Amendment as described above. I am also advised that in this matter there is a direct Court order that, if not obeyed, could subject me to penalties for contempt of court. Therefore, I wish to both raise the right against self-incrimination under the Fifth Amendment and likewise avoid placing myself in contempt of Court by refusing to obey a direct order. It is not my intention to waive my right against self-incrimination under the Fifth Amendment by any statement or act of attempted production involuntarily made, as provided below.

2. I substituted in as counsel of record in this matter on February 26, 2013. Prior to that time, Brett Gibbs was counsel of record for AF Holdings, LLC.

3. Due to my later appearance in this matter, I have no knowledge of the filing of AF Holdings, LLC's ADR certification in this matter.

4. Due to my lack of knowledge regarding the ADR certification, and because Mr. Gibbs is also a subject of the order to show cause in Judge Wright's court, my counsel in the Central District matter attempted to contact Mr. Gibbs' counsel to obtain the information requested by this Court at page eight of its April 23, 2013, order granting dismissal of this matter with prejudice.

5. My counsel could not obtain the necessary information, because Mr. Gibbs is currently out of the country on his honeymoon and will not return until May 6, 2013.

6. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Philip W. Vineyard, my attorney in the Central District matter, disclosing the content of his conversation with Andrew Waxler, attorney for Mr. Gibbs in the Central District matter, and attaching an e-mail exchange between them confirming Mr. Gibbs' unavailability.

7. I make this declaration in support of the concurrently filed *ex parte*

application for an extension of the April 29, 2013, deadline by which I am to conform to the Court's April 23, 2013, order. I respectfully request an extension to May 13, 2013, or to a date thereafter convenient to the Court, to conform to the Court's April 23, 2013, order.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed at Chicago, Illinois, on April 26, 2013.

_____
Paul Duffy
Declarant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | Case No.   C-12-2396 EMC |
| Plaintiff, | |
| v. | **DECLARATION OF PHILIP W. VINEYARD** |
| JOE NAVSCA, | |
| Defendant. | |

I, Philip W. Vineyard, do hereby declare:

I am an attorney at law duly licensed to appear before all state courts in the State of California and in the Northern and Central District Courts. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

1. I am an associate with the law firm of Klinedinst P.C., specially appearing counsel of record for Prenda Law, Inc., Paul Duffy, and Angela Van Den Hemel in the Order to Show Cause proceedings currently pending in the Central District litigation entitled Ingenuity 13, LLC v. John Doe, assigned case number 2:12-cv-08333-ODW (JCx).

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail chain between myself and Andrew Waxler, counsel of record for Brett Gibbs in the

- 1 -

order to show cause proceedings pending in Ingenuity 13, LLC v. John Doe.

3. In the first of the two e-mails (chronologically), I forwarded this Court's Order of April 23, 2013, to Mr. Waxler in an attempt to obtain the information requested by the Court.

4. I thereafter spoke to Mr. Waxler, who informed me that Mr. Gibbs was out of the country until May 6, 2013. I requested Mr. Waxler to confirm this disclosure in an e-mail for submission to this Court. That e-mail is the second of the two e-mails in Exhibit A.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed at Los Angeles, California, on April 25, 2013.

_____
Philip W. Vineyard
Declarant

15524036v1

- 2 -

DECLARATION OF PHILIP W. VINEYARD
C-12-2396 EMC

# Exhibit A

## Philip W. Vineyard

**From:** Andrew Waxler <awaxler@wcb-law.com>
**Sent:** Tuesday, April 23, 2013 12:30 PM
**To:** Philip W. Vineyard
**Subject:** RE: AF Holdings v. Joe Navasca

Hi Philip,

You asked whether Brett Gibbs can respond to the request for information set forth on page 8 of the Order.

Please be advised that Brett Gibbs is presently out of the country on his honeymoon and will not return to the United States until May 6th.

Let me know if you have any further questions.

Andy


Andrew Jay Waxler
Certified Specialist, Legal Malpractice Law
Waxler Carner Brodsky LLP
1960 E. Grand Ave., Suite 1210
El Segundo, CA. 90245

Direct Dial No.: 310-416-1305
Fax No.: 310-416-1310
Cell No.: 213-713-2019
Email: awaxler@wcb-law.com


**From:** Philip W. Vineyard [mailto:PVineyard@Klinedinstlaw.com]
**Sent:** Tuesday, April 23, 2013 11:41 AM
**To:** Andrew Waxler
**Cc:** Heather L. Rosing; David Majchrzak
**Subject:** AF Holdings v. Joe Navasca

Hi Andy,

Please see attached.  Please give me a call as soon as you are available.

Philip W. Vineyard
Attorney
213.406.1100, ext. 3353
213.406.1101 (fax)
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, CA  90017

1

pvineyard@klinedinstlaw.com
www.klinedinstlaw.com
San Diego * Santa Ana * Los Angeles * Sacramento

Legal Assistant: Denise Carrillo
dcarrillo@klinedinstlaw.com

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential or otherwise exempt from disclosure under applicable Federal or State Law. If you are not the named addressee or the employee or agent responsible for delivering this e-mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution or copying of this e-mail. If you have received this e-mail in error, please immediately contact the sender by reply e-mail, telephone, or facsimile.