UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>JOE NAVASCA,<br><br>        Defendant.<br>_____/ | No. C-12-2396 EMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF DEADLINE**<br><br>**(Docket No. 77)** |

      Plaintiff AF Holdings, Inc. has filed an application asking for an extension of time to comply with the Court's order of April 23, 2013. *See* Docket No. 76 (Order at 8). Having considered the papers submitted, the Court hereby **GRANTS** the application. AF and/or its counsel shall have until May 13, 2013, to comply with the Court's April 23 order.

      Because the Court is extending the time for compliance, **a final judgment shall not be entered on April 30, 2013, as the Court previously ordered**. Absent an objection by Mr. Navasca, the Court shall temporarily defer entry of judgment to resolve the "Salt Marsh" issue.

      This order disposes of Docket No. 77.

      IT IS SO ORDERED.

Dated: April 29, 2013

                                                            _____
                                                           EDWARD M. CHEN
                                                           United States District Judge