# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOE NAVSCA,<br><br>    Defendant. | Case No. CV-12-2396 EMC<br><br>**AFFIDAVIT OF MARK LUTZ**<br><br>Assigned to the Hon, Edward M. Chen |

I, Mark Lutz, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and, if called, would be prepared to testify as stated herein.

2. I manage various adult content related companies, including AF Holdings LLC. Salt Marsh is the name of the trust that owns AF Holdings.

3. In 2011, while I was still working as a paralegal for Steele Hansmeier, I met Brett Gibbs, who was counsel for all the California cases for Steele Hansmeier. Mr. Gibbs continued to act as counsel for all of AF Holdings' cases in California through approximately February 2013.

4. Mr. Gibbs has in the past forwarded to me Alternate Dispute Resolution policies applicable to court filings. I have reviewed and am familiar

1  with the policies.
2      5.   Mr. Gibbs also from time to time sent to me certifications to sign on
3  behalf of AF Holdings stating that I am familiar with the ADR policies. My
4  practice was to sign those certifications on behalf of the Salt Marsh Trust and
5  return them to Mr. Gibbs.

FURTHER AFFIANT SAYETH NOT

Subscribed and sworn to me
This 2d day of May, 2013

By_____
Notary Public



RAUL L. CHAVARRIA
MY COMMISSION # EE 173519
EXPIRES: March 6, 2016
Bonded Thru Budget Notary Services

DECLARATION OF MARK LUTZ
12-CV-2396 EMC