UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. C-12-2396 EMC |
| Plaintiff, | |
| v. | **ORDER RE FINAL JUDGMENT** |
| JOE NAVASCA, | |
| Defendant. _____/ | |

Previously, the Court issued an order granting AF's motion for voluntary dismissal but deferring entry of final judgment so that AF's counsel could produce to Mr. Navasca the original of an ADR certification that was e-filed by AF (purportedly signed by "Salt Marsh"). The Court noted that, if AF's counsel was not able to produce the original, then he would have to explain why not.

AF's counsel – currently Mr. Duffy – has now filed a declaration stating that he was unable to get a copy of the original because (1) Mr. Duffy was not counsel for AF at the time the ADR certification was signed and (2) when Mr. Duffy's attorney contacted the attorney for AF's prior counsel (Mr. Gibbs) about the original document, that attorney stated that Mr. Gibbs does not have the original. *See generally* Duffy Decl.; Vineyard Decl.

AF has also submitted a declaration from Mark Lutz, who states that he is a manager for AF. *See* Lutz Decl. ¶ 2. Mr. Lutz also states that "Salt Marsh is the name of the trust that owns AF." Lutz Decl. ¶ 2. According to Mr. Lutz, while Mr. Gibbs was representing AF, Mr. Gibbs would send to him "from time to time . . . certifications to sign on behalf of AF Holdings stating that I am

familiar with the ADR policies. My practice was to sign those certifications on behalf of the Salt Marsh Trust and return them to Mr. Gibbs." Lutz Decl. ¶ 5.

Because AF's counsel has now substantially complied with the Court's order, the Court sees no basis to continue deferring a final judgment. **Accordingly, the Court hereby orders the Clerk of the Court to enter judgment in accordance with the Court's order of April 23, 2013.** *See* Docket No. 76 (order). The Clerk of the Court shall also close the file in the case.

IT IS SO ORDERED.

Dated: May 21, 2013

_____
EDWARD M. CHEN
United States District Judge