**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,                                       No. C-12-2396 EMC

        Plaintiff,

    v.                                                    **JUDGMENT IN A CIVIL CASE**

JOE NAVASCA,

        Defendant.

_____/

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL filed on April 23, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: May 21, 2013

_____
EDWARD M. CHEN
United States District Judge