# Exhibit F

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | No. 3:12-CV-02396-EMC |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** |
| v. | ) | |
| | ) | |
| JOE NAVASCA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT PLAINTIFF'S CLAIMS**

A. Peter Hansmeier
    161 N Clark Street, Suite 3200
    Chicago, IL 60601
    312-880-9160

Information includes: knowledge of BitTorrent technology; technician of the technology used to monitor and capture the Defendant's infringing conduct.

B. Joe Navasca
    2059 Brown Ave.
    Santa Clara, CA 95051

Information includes: knowledge of his computer and Internet usage—what types, the extent thereof, his interaction with uploading and downloading videos online, etc.—Mr. Navasca's general computer knowledge, Mr. Navasca's living circumstances, including, but not limited to, the layout of his house and who he shares it with, Mr. Navasca's computer(s) hard drive (and the files contained therein), Mr. Navasca's home network setup, and any other issues related to the claims at issue in this case.

C. Co-Occupants of Navasaca's House
    2059 Brown Ave.
    Santa Clara, CA 95051

Information includes: knowledge of Mr. Navasca's computer and Internet usage—what types, the extent thereof, his interaction with uploading and downloading videos online, etc.—Mr. Navasca's general computer knowledge, Mr. Navasca's living circumstances, including, but not limited to, the layout of the residence they live with him at, Mr. Navasca's computer(s) hard drive (and the files contained therein), Mr. Navasca's home network setup, and any other issues related to the claims at issue in this case.

D. Marc Lutz
   Miami Beach, FL

Information includes: knowledge of the assignment agreement attached as an exhibit to the complaint, distribution, and infringement of Plaintiff's works.

Plaintiff reserves the right to amend its disclosures to add additional witnesses.

## II.   CATEGORIES OF DOCUMENTS

A. Documents related to the data collected by 6881 Forensics regarding the BitTorrent swarm that Defendant participated in.

B. Copies of letters sent to Mr. Nasvasca.

C. The copyright certificate of registration related to the copyrighted material in this case.

D. Plaintiff may also use any document identified or produced, or to be identified or produced, by Defendant during this litigation.

The above documents are located at Plaintiff's counsel's law firm's headquarters, at the following address:

161 N Clark Street, Suite 3200
Chicago, IL 60601

Plaintiff reserves the right to amend its disclosures to add additional categories.

## III.   COMPUTATION OF DAMAGES

Plaintiff has suffered damages as follows:

A. If Plaintiff seeks statutory damages under 17 U.S.C. § 504(c)(2), Plaintiff would be entitled to the maximum statutory amount of **$150,000** plus attorneys' fees.

B. If Plaintiff seeks actual damages, Plaintiff would be entitled to the damages caused by Plaintiff and his co-conspirators as the Defendant is to be held jointly and several liable for all damages caused by the conspiracy. Because discovery is still ongoing and Plaintiff has not yet identified all of the Defendant's co-conspirators or the extent of the damages, Plaintiff is not yet able to calculate actual damages.

Plaintiff reserves the right to amend its disclosures to add additional damages.

///

## IV. INSURANCE

At this time, Plaintiff is not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiff or to indemnify or reimburse the Defendant for payments to satisfy the judgment.

Respectfully Submitted,

AF HOLDINGS, LLC,

**DATED: December 3, 2012**

By: /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | No. 3:12-CV-02396-EMC |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S AMENDED RULE 26(a)(1)** |
| v. | ) | **INITIAL DISCLOSURES** |
| | ) | |
| JOE NAVASCA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT PLAINTIFF'S CLAIMS**

A. Peter Hansmeier
   161 N Clark Street, Suite 3200
   Chicago, IL 60601
   312-880-9160

Information includes: knowledge of BitTorrent technology; technician of the technology used to monitor and capture the Defendant's infringing conduct.

B. Joe Navasca
   2059 Brown Ave.
   Santa Clara, CA 95051

Information includes: knowledge of his computer and Internet usage—what types, the extent thereof, his interaction with uploading and downloading videos online, etc.—Mr. Navasca's general computer knowledge, Mr. Navasca's living circumstances, including, but not limited to, the layout of his house and who he shares it with, Mr. Navasca's computer(s) hard drive (and the files contained therein), Mr. Navasca's home network setup, and any other issues related to the claims at issue in this case.

C. Co-Occupants of Navasaca's House
   2059 Brown Ave.
   Santa Clara, CA 95051

Information includes: knowledge of Mr. Navasca's computer and Internet usage—what types, the extent thereof, his interaction with uploading and downloading videos online, etc.—Mr. Navasca's general computer knowledge, Mr. Navasca's living circumstances, including, but not limited to, the layout of the residence they live with him at, Mr. Navasca's computer(s) hard drive (and the files contained therein), Mr. Navasca's home network setup, and any other issues related to the claims at issue in this case.

D.  Marc Lutz
    C/O AF Holdings LLC
    Springates East
    Government Road
    Charlestown, Nevis

Information includes: knowledge of the assignment agreement attached as an exhibit to the complaint, distribution, and infringement of Plaintiff's works.

Plaintiff reserves the right to amend its disclosures to add additional witnesses.

**II.   CATEGORIES OF DOCUMENTS**

A. Documents related to the data collected by 6881 Forensics regarding the BitTorrent swarm that Defendant participated in.

B. Copies of letters sent to Mr. Nasvasca.

C. The copyright certificate of registration related to the copyrighted material in this case.

D. Plaintiff may also use any document identified or produced, or to be identified or produced, by Defendant during this litigation.

The above documents are located at Plaintiff's counsel's law firm's headquarters, at the following address:

161 N Clark Street, Suite 3200
Chicago, IL 60601

Plaintiff reserves the right to amend its disclosures to add additional categories.

**III.   COMPUTATION OF DAMAGES**

Plaintiff has suffered damages as follows:

A. If Plaintiff seeks statutory damages under 17 U.S.C. § 504(c)(2), Plaintiff would be entitled to the maximum statutory amount of **$150,000** plus attorneys' fees.

B. If Plaintiff seeks actual damages, Plaintiff would be entitled to the damages caused by Plaintiff and his co-conspirators as the Defendant is to be held jointly and several liable for all damages caused by the conspiracy. Because discovery is still ongoing and Plaintiff has not yet identified all of the Defendant's co-conspirators or the extent of the damages, Plaintiff is not yet able to calculate actual damages.

Plaintiff reserves the right to amend its disclosures to add additional damages.

## IV.   INSURANCE

At this time, Plaintiff is not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiff or to indemnify or reimburse the Defendant for payments to satisfy the judgment.

                          Respectfully Submitted,

                          AF HOLDINGS, LLC,

**DATED: January 4, 2013**

                          By:    /s/  Brett L. Gibbs, Esq.

                          Brett L. Gibbs, Esq. (SBN 251000)
                          Of Counsel to Prenda Law Inc.
                          38 Miller Avenue, #263
                          Mill Valley, CA 94941
                          415-325-5900
                          blgibbs@wefightpiracy.com
                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                  /s/ Brett L. Gibbs
                   Brett L. Gibbs, Esq.