```
Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>JOE NAVASCA<br><br>Defendants. | Case No. 3:12-cv-02396-EMC<br><br>**MORGAN E. PIETZ DECLARATION** |

### **DECLARATION OF MORGAN E. PIETZ**

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California.

2. I am co-counsel, attorney of record for Joe Navasca, and this declaration is based on personal knowledge of the matters set forth herein.

Attorney Fees, Costs and Basis of Calculation

3. I graduated from USC Law School and have been licensed and admitted to practice as an attorney in the State of California since December, 2008.

4. I previously worked as an associate in the Los Angeles office of a large global law firm, Paul Hastings, LLP. The focus of the work I did there was intellectual property, primarily copyright, trademark, trade secret, and anti-trust. Just before I left Paul Hastings, my

billing rate was approximately $450 per hour.

5. In the fall of 2010, I started The Pietz Law Firm. I continue to focus primarily on copyright, trademark, and trade secret matters. My current billing rate is $300 per hour.

6. I have determined that my billing rate is reasonable by consulting two sources: the "Laffey Matrix" issued by the United State Department of Justice, and a recent survey of hourly billing rates published by the San Francisco Daily Journal.

7. According to the Department of Justice's Laffey Matrix, a copy of which is attached hereto as Exhibit A, for the year June 1, 2012 to May 31, 2013, the benchmark for an attorney with 4-7 years experience (such as me) is **$290 per hour**.[1]

8. According to the August 10, 2012 edition of the San Francisco Daily Journal, a reasonable hourly rate for attorneys in the San Francisco Bay Area is significantly higher than the rate suggested by the Laffey Matrix. According to this survey, the 2012 average billing rate in the San Francisco market was **$482 per hour** for an associate, up from $449 per hour in 2011. A copy of the chart summarizing billing rates is annexed hereto as Exhibit B.

9. I have significant skill and experience dealing with this type of case and with this particular plaintiff. I estimate that I represent approximately 50+ John Doe defendants in similar actions, including several other cases that have been filed by the same plaintiffs' attorneys, Prenda Law, Inc. For example, I am counsel of record for the John Doe defendant in *Ingenuity 13, LLC v. John Doe*, C.D. Cal. No. 12-cv-8333-ODW, which is currently set for a sanctions hearing before Judge Wright. As a result of my involvement in that case, I have gained substantial familiarity with a number of key facts that are also relevant in this action, most of which relate to the practices of the plaintiff's firm, Prenda Law, Inc.

---

[1] There is also an "Adjusted Laffey Matrix", http://www.laffeymatrix.com/see.html, prepared not by the DOJ, but by private litigants after reviewing DOJ methodology, which lists a higher rate for 2013 for a lawyer with 4-7 years experience: **$383 per hour**. *See, Kempf v. Barrett Bus. Servs.*, No. C-06-3161 SC, 2007 U.S. Dist. LEXIS 89447 (N.D. Cal. Nov. 20, 2007) (finding attorneys' requested fees reasonable when compared to rates in the Adjusted Laffey Matrix).

10. Based on my (i) big-firm experience, (ii) sustained focus on intellectual property issues, (iii) practical experience litigating this particular type of case, and (iv) with reference to the fee benchmarks noted above, I believe that my current billing rate of $300 per hour is reasonable, if not on the low end for an attorney with my skill and experience.

11. I have reasonably expended 9.6 hours in defense of this action. All of that time consisted of preparing for and conducting the February 19, 2013, 30(b)(6) deposition of AF Holdings, for a total of $2,880 in legal fees.

12. In addition, I have incurred $425.80 in costs, in the form of airfare to travel to and from the deposition from my office in Los Angeles.

13. In sum, the total legal fees expended are $2,880, plus $425.80 in costs, for a grand total of $3,305.80.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 7th day of March, 2013, in Manhattan Beach, California.

/s/ Morgan E. Pietz
Morgan E. Pietz, Declarant