# EXHIBIT D

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                    HONORABLE OTIS D. WRIGHT

 4            UNITED STATES DISTRICT JUDGE PRESIDING

 5                             - - -

 6
      Ingenuity 13 LLC,                  )
 7                      PLAINTIFF,       )
                                         )
 8    VS.                                )  NO. CV 12-8333 ODW
                                         )
 9    John Doe, et al.,                  )
                            DEFENDANT,   )
10    _____)

11

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                    LOS ANGELES, CALIFORNIA

15                    MONDAY, MARCH 11, 2013

16

17

18            _____

19            KATIE E. THIBODEAUX, CSR 9858
              U.S. Official Court Reporter
20            312 North Spring Street, #436
              Los Angeles, California 90012
21

22

23

24

25
```

```
                                                                    2

 1   APPEARANCES OF COUNSEL:

 2

 3   FOR RESPONDENT GIBBS:

 4        WAXLER CARNER BRODSKY LLP
          BY:   ANDREW J. WAXLER
 5        -and- BARRY BRODSKY
          1960 E. Grand Avenue
 6        Suite 1210
          El Segundo, CA  90245
 7

 8

 9   FOR DEFENDANT:

10        THE PIETZ LAW FIRM
          BY:   MORGAN E. PIETZ
11        3770 Highland Avenue
          Suite 206
12        Manhattan Beach, CA  90266

13        -and-

14        NICHOLAS RANALLO LAW OFFICES
          BY:   NICHOLAS R. RANALLO
15        371 Dogwood Way
          Boulder Creek, CA  95006
16

17

18   SPECIALLY APPEARING:

19        KLINEDINST LAW OFFICES
          BY:   HEATHER ROSING
20        501 W. Broadway
          Suite 600
21        San Diego, CA  92101

22

23

24

25
```

```
 1                          I N D E X

 2

 3   WITNESS NAME                                PAGE

 4   Alan Cooper
          Direct Examination by the Court        21
 5        Direct Examination by Mr. Pietz        26
          Cross-Examination by Mr. Brodsky       34
 6
     Bart Huffman
 7        Direct Examination by Mr. Pietz        39

 8   Benjamin Fox
          Direct Examination by Mr. Pietz        45
 9
     Jessie Nason
10        Direct Examination by Mr. Pietz        52

11   Brad Gibbs
          Direct Examination by Mr. Waxler       73
12        Cross-Examination by Mr. Pietz         105

13

14   EXHIBIT                   I.D.       IN EVID.

15   1                         36             37
     2                         36             37
16   3,4,5                     36
     6,7                       43             44
17   8                         50             50
     9                         56
18   10                        67             67
     11                        68             68
19   12                        73             73
     13                        107            107
20   14                        108            108
     15,16,17,18               110            110
21

22

23

24

25
```

                                                                      25

 1   didn't send a check for a certain amount, that he would
 2   make it public to these people's family and friends what
 3   they were looking at.
 4   Q    I see.  Okay.  Is that all you can remember him
 5   saying about this new venture?
 6   A    At this time.  Yes.
 7   Q    All right.  Now, let's put this in context.  He
 8   basically told you that if you started getting any
 9   inquiry, that you were to, what, call him or direct the
10   callers to him?
11   A    To contact personally, personally contact him.
12   Q    Okay.  Now, back up.  If you received any calls or
13   inquiries regarding what?
14   A    He said anything that seemed out of place.
15   Q    And you took that to mean what?
16   A    I took that to mean the very next day I went and
17   talked to my father-in-law which is a retired sheriff and
18   talked to him, and he said until anybody contacts you, he
19   goes we have nothing to go to the court system with.
20   Q    And did that change?
21   A    I never heard anything from anybody.
22   Q    All right.  So no one ever contacted you?
23   A    No.
24   Q    And so what is it that made you go off and hire
25   Mr. Paul Godfread?

26

1  A      I had received a text asking if this was my
2  signature on a particular document, and I said no.  And
3  that is when I was given a number to call an attorney to
4  make sure that this didn't come back towards me.
5  Q      All right.  I am going to assume that that copy of
6  that document is probably in court; right?
7         MR. PIETZ:  Referring now to the copyright
8  assignment agreement, your Honor?
9         THE COURT:  Right.
10        MR. PIETZ:  Correct, your Honor.
11        THE COURT:  Okay.  Let me turn this over to you,
12 sir.  Go ahead.
13        MR. PIETZ:  Okay.  Thank you, your Honor.
14             If it please the court, I have some documents
15 which I can show on the monitor including to Mr. Cooper.
16 I just want to make sure we have both the copyright
17 assignments.
18        MR. PIETZ:  Are the monitors arrayed so that the
19 court can see them?
20        THE COURT:  Yes.  The court has its own.  We got
21 that before the sequester.
22        MR. PIETZ:  All right.
23                   DIRECT EXAMINATION
24 BY MR. PIETZ:
25 Q      Mr. Cooper, my name is attorney Morgan Pietz.

```
 1                        CERTIFICATE
 2
 3
 4   I hereby certify that pursuant to Section 753, Title 28,
 5   United States Code, the foregoing is a true and correct
 6   transcript of the stenographically reported proceedings held
 7   in the above-entitled matter and that the transcript page
 8   format is in conformance with the regulations of the
 9   Judicial Conference of the United States.
10   Date:  March 17, 2013
11
12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR
13
14
15
16
17
18
19
20
21
22
23
24
25
```