Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVASCA <br><br> Defendants. | Case No. 3:12-cv-02396-EMC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEY FEES** |

1  **THIS MATTER** being brought to this court on the application of Defendant Joe Navasca and the
2  Court having read the papers and considered all pleadings on file, and for good cause being show,
3
4  IT IS on this _____ day of _____, 2013, hereby ORDERED AS FOLLOWS:
5
6  1)   Defendant's Motion for Attorney's Fees pursuant to 17 U.S.C. §505 is hereby GRANTED
7       in its entirety; and it is
8  2)   FURTHER ORDERED that Plaintiff shall pay Defendant's reasonable attorney's fees in
9       the amount of $23,554.05.
10
11 IT IS SO ORDERED
12
13
14 _____
15 Honorable Edward M. Chen