Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC.,<br><br>       Plaintiff,<br><br>v.<br><br>JOE NAVASCA<br><br>       Defendants. | Case No. 3:12-cv-02396-EMC<br><br>**MORGAN E. PIETZ DECLARATION** |

### **DECLARATION OF MORGAN E. PIETZ**

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California.

2. I am co-counsel, attorney of record for Joe Navasca, and this declaration is based on personal knowledge of the matters set forth herein.

3. I did not claim any costs or attorney fees associated with Mr. Navasca's deposition in *Ingenuity 13 v. Doe,* 12-cv-08333 in the Central District of California, and no costs or fees related to Mr. Navasca's deposition were awarded therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on this 25th day of June, 2013, in Manhattan Beach, California.

*/s/ Morgan E. Pietz*

Morgan E. Pietz, Declarant