# Exhibit E

Executed on September 2, 1010, in Minneapolis, MN.



Paul Hansmeier

Executed on May 5, 2011, in Minneapolis, MN.



_____

Peter Hansmeier