Nicholas Ranallo, Attorney at Law
SBN 275016
371 Dogwood Way
Boulder Creek, CA 95006
Phone: (831) 703 -4011
Fax:    (831) 533 – 5073
nick@ranallolawoffice.com

Attorney for Joe Navasca

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC | Case No.: 3:12-cv-02396-EMC |
| Plaintiff, | RANALLO DECLARATION IN SUPPORT OF MOTION FOR SANCTIONS |
| vs. | |
| JOE NAVASCA | |
| Defendant | |

# RANALLO DECLARATION IN REPLY RE: MOTION FOR ATTORNEY FEES

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California. This declaration is based on personal knowledge of the matters set forth herein.
2. I am attorney of record for Joe Navasca in the instant matter.
3. The signatures attached as Exhibit E to Defendant's Motion for Sanctions can be found as follows:
4. The signature of Paul Hansmeier, dated "September 2, 1010" was extracted from Hard Drive Productions v. Does 1-1000 (1:10-cv-05606) in the N.D. Illinois (ECF No. 6-1) and is a true and correct copy thereof.
5. The signature of Peter Hansmeier, dated "May 5, 2011" was extracted from Hard Drive Productions v. Does 1-14 (1:11-cv-02981) in the Northern District of Illinois (ECF No. 5-2) and is a true and correct copy thereof.
6. The signature of Peter Hansmeier filed in the instant case appears to be identical to the May 5, 2011 signature included in Exhibit E to Defendant's motion.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed on this 25th day of June, 2013, in Boulder Creek, California.**

__/S/ Nicholas Ranallo_____
Nicholas Ranallo, Attorney at Law (SBN 275016)
371 Dogwood Way,
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

      By:   /s/Nicholas Ranallo
      Nicholas Ranallo