UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS, LLC.,

    Plaintiff,

    v.

JOE NAVASCA,

    Defendant.
_____/

No. C12-2396 EMC

**ORDER OF REFERENCE**

    Pursuant to Northern District Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred to Magistrate Judge Nandor J. Vadas for a report and recommendation on Defendant's Motion for Sanctions (Docket #93). Judge Vadas has authority to conduct an evidentiary hearing, if he determines one is necessary.

Dated: July 16, 2013

_____
EDWARD M. CHEN
United States District Judge