Paul Duffy (Bar No. 224159)
161 N. Clark St., Suite 3200
Telephone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | No. 3:12-CV-02396-EMC |
| | ) | |
| | ) | **DECLARATION OF PAUL DUFFY** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOE NAVASCA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF PAUL DUFFY SUPPORTING
PLAINTIFF'S OPPOSITION TO REQUEST FOR SANTIONS**

I, Paul Duffy, declare as follows:

1. I am an attorney at law licensed to practice in Illinois, and admitted in several jurisdictions, including the U.S. District Court for the Northern District of California. I am presently counsel of record of Plaintiff in this matter.

2. On or about May 22, 2013, I received a telephone call at approximately 5:00 p.m. or later, Chicago time from, Nicholas Ranallo, counsel for Defendant.

3. Mr. Ranallo purported to be calling me as a meet-and-confer discussion with me relating his dismissal with prejudice that the Court had entered the prior day. Specifically, he indicated that he was calling to seek an agreement on the amount of attorney fees that he indicated he was going to seek in connection with this case.

4. I indicated to him that I did not agree to stipulate to his claim for fees, whereupon Mr. Ranallo became highly agitated and began yelling over the phone. Among other things, Mr. Ranallo loudly threatened me that if the Plaintiff did not agree to settle his claim for attorney fees, he was going to file a motion for sanctions.

5. I asked what the basis for his motion sanctions would be, and he responded "You'll find out!" I pressed him further, and he indicated that the Motion would challenge the affidavit that Mark Lutz executed and that was filed with the Court on May 13, 2013.

6. I asked Mr. Ranallo what in the affidavit was incorrect, and that if there were an error I would attempt to have it corrected and submitted an affidavit. He responded only that "You'll find out!" The only specific that he mentioned was that he intended to rely upon an affidavit from Brett Gibbs to challenge the affidavit of Mr. Lutz.

7. The conversation then ended.

8. On or about July 2, 2013, Mr. Ranallo filed a motion for sanctions in connection with this matter. Upon reading it, I realized that the matter that he was referring to in shouting threats at me to settle the case on May 22 was the declaration of Mr. Gibbs which attempted to challenge the Lutz declaration.

9. Mr. Ranallo's statements were a threat to threaten to inform the court that he believed the May 13 affidavit of Mr. Lutz was false, for reasons that he would not state, but that he would not call it to the Court's attention if the Plaintiff agreed to a stipulation relating to the amount of his claimed attorney fees.

10. I declare upon penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on the 16th day of July 2013 in Chicago, Illinois.

2
DECLARATION OF PAUL DUFFY IN OOPPOSITION TO SANCTIONS MOTION.
No. 3:12-CV-02396-EMC

DATE: July 16, 2013

By:   /s/ Paul Duffy