# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** July 18, 2013    **Time:** 3:20-3:44
                           **Court Reporter**: JoAnn Bryce

**Case No. and Name:**   C12-2396 EMC AF Holdings v. Doe

**Attorneys:**   Paul Duffy for Plaintiff (phone)
Nicholas Ranallo for Defendant

**Deputy Clerk:**   Betty Lee

## PROCEEDINGS:

- DEFENDANT'S MOTION FOR ATTORNEY FEES #84

## SUMMARY:

- The court took the matter under submission and will issue order.