# EXHIBIT C

# DECLARATION OF BRETT L. GIBBS

I, Brett L. Gibbs, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I have personal knowledge of the facts set forth below, and I could and would competently testify to them if called upon to do so.

2. I was previously "Of Counsel" to Prenda Law and was attorney of record for Prenda Law clients in connection with copyright litigation in California.

3. At some point in time in 2012, I was asked by John Steele and Paul Hansmeier, who I have previously referenced as "senior members" of Prenda Law in a declaration submitted in a California District Court,[1] to be a resource to answer questions and provide guidance in connection with certain copyright cases filed by attorneys hired by Prenda Law in Florida, including *Sunlust Pictures, LLC v. Tuan Nguyen*, Case No. 8:12 –cv- 01685 MSS-MAP (the "*Sunlust* Action"). If questions from the Florida counsel arose about issues that I was not familiar with or required decisions by Prenda Law's clients, I would raise them with John Steele and Paul Hansmeier and receive instructions from John Steele and Paul Hansmeier that I would then pass onto the Florida counsel.

4. For example, the decision to file the *Sunlust* Action was made by Messrs. Steele and Hansmeier, the settlement parameters were given to me by Messrs. Steele and Hansmeier, and it was Messrs. Steele and Hansmeier who gave me instructions concerning how to advise the Florida counsel in the *Sunlust* Action. Moreover, I believe that it was Mr. Steele that was responsible for locating the various Florida counsel to handle the litigation in Florida on behalf of Prenda Law.

5. I have no recollection of talking to Paul Duffy concerning the *Sunlust* Action prior to the Court's November 8, 2012 Order requiring "a principal of Prenda

---

[1] DKT. 58 in *Ingenuity 13, LLC v. John Doe*, Case No.: .2:12 – cv – 08333 ODW – JC.

1

1 Law, Inc." to attend that hearing. I no recollection of discussions with Mr. Duffy relating to strategic decisions in this matter.

6. I was told by either Paul Hansmeier or John Steele that Mark Lutz would show up at the November 27, 2012 hearing in the *Sunlust* Action. I believe that it was either John Steele or Paul Hansmeier that made this decision. I was not part of the decision making process which led to Mark Lutz appearing at the November 27th hearing.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on the 11th day of April, 2013, in Mill Valley, California.

_____
BRETT L. GIBBS

2