UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE NAVASCA,<br><br>    Defendant. | Case No. 12-cv-02396-EMC (NJV)<br><br>**CLERK'S NOTICE SCHEDULING EVIDENTIARY HEARING AND REQUIRING PARTIES TO PROVIDE COPIES OF THEIR FILINGS TO JUDGE VADAS**<br><br>Re: Dkt. No. 93 |

TO ALL PARTIES AND COUNSEL OF RECORD: The district court has referred Defendant's Motion for Sanctions to the undersigned for a report and recommendation.

YOU ARE NOTIFIED that an evidentiary hearing on the matter will be held on August 28, 2013 at 1:00 p.m. in Courtroom 14, on the 18th floor of the United States District Court, at 450 Golden Gate Avenue, San Francisco, California.

If the parties have not already done so, they must submit chambers' copies of all the papers they have filed in connection with the Motion for Sanctions to the undersigned's chambers no later than August 6, 2013.

Dated: July 25, 2013

By: _____/s/_____
France Jaffe, Law Clerk to the
Honorable NANDOR J. VADAS