Paul Duffy (Bar No. 224159)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60601
Phone: (312) 952-6136
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | **Case No.** |
| ) | 3:12-cv-2396 |
| Plaintiff, ) | |
| v. ) | *EX PARTE* |
| ) | **APPLICATION OF AF HOLDINGS,** |
| ) | **LLC TO FILE A SURREPLY** |
| ) | |
| ) | Judge: Hon. Edward M. Chen |
| JOE NAVASCA, ) | Magistrate Judge: Hon. Nandor J. Vadas |
| Defendant. ) | |
| ) | |

AF Holdings, LLC ("AF Holdings") hereby apples to this Court for an order granting it leave to file the attached surreply in opposition to Defendant's Motion for Sanctions. The REASON for this request it that Defendant has presented new evidence, declarations and argument in its reply in support of its Motion. Defendant has also elaborated upon its purported expert opinion of Mr. Neville, and Plaintiff has learned that Mr. Neville's opinion contains a critical error suggesting that he is either not competent, or that he has deliberately misled this Court. Plaintiff address those matter in its proposed surreply.

The Defendant has presented new highly prejudicial (albeit false) information in its reply brief. In the interests of allowing the truth to prevail, respectfully requests that the Court this Application and enter the attached surreply.

1 

2   DATED: August 28, 2013

Respectfully submitted,
AF Holdings, LLC

By: s/ Paul A. Duffy
*One of its attorneys*
Paul A. Duffy, Esq.
2 N. LaSalle Street
13th Floor
Chicago, IL 60602
(312) 952-6136
pduffy@pduffygroup.com

2

- APPLICATION OF AF HOLDINGS, LLC
FOR LEAVE TO FILE SURREPLY
3:12-CV-0236-EMC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

By: s/ Paul A. Duffy