# Exhibit B

## Case No. 2:12-cv-08333-ODW-JC
## Transcript Excerpt
## March 11, 2013

```
                                                                    1

 1                   UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                    HONORABLE OTIS D. WRIGHT

 4           UNITED STATES DISTRICT JUDGE PRESIDING

 5                            - - -

 6
     Ingenuity 13 LLC,                )
 7                        PLAINTIFF,  )
                                      )
 8   VS.                              )  NO. CV 12-8333 ODW
                                      )
 9   John Doe, et al.,                )
                             DEFENDANT,)
10   _____)

11

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                   LOS ANGELES, CALIFORNIA

15                   MONDAY, MARCH 11, 2013

16

17

18         _____

19            KATIE E. THIBODEAUX, CSR 9858
              U.S. Official Court Reporter
20            312 North Spring Street, #436
              Los Angeles, California 90012
21

22

23

24

25
```

1  think January 7th on.  That's when I signed the

2  documents.

3  Q    BY MR. WAXLER: You were not general counsel.  You

4  were in house counsel; right?

5  A    In house counsel.  Sorry.

6  Q    You have never held the position of general

7  counsel, have you?

8  A    No.

9         THE COURT:  Did you know about any other employees

10 there?

11        THE WITNESS:  Yes.

12        THE COURT:  Was there a bookkeeper or an

13 accountant?

14        THE WITNESS:  Yes.

15        THE COURT:  Do you know whether -- well, okay.

16           Thank you.

17        MEMBER OF THE AUDIENCE:  Your Honor?

18        THE COURT:  You are?

19        MEMBER OF THE AUDIENCE:  Jason (inaudible).  I

20 represent Godfread and Cooper in some of the defamation

21 cases.

22        THE COURT:  You represent Godfread?

23        MEMBER OF THE AUDIENCE:  Yes.

24        THE COURT:  So back in Minnesota, lawyers have

25 lawyers?

94

1        MEMBER OF THE AUDIENCE:  I am from Massachusetts.
2        THE COURT:  And how can I help you?
3        MEMBER OF THE AUDIENCE:  I had a conversation with
4   Mr. Gibbs probably back in October regarding AF Holdings
5   where he told me that he was national counsel for AF
6   Holdings and that any settlement negotiations were to be
7   made through him.  And the local counsel for that case
8   confirmed that he was the one who told me to contact
9   Mr. Gibbs.
10       THE COURT:  Have you come to understand as have I
11  that every representation made by a lawyer associated
12  with Prenda is not necessarily true?
13       MEMBER OF THE AUDIENCE:  I have known that for
14  three years.
15       THE COURT:  Okay.  Good.  So you aren't shocked,
16  are you?
17       MEMBER OF THE AUDIENCE:  No.
18       THE COURT:  Nor am I, but thank you.
19       MEMBER OF THE AUDIENCE:  You are welcome.
20  Q    BY MR. WAXLER: Mr. Gibbs, you know you are under
21  penalty of perjury testifying here today?
22  A    That is correct.
23  Q    Have you ever made a representation to a court in
24  the Central District of California or any other court
25  that you know is untrue?