# Exhibit C1

## Declaration of John Steele

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | Case No. CV-12-2396 EMC |
| Plaintiff, | |
| v. | **DECLARATION OF JOHN STEELE** |
| JOE NAVSCA, | Hon. Edward M. Chen |
| Defendant. | Magistrate Judge Nandor J. Vadas |

I, John L. Steele, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and, if called, would be prepared to testify as follows.

2. I have become aware that a motion involving me and other non-parties to this case has been filed. I have never been served with any documents relating to this case, including motions, responses, replies, or any of the Court's orders.

3. Attorneys Morgan Pietz and Nicholas Ranallo have all of my contact information. It is relevant to note that Attorneys Pietz and Ranallo did not serve me with any documents in the matter before Judge Wright prior to hearings either.

4. I don't own any property or conduct any business in California. Other

- 1 -

DECLARATION OF JOHN STEELE
12-CV-2396 EMC

Generated by CamScanner from intsig.com

than short vacations, and to appear twice before Judge Wright in 2013, I have not been in California since I was a teenager.

FURTHER AFFIANT SAYETH NOT

_____
John Steele

Subscribed and sworn to me
This 27th day of August 2013
By_____
Notary Public

Notary Public State of Florida
Jesus Acosta
My Commission DD934633
Expires 10/27/2013

Generated by CamScanner from intsig.com