# Exhibit F
# Affidavit of Steven James Goodhue

# AFFIDAVIT OF STEVEN JAMES GOODHUE

I, Steven James Goodhue, being duly sworn, states as follows:

1. I am over the age of 18 years and reside in Denver, Colorado.

2. I am a licensed attorney and admitted to practice law in the States of Colorado and California.

3. I served as local counsel for several clients of Prenda Law, Inc. in the states of Arizona and California.

4. My contact at Prenda Law, Inc. was Brett Gibbs.

5. Mr. Gibbs was my supervising attorney and point of contact for all the work I performed for Prenda Law, Inc. until his departure from the firm. If I had a question about how to handle an issue that would come up in a case, I would contact Mr. Gibbs.

6. Mr. Gibbs would prepare complaints, motions, responses and other pleadings on cases I was handling, and send them to me. I reviewed these pleadings and made any edits I deemed appropriate, both substantive and to insure they complied with the relevant local rules. After conferring with Mr. Gibbs on my edits, I would then file these pleadings with the Court.

7. I was instructed by Mr. Gibbs at several points in my work for Prenda Law to refer any communications from opposing counsel or pro se individuals to Mr. Gibbs.

8. I have spoken multiple times to Mark Lutz, the manager of AF Holdings and Ingenuity 13 regarding cases that affected his companies.

FURTHER THE AFFIANT SAYETH NAUGHT.

Dated this 12th day of July, 2013

_____
Steven James Goodhue

STATE OF COLORADO )
) ss
CITY AND COUNTY OF DENVER )

Subscribed and sworn to before me this 12th day of July, 2013

*Bonita Shipp*
Notary Public

My Commission Expires: 2/22/2017

(Seal or Stamp)

```
BONITA SHIPP
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134009040
MY COMMISSION EXPIRES FEBRUARY 22, 2017
```