# Exhibit H

## Case No. 2:12-cv-08333-ODW-JC
## Transcript Excerpt
## March 11, 2013

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                     HONORABLE OTIS D. WRIGHT

 4             UNITED STATES DISTRICT JUDGE PRESIDING

 5                              - - -

 6
     Ingenuity 13 LLC,                 )
 7                     PLAINTIFF,      )
                                       )
 8   VS.                               )   NO. CV 12-8333 ODW
                                       )
 9   John Doe, et al.,                 )
                           DEFENDANT,  )
10   _____)

11

12

13             REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                    LOS ANGELES, CALIFORNIA

15                    MONDAY, MARCH 11, 2013

16

17

18           _____

19             KATIE E. THIBODEAUX, CSR 9858
               U.S. Official Court Reporter
20             312 North Spring Street, #436
               Los Angeles, California 90012
21

22

23

24

25
```

1    MR. BRODSKY: Yes, your Honor. As to Exhibits 3,
2    4 and 5, we would object on the ground of relevance.
3    THE COURT: Sustained. All right. Everything
4    else comes in. What about the audio? Is there a
5    transcript of the audio?
6    MR. PIETZ: Your Honor, we can prepare it.
7    THE COURT: Would you. Thank you.
8    MR. PIETZ: We would be happy to, and we will
9    lodge it with the court, your Honor.
10   THE COURT: Thank you. Okay. That will be
11   received as well.
12          All right.
13          Anything, gentlemen? Nothing.
14          You may step down, sir. Appreciate you
15   coming.
16   MR. PIETZ: Your Honor, at this time, I think it
17   might be helpful for me to suggest a few other things
18   that I am prepared to discuss today for the court. We
19   have heard from Mr. Cooper.
20          What I might propose now is turning to
21   Mr. Gibbs. Mr. Gibbs has noted in his declaration or
22   attempted to characterize himself as merely a, quote,
23   independent contract attorney for Prenda Law. I am
24   prepared to present evidence today showing that, in fact,
25   Mr. Gibbs is really what amounts to a de facto chief

38

1  operating officer of Prenda Law.  And I have a number of
2  documents and exhibits I am prepared to go through with
3  Mr. Gibbs on that account.
4           In addition, I am prepared to show through
5  cross-examination of Mr. Gibbs that his investigation in
6  these cases was objectively unreasonable.  Although I was
7  not able to contact Mr. Larguire(phonetic) or Mr. Denton,
8  a former client of mine in a previous case who was
9  previously named by Mr. Gibbs as a result of what I view
10 as a shoddy online investigation is here to testify that
11 the main fact that Mr. Gibbs relied upon in that case
12 turned out to be completely incorrect.
13          Fourth, your Honor or I should said say third,
14 there are representatives here today from both AT&T and
15 Verizon who can conform that the court's discovery orders
16 were unambiguously violated in this case.
17          Fifth, and, finally, your Honor, if the court
18 is inclined to hear it, I am prepared to explain my
19 understanding of how Prenda is organized and present
20 evidence showing that the court does indeed have personal
21 jurisdiction over Mr. Steele, Mr. Duffy, Mr. Paul
22 Hansmeier and Ms. Angela Van Den Hemel.
23       THE COURT:  Let's begin with the ISP's.
24       MR. PIETZ:  Very well, I would ask now that
25 Mr. Huffman come forward.  Is he here?