# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

### CIVIL MINUTES

**Date:** August 28, 2013        **Time:** 1:16-4:23        **Judge:** NANDOR J. VADAS
**Case No.:** 12-cv-02396-EMC   **Case Name:** AF Holdings LLC v. Doe

**Attorney for Plaintiff:** Paul Duffy by video from SF

**Attorney for Defendant:** Nicholas Ranallo by video from SF

**Deputy Clerk:** Gloria Knudson        **Court Reporter:** FTR

### PROCEEDINGS

Evidentiary Hearing held.

**Order to be prepared by:**

[ ]    Plaintiff            [ ]    Defendant            [ X ]    Court

Defense witnesses Brett Gibbs and Delvan Neville testified by video.  Plaintiff did not offer any witnesses.  Court limited testimony of witness Neville to that of a lay witness.  Plaintiff requested that Defense Exhibits A and B be moved into evidence subject to the court's ruling on a protective order.  Defense counsel had no objection.

See attached Trial Sheet for exhibit record.