UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12-cv-02396-EMC         AF Holdings LLC v. Doe

**EXHIBIT and WITNESS LIST**

| **JUDGE:** NANDOR J. VADAS | **PLAINTIFF ATTORNEY:** Paul Duffy | **DEFENSE ATTORNEY:** Nicholas Ranallo |
|---|---|---|
| Evidentiary Hearing  Wednesday, August 28, 2013 | **REPORTER(S):** FTR 1:16-4:23 | **CLERK:** Gloria Knudson |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | A |  | X | X | Paul Hansmeyer spreadsheet (phone records) |  |
|  | B |  | X | X | John Steel spreadsheet (phone records) |  |
|  | C |  | X | X | Certificate of Authenticity (Go Daddy) |  |
|  | D |  | X | X | Audio Recording of individual identified as "Alan Cooper" |  |
|  | E |  | X | X | Audio Recording of individual identified as "Mark Lutz" |  |
|  | F |  |   |   | Notice of Appeal Doc. 156 in C 12-8333 ODW (C.D. Cal). Court takes Judicial Notice |  |
|  | G |  |   |   | Rule 26(f) Report Doc. 26 C 11-3067 CW. Court takes Judicial Notice |  |
|  | H |  |   |   | Notice of Firm Name Change in C 11-1956 EDL. Court takes Judicial Notice. |  |
|  | I |  | X |   | Notarized Affidavit of Alan Cooper |  |
|  | J |  | X | X | Business Record from Comcast |  |
|  | K |  | X | X | Receipt of Mailing |  |
|  | L |  | X | X | Testimony of Mr. Cooper taken in Central District |  |
| 1 |  |  | X | X | Declaration of Brett Gibbs in C 12-1685 MSS (M.D. Fla) |  |
| 2 |  |  | X | X | Affidavit of Steven James Goodhue |  |
| 3 |  |  | X |   | Email chain between Graham Syfert and Andrew Waxler |  |
| 4 |  |  | X | X | Affidavit of Jacques Nazaire |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | | | Doc. 178 in C 12-8333 ODW (C.D. Cal). Court takes Judicial Notice | |
| 6 | | | X | | Letter dated 7/8/13 to State Bar of CA | |
| 7 | | | X | | Engagement Letter dated 11/15/11 between AF Holdings and Ingenuity 13 | |
| 8 | | | | | Order to Show Cause in C12-8333 ODW (C.D. Cal). Court takes Judicial Notice | |
| 9 | | | X | X | Print out info hash for Popular Demand | |