UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

AF HOLDINGS LLC,

    Plaintiff,

v.

JOE NAVASCA,

    Defendant.

Case No. 12-cv-02396-EMC (NJV)

**ORDER RE EXHIBITS**

During the August 28, 2013 evidentiary hearing, counsel for Plaintiff moved to file certain of Defendant's exhibits under seal. Counsel has not yet filed a motion for protective order or a stipulated protective order. Counsel shall do so no later than 4:00 p.m. on Friday, September 13, 2013. Failure to do so will cause the court to file all exhibits unsealed.

**IT IS SO ORDERED**.

Dated: September 10, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge