1  Paul Duffy (Bar No. 224159)
2  2 N. LaSalle Street, 13th Floor
   Chicago, IL 60601
3  Phone: (312) 952-6136
   E-mail: paduffy@wefightpiracy.com
4  *Attorney for Plaintiff*

5

6  IN THE UNITED STATES DISTRICT COURT FOR THE
7  NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| AF HOLDINGS LLC, ) | **Case No.** |
| ) | 3:12-cv-2396-EMC |
| Plaintiff, ) | |
| v. ) | ***EX PARTE*** |
| ) | **APPLICATION FOR IN CAMERA** |
| ) | **INSPECTION OF AFFIDAVIT** |
| ) | **OR OFFER OF PROOF** |
| ) | |
| ) | Judge: Hon. Edward M. Chen |
| JOE NAVASCA, ) | Magistrate Judge: Hon. Nandor J. Vadas |
| Defendant. ) | |
| ) | |

16  AF Holdings, LLC ("AF Holdings") hereby applies to this Court for an
17  order granting it leave to submit an affidavit of its principal, Mark Lutz, for in camera
18  inspection to the Court, to determine whether it should be filed publicly.  In the
19  alternative, Plaintiff respectfully requests that the Court allow it the opportunity to
20  make an offer of proof for purposes of establishing whether the reasons for his
21  absence from the evidentiary hearing on August 28, 2013 should be made public.

22

23  The Court on September 5, 2013 denied Plaintiff's prior request to submit an
24  affidavit under seal and indicated that the principal should have taken further efforts
25  to ensure that he was present at the August 28, 2013 evidentiary hearing.  However,
26  Plaintiff is informed and believes that Mr. Lutz was prevented from boarding his
27  aircraft to travel from Miami Beach, Florida to San Francisco California for reasons
28

*EX PARTE* Application For In Camera Inspection

No. 3:12-CV-02396-EMC

that were completely unforeseeable to him at the time and entirely beyond his control. Mr. Lutz has informed Plaintiff that he wishes to explain to the Court the reasons for his absence, but the reasons are of a very sensitive nature and would expose Mr. Lutz to undue scrutiny, particularly in this case, where counsel for Defendant has artificially publicized its importance throughout the country. Undersigned counsel believes in good faith that the Court may determine that the reasons Mr. Lutz is prepared to give to explain his absence were wholly outside of his control and establish good cause to justify his absence. Plaintiff does not make this request lightly.

At this time, Plaintiff is not seeking in camera review of any affidavit relating to substantive matters at issue in the evidentiary hearing, and is not seeking leave to file the affidavit under seal, which the Court has clearly already denied. Plaintiff is solely asking the Court to preliminarily review an affidavit, in camera, in which Mr. Lutz is expected to explain his inability to attend that hearing, for reasons wholly beyond his control. Plaintiff, in the alternative, requests that the Court allow it to make an offer of proof which Plaintiff believes may allow it to establish that the affidavit should not be made public.

DATED: September 11, 2013

    Respectfully submitted,
    AF Holdings, LLC

    By: s/ Paul A. Duffy
    *One of its attorneys*
    Paul A. Duffy, Esq.
    2 N. LaSalle Street
    13th Floor
    Chicago, IL 60602
    (312) 952-6136
    pduffy@pduffygroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

By: s/ Paul A. Duffy