United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6                                 EUREKA DIVISION
7
8    AF HOLDINGS LLC,                          Case No.  12-cv-02396-EMC (NJV)
              Plaintiff,
9
10         v.                                  ORDER GRANTING PLAINTIFF'S EX
                                               PARTE APPLICATION TO REDACT
11   JOE NAVASCA,                              PHONE NUMBERS & ORDERING
                                               DEFENDANT TO PROVIDE
              Defendant.                       REDACTED COPIES TO COURT
12
13                                             Re: Dkt. No. 113
14        Plaintiff's *ex parte* application to redact the phone numbers of non-parties is granted.
15   Within 5 days of this order, Defendant shall provide redacted versions of his Exhibits A & B to the
16   court, as well as redacted versions of any exhibits that contain the contact information for non-
17   parties.
18        **IT IS SO ORDERED**.
19   Dated: September 16, 2013
20                                             _____
21                                             NANDOR J. VADAS
                                               United States Magistrate Judge
22
23
24
25
26
27
28