Paul Duffy (Bar No. 224159)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60601
Phone: (312) 952-6136
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | **Case No.** |
| | ) | 3:12-cv-2396-EMC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF FILING** |
| | ) | |
| | ) | |
| | ) | Judge: Hon. Edward M. Chen |
| JOE NAVASCA, | ) | Magistrate Judge: Hon. Nandor J. Vadas |
| Defendant. | ) | |
| | ) | |

AF Holdings, LLC ("AF Holdings") respectfully submits this notice of filing of the Affidavit of Mark Lutz in connection with the August 28, 2013 evidentiary hearing in this matter. Mr. Lutz states in his awffidavit that he was detained by law enforcement personnel *en route* to San Francisco California from Florida, and was not able to board his plane order to participate and offer evidence at the hearing. As set forth in the affidavit, Plaintiff's counsel was unaware of his whereabouts until after the date of the evidentiary hearing. Given the circumstances, Plaintiff respectfully requests that the Court not forego drawing negative inferences from Mr. Lutz's inability to attend the August 28, 2013 hearing.

Respectfully submitted,
AF Holdings, LLC

DATED: September 16, 2013

By: s/ Paul A. Duffy

*EX PARTE* Application For In Camera Inspection

No. 3:12-CV-02396-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*One of its attorneys*
Paul A. Duffy, Esq.
2 N. LaSalle Street
13th Floor
Chicago, IL 60602
(312) 952-6136
pduffy@pduffygroup.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

By: s/ Paul A. Duffy