I, Mark Lutz, declare under penalty of perjury that the following statements are true and correct:

1. I purchased a plane ticket to travel from Miami to San Francisco in order to attend a hearing before Judge Vadas on August 28, 2013. The flight was scheduled to leave Miami at approximately 8:30 am and land at approximately 11:00 am on the morning of the hearing.

2. When I arrived at Miami International Airport at approximately 5:30 am, I was detained by two federal authorities and was required to go with them to their office.

3. I explained that I needed to attend a hearing later that day in San Francisco and I was told "No, you have to come with us".

4. I ended up being detained by those agents until approximately 10:00 pm that same day.

5. At no time did I feel like I could refuse to assist the federal agents and I had no way to contact my attorney to let him know what was happening until the next day. I was not detained for any actions I took at the airport and had no way of knowing that I was going to be detained on that day until it happened.

_____
Mark Lutz
Sept. 13, 2013.

Subscribed and sworn to me, this 13th day of September, 2013

_____, Notary Public

My commission expires  1-17-2015

IRMA CALDERON
MY COMMISSION # EE55977
EXPIRES: January 17, 2015
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.