Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVASCA <br><br> Defendants. | Case No. 3:12-cv-02396-EMC <br><br> Magistrate Judge Nandor J. Vadas <br><br> **RESPONSE TO AUGUST 16, 2013 ORDER REGARDING REDACTED EXHIBITS** |

On September 16, 2013, Magistrate Judge Nandor J. Vadas Ordered Defendant to submit redacted versions of two exhibits which were admitted into evidence during the August 28th, 2013 Evidentiary Hearing regarding sanctions. In accordance with the above-noted order, Redacted Exhibits A&B are annexed hereto.

DATED: September 20, 2013        Respectfully Submitted,

NICHOLAS RANALLO, ATTORNEY AT LAW


By:_____/s/ Nicholas Ranallo

Nicholas Ranallo (Cal Bar #275016)
Attorney for Joe Navasca
371 Dogwood Way,
Boulder Creek, CA 95006
P: 831.703.4011
F: 831.533.5073
nick@ranallolawoffice.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 20th day of September, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/            Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law