# AUGUST 28TH EVIDENTIARY HEARING

# REDACTED EXHIBIT A – RECORDS OF PHONE CALLS BETWEEN BRETT GIBBS AND PAUL HANSMEIER

| calls to/from Brett Gibbs cell phone | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| calls to/from Paul Hansmeier | | | | | |
| 22 | THU | 12/29/2011 | 10:57AM | xxx-xxx-xxxx | INCOMING CL | 13 |
| 96 | TUE | 1/3/2012 | 3:46PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 98 | TUE | 1/3/2012 | 3:49PM | xxx-xxx-xxxx | TWINCITIE MN | 2 |
| 126 | THU | 1/5/2012 | 1:04PM | xxx-xxx-xxxx | TWINCITIE MN | 11 |
| 128 | THU | 1/5/2012 | 1:31PM | xxx-xxx-xxxx | TWINCITIE MN | 15 |
| 146 | FRI | 1/6/2012 | 11:32AM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 194 | WED | 1/11/2012 | 9:18AM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 196 | WED | 1/11/2012 | 10:53AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 198 | WED | 1/11/2012 | 11:00AM | xxx-xxx-xxxx | INCOMING CL | 8 |
| 200 | WED | 1/11/2012 | 12:32PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 202 | WED | 1/11/2012 | 12:33PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 21 | FRI | 1/13/2012 | 1:59PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 23 | FRI | 1/13/2012 | 2:02PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 27 | FRI | 1/13/2012 | 2:06PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 31 | FRI | 1/13/2012 | 2:14PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 33 | FRI | 1/13/2012 | 2:15PM | xxx-xxx-xxxx | INCOMING CL | 23 |
| 75 | TUE | 1/17/2012 | 2:36PM | xxx-xxx-xxxx | INCOMING CL | 17 |
| 101 | WED | 1/18/2012 | 4:00PM | xxx-xxx-xxxx | INCOMING CL | 13 |
| 109 | THU | 1/19/2012 | 10:17AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 10 | FRI | 1/20/2012 | 1:24PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 20 | FRI | 1/20/2012 | 4:11PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 24 | FRI | 1/20/2012 | 4:16PM | xxx-xxx-xxxx | TWINCITIE MN | 5 |
| 36 | FRI | 1/20/2012 | 5:41PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 42 | FRI | 1/20/2012 | 6:47PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 50 | SAT | 1/21/2012 | 12:38PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 54 | SAT | 1/21/2012 | 6:17PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 66 | TUE | 1/24/2012 | 8:30AM | xxx-xxx-xxxx | INCOMING CL | 21 |
| 80 | WED | 1/25/2012 | 2:43PM | xxx-xxx-xxxx | TWINCITIE MN | 8 |
| 82 | WED | 1/25/2012 | 2:50PM | xxx-xxx-xxxx | TWINCITIE MN | 4 |
| 84 | WED | 1/25/2012 | 2:50PM | xxx-xxx-xxxx | CALL WAIT | 9 |
| 90 | THU | 1/26/2012 | 12:41PM | xxx-xxx-xxxx | INCOMING CL | 35 |
| 94 | FRI | 1/27/2012 | 12:41PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 96 | FRI | 1/27/2012 | 2:34PM | xxx-xxx-xxxx | INCOMING CL | 16 |
| 100 | FRI | 1/27/2012 | 2:55PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 102 | FRI | 1/27/2012 | 3:07PM | xxx-xxx-xxxx | INCOMING CL | 24 |
| 104 | FRI | 1/27/2012 | 3:31PM | xxx-xxx-xxxx | TWINCITIE MN | 1 |
| 116 | SUN | 1/29/2012 | 3:39PM | xxx-xxx-xxxx | TWINCITIE MN | 15 |
| 126 | MON | 1/30/2012 | 5:23PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| 136 | TUE | 1/31/2012 | 11:43AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 144 | THU | 2/9/2012 | 3:02PM | xxx-xxx-xxxx | TWINCITIE MN | 26 |
| 156 | FRI | 2/10/2012 | 12:24PM | xxx-xxx-xxxx | INCOMING CL | 35 |
| 158 | FRI | 2/10/2012 | 1:03PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 42 | THU | 2/16/2012 | 12:33PM | xxx-xxx-xxxx | TWINCITIE MN | 20 |

| | | | | | |
|---|---|---|---|---|---|
| 104 | WED | 2/22/2012 | 1:40PM | xxx-xxx-xxxx | TWINCITIE MN | 4 |
| 106 | WED | 2/22/2012 | 3:33PM | xxx-xxx-xxxx | TWINCITIE MN | 5 |
| 108 | WED | 2/22/2012 | 3:38PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 110 | WED | 2/22/2012 | 3:45PM | xxx-xxx-xxxx | INCOMING CL | 17 |
| 116 | FRI | 2/24/2012 | 2:11PM | xxx-xxx-xxxx | TWINCITIE MN | 6 |
| 118 | FRI | 2/24/2012 | 2:46PM | xxx-xxx-xxxx | TWINCITIE MN | 4 |
| 120 | FRI | 2/24/2012 | 3:55PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 130 | MON | 2/27/2012 | 4:19PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 142 | Wednesday | 2/29/2012 | 09:01AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 146 | Wednesday | 2/29/2012 | 02:19PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 148 | Wednesday | 2/29/2012 | 05:15PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 150 | Thursday | 3/1/2012 | 02:24PM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| 158 | Friday | 3/2/2012 | 09:06AM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| 160 | Friday | 3/2/2012 | 09:16AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 164 | Friday | 3/2/2012 | 09:46AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 166 | Friday | 3/2/2012 | 10:19AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 206 | Thursday | 3/8/2012 | 04:24PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 208 | Thursday | 3/8/2012 | 04:32PM | xxx-xxx-xxxx | INCOMING CL | 12 |
| 210 | Thursday | 3/8/2012 | 04:58PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 228 | Friday | 3/9/2012 | 03:44PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 63 | Friday | 3/16/2012 | 11:36AM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| 79 | Friday | 3/16/2012 | 05:47PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 105 | Saturday | 3/17/2012 | 08:45PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 149 | Tuesday | 3/20/2012 | 09:19PM | xxx-xxx-xxxx | INCOMING CL | 25 |
| 153 | Wednesday | 3/21/2012 | 12:29PM | xxx-xxx-xxxx | INCOMING CL | 28 |
| 237 | Tuesday | 3/27/2012 | 09:57AM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 239 | Tuesday | 3/27/2012 | 10:38AM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 243 | Tuesday | 3/27/2012 | 12:03PM | xxx-xxx-xxxx | TWINCITIES MN | 26 |
| 280 | Wednesday | 3/28/2012 | 05:59PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| 31 | Friday | 3/30/2012 | 11:59AM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| 99 | Monday | 4/2/2012 | 11:14AM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 111 | Tuesday | 4/3/2012 | 05:32PM | xxx-xxx-xxxx | INCOMING CL | 23 |
| 131 | Thursday | 4/5/2012 | 06:12PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 133 | Thursday | 4/5/2012 | 06:21PM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 177 | Wednesday | 4/11/2012 | 12:55PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 197 | Thursday | 4/12/2012 | 12:59PM | xxx-xxx-xxxx | INCOMING CL | 14 |
| 217 | Friday | 4/13/2012 | 11:44AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 235 | Saturday | 4/14/2012 | 12:13PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 285 | Monday | 4/16/2012 | 03:01PM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| 287 | Monday | 4/16/2012 | 03:36PM | xxx-xxx-xxxx | TWINCITIES MN | 28 |
| 289 | Monday | 4/16/2012 | 04:09PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 295 | Monday | 4/16/2012 | 04:45PM | xxx-xxx-xxxx | TWINCITIES MN | 20 |
| 297 | Monday | 4/16/2012 | 07:01PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 301 | Monday | 4/16/2012 | 07:30PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 317 | Tuesday | 4/17/2012 | 05:24PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 319 | Tuesday | 4/17/2012 | 05:30PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 321 | Tuesday | 4/17/2012 | 06:22PM | xxx-xxx-xxxx | TWINCITIES MN | 22 |

| | | | | | | |
|---:|---|---:|---|---|---|---:|
| 341 | Wednesday | 4/18/2012 | 06:24PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 343 | Wednesday | 4/18/2012 | 07:48PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 355 | Thursday | 4/19/2012 | 03:25PM | xxx-xxx-xxxx | INCOMING CL | 17 |
| 367 | Friday | 4/20/2012 | 12:48PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 369 | Friday | 4/20/2012 | 12:50PM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| 375 | Friday | 4/20/2012 | 01:24PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 419 | Tuesday | 4/24/2012 | 02:32PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 423 | Tuesday | 4/24/2012 | 03:21PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 433 | Wednesday | 4/25/2012 | 01:48PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 435 | Wednesday | 4/25/2012 | 05:09PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 443 | Wednesday | 4/25/2012 | 08:00PM | xxx-xxx-xxxx | TWINCITIES MN | 19 |
| 453 | Thursday | 4/26/2012 | 12:36PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 11 | Friday | 4/27/2012 | 10:05AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 21 | Friday | 4/27/2012 | 12:28PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 25 | Friday | 4/27/2012 | 02:51PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 41 | Saturday | 4/28/2012 | 11:01AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 49 | Sunday | 4/29/2012 | 03:41PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 71 | Monday | 4/30/2012 | 01:17PM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| 73 | Monday | 4/30/2012 | 01:33PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 85 | Monday | 4/30/2012 | 07:12PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 89 | Monday | 4/30/2012 | 07:31PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 93 | Monday | 4/30/2012 | 08:26PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 95 | Monday | 4/30/2012 | 08:33PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 101 | Tuesday | 5/1/2012 | 11:10AM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 103 | Tuesday | 5/1/2012 | 12:01PM | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| 105 | Tuesday | 5/1/2012 | 01:44PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 109 | Tuesday | 5/1/2012 | 03:34PM | xxx-xxx-xxxx | TWINCITIES MN | 22 |
| 113 | Tuesday | 5/1/2012 | 05:58PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 189 | Sunday | 5/6/2012 | 09:26AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 191 | Sunday | 5/6/2012 | 09:27AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 215 | Tuesday | 5/8/2012 | 04:28PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 217 | Tuesday | 5/8/2012 | 04:31PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 237 | Wednesday | 5/9/2012 | 04:08PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 279 | Friday | 5/11/2012 | 02:26PM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 289 | Friday | 5/11/2012 | 05:11PM | xxx-xxx-xxxx | INCOMING CL | 29 |
| 291 | Friday | 5/11/2012 | 05:45PM | xxx-xxx-xxxx | INCOMING CL | 20 |
| 329 | Monday | 5/14/2012 | 09:58AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 365 | Tuesday | 5/15/2012 | 09:57PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 377 | Wednesday | 5/16/2012 | 01:54PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 413 | Saturday | 5/19/2012 | 02:19PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 415 | Saturday | 5/19/2012 | 02:23PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 17 | Monday | 5/21/2012 | 04:34PM | xxx-xxx-xxxx | INCOMING CL | 19 |
| 49 | Tuesday | 5/22/2012 | 01:26PM | xxx-xxx-xxxx | INCOMING CL | 19 |
| 51 | Tuesday | 5/22/2012 | 01:49PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 75 | Wednesday | 5/23/2012 | 12:55PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| 77 | Wednesday | 5/23/2012 | 01:20PM | xxx-xxx-xxxx | INCOMING CL | 21 |
| 79 | Wednesday | 5/23/2012 | 02:01PM | xxx-xxx-xxxx | INCOMING CL | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 81 | Wednesday | 5/23/2012 | 02:12PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 85 | Wednesday | 5/23/2012 | 02:18PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 101 | Thursday | 5/24/2012 | 06:09PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| 111 | Friday | 5/25/2012 | 09:06AM | xxx-xxx-xxxx | INCOMING CL | 13 |
| 117 | Friday | 5/25/2012 | 11:50AM | xxx-xxx-xxxx | CALL WAIT | 8 |
| 141 | Saturday | 5/26/2012 | 02:11PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 202 | Tuesday | 5/29/2012 | 09:18AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 204 | Tuesday | 5/29/2012 | 09:20AM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 206 | Tuesday | 5/29/2012 | 01:30PM | xxx-xxx-xxxx | INCOMING CL | 42 |
| 216 | Tuesday | 5/29/2012 | 04:07PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 218 | Tuesday | 5/29/2012 | 04:32PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| 248 | Wednesday | 5/30/2012 | 11:37AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 258 | Wednesday | 5/30/2012 | 12:46PM | xxx-xxx-xxxx | TWINCITIES MN | 32 |
| 272 | Thursday | 5/31/2012 | 10:39AM | xxx-xxx-xxxx | TWINCITIES MN | 21 |
| 286 | Thursday | 5/31/2012 | 06:58PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 292 | Thursday | 5/31/2012 | 07:12PM | xxx-xxx-xxxx | CALL WAIT | 19 |
| 316 | Friday | 6/1/2012 | 02:06PM | xxx-xxx-xxxx | TWINCITIES MN | 22 |
| 318 | Friday | 6/1/2012 | 03:37PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 378 | Tuesday | 6/5/2012 | 10:14AM | xxx-xxx-xxxx | INCOMING CL | 107 |
| 388 | Tuesday | 6/5/2012 | 12:58PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 390 | Tuesday | 6/5/2012 | 01:04PM | xxx-xxx-xxxx | INCOMING CL | 12 |
| 392 | Tuesday | 6/5/2012 | 01:51PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 394 | Tuesday | 6/5/2012 | 02:05PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 396 | Tuesday | 6/5/2012 | 02:11PM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| 410 | Tuesday | 6/5/2012 | 04:00PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 440 | Wednesday | 6/6/2012 | 05:19PM | xxx-xxx-xxxx | TWINCITIES MN | 60 |
| 450 | Thursday | 6/7/2012 | 10:11AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 452 | Thursday | 6/7/2012 | 10:12AM | xxx-xxx-xxxx | INCOMING CL | 46 |
| 458 | Thursday | 6/7/2012 | 11:56AM | xxx-xxx-xxxx | INCOMING CL | 64 |
| 472 | Thursday | 6/7/2012 | 02:56PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 474 | Thursday | 6/7/2012 | 02:56PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 478 | Thursday | 6/7/2012 | 04:40PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 488 | Friday | 6/8/2012 | 10:55AM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 506 | Sunday | 6/10/2012 | 11:25AM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 5 | Sunday | 6/10/2012 | 06:59PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 11 | Monday | 6/11/2012 | 09:06AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 13 | Monday | 6/11/2012 | 09:07AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 17 | Monday | 6/11/2012 | 09:10AM | xxx-xxx-xxxx | INCOMING CL | 31 |
| 23 | Monday | 6/11/2012 | 09:55AM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| 27 | Monday | 6/11/2012 | 10:23AM | xxx-xxx-xxxx | CALL WAIT | 6 |
| 31 | Monday | 6/11/2012 | 10:48AM | xxx-xxx-xxxx | INCOMING CL | 8 |
| 43 | Monday | 6/11/2012 | 01:33PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 45 | Monday | 6/11/2012 | 01:35PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 51 | Monday | 6/11/2012 | 02:28PM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 57 | Monday | 6/11/2012 | 03:42PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 61 | Monday | 6/11/2012 | 05:08PM | xxx-xxx-xxxx | INCOMING CL | 24 |
| 73 | Tuesday | 6/12/2012 | 01:00PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 75 | Tuesday | 6/12/2012 | 01:00PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 77 | Tuesday | 6/12/2012 | 01:02PM | xxx-xxx-xxxx | INCOMING CL | 18 |
| 81 | Tuesday | 6/12/2012 | 01:55PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 83 | Tuesday | 6/12/2012 | 03:39PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 85 | Tuesday | 6/12/2012 | 03:51PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 87 | Tuesday | 6/12/2012 | 05:39PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 89 | Tuesday | 6/12/2012 | 05:47PM | xxx-xxx-xxxx | INCOMING CL | 20 |
| 93 | Wednesday | 6/13/2012 | 10:39AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 139 | Thursday | 6/14/2012 | 01:53PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 141 | Thursday | 6/14/2012 | 02:31PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 147 | Thursday | 6/14/2012 | 04:29PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 149 | Thursday | 6/14/2012 | 04:48PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| 153 | Friday | 6/15/2012 | 08:03AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 155 | Friday | 6/15/2012 | 08:05AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 157 | Friday | 6/15/2012 | 08:24AM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 159 | Friday | 6/15/2012 | 08:40AM | xxx-xxx-xxxx | INCOMING CL | 55 |
| 169 | Friday | 6/15/2012 | 12:50PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 173 | Friday | 6/15/2012 | 12:57PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 179 | Friday | 6/15/2012 | 02:55PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| 191 | Friday | 6/15/2012 | 05:22PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 239 | Monday | 6/18/2012 | 09:05AM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| 253 | Monday | 6/18/2012 | 10:07AM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| 255 | Monday | 6/18/2012 | 10:20AM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 257 | Monday | 6/18/2012 | 10:23AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 259 | Monday | 6/18/2012 | 11:35AM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| 265 | Monday | 6/18/2012 | 12:05PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 269 | Monday | 6/18/2012 | 12:57PM | xxx-xxx-xxxx | TWINCITIES MN | 29 |
| 275 | Monday | 6/18/2012 | 01:40PM | xxx-xxx-xxxx | INCOMING CL | 25 |
| 279 | Monday | 6/18/2012 | 02:16PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 281 | Monday | 6/18/2012 | 02:21PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 291 | Monday | 6/18/2012 | 05:00PM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| 317 | Tuesday | 6/19/2012 | 12:26PM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| 325 | Wednesday | 6/20/2012 | 10:09AM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 331 | Wednesday | 6/20/2012 | 10:39AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 341 | Wednesday | 6/20/2012 | 01:01PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 22 | Thursday | 6/21/2012 | 09:32AM | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| 24 | Thursday | 6/21/2012 | 09:47AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 26 | Thursday | 6/21/2012 | 09:49AM | xxx-xxx-xxxx | TWINCITIES MN | 32 |
| 36 | Thursday | 6/21/2012 | 12:23PM | xxx-xxx-xxxx | TWINCITIES MN | 28 |
| 42 | Thursday | 6/21/2012 | 01:08PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 76 | Friday | 6/22/2012 | 01:26PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 78 | Friday | 6/22/2012 | 01:27PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 80 | Friday | 6/22/2012 | 01:34PM | xxx-xxx-xxxx | TWINCITIES MN | 12 |
| 120 | Monday | 6/25/2012 | 09:40AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 134 | Monday | 6/25/2012 | 10:28AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 152 | Monday | 6/25/2012 | 01:55PM | xxx-xxx-xxxx | INCOMING CL | 22 |
| 194 | Tuesday | 6/26/2012 | 02:57PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |

| | | | | | | |
|---:|---|---:|---|---|---|---:|
| 198 | Tuesday | 6/26/2012 | 03:09PM | xxx-xxx-xxxx | TWINCITIES MN | 12 |
| 212 | Wednesday | 6/27/2012 | 01:08PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 230 | Thursday | 6/28/2012 | 09:50AM | xxx-xxx-xxxx | INCOMING CL | 18 |
| 236 | Thursday | 6/28/2012 | 10:31AM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 240 | Thursday | 6/28/2012 | 10:49AM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 248 | Thursday | 6/28/2012 | 11:33AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 250 | Thursday | 6/28/2012 | 11:38AM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 262 | Thursday | 6/28/2012 | 12:53PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 286 | Thursday | 6/28/2012 | 01:44PM | xxx-xxx-xxxx | TWINCITIES MN | 17 |
| 298 | Thursday | 6/28/2012 | 02:32PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 306 | Thursday | 6/28/2012 | 02:49PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 308 | Thursday | 6/28/2012 | 02:49PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 14 | Friday | 6/29/2012 | 09:40AM | xxx-xxx-xxxx | TWINCITIES MN | 18 |
| 112 | Monday | 7/2/2012 | 11:55AM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 130 | Tuesday | 7/3/2012 | 09:50AM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 138 | Tuesday | 7/3/2012 | 10:21AM | xxx-xxx-xxxx | TWINCITIES MN | 48 |
| 164 | Tuesday | 7/3/2012 | 02:26PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 168 | Tuesday | 7/3/2012 | 03:41PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 202 | Thursday | 7/5/2012 | 01:33PM | xxx-xxx-xxxx | TWINCITIES MN | 12 |
| 228 | Friday | 7/6/2012 | 10:48AM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| 236 | Saturday | 7/7/2012 | 11:21AM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| 272 | Tuesday | 7/10/2012 | 10:47AM | xxx-xxx-xxxx | TWINCITIES MN | 22 |
| 298 | Tuesday | 7/10/2012 | 06:12PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 300 | Tuesday | 7/10/2012 | 06:28PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 314 | Wednesday | 7/11/2012 | 05:40PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 316 | Wednesday | 7/11/2012 | 06:24PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 318 | Wednesday | 7/11/2012 | 06:50PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 320 | Wednesday | 7/11/2012 | 07:07PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 322 | Thursday | 7/12/2012 | 08:18AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 41 | Monday | 7/16/2012 | 04:16PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| 47 | Tuesday | 7/17/2012 | 10:35AM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 49 | Tuesday | 7/17/2012 | 12:38PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 101 | Thursday | 7/19/2012 | 10:24AM | xxx-xxx-xxxx | INCOMING CL | 14 |
| 137 | Friday | 7/20/2012 | 10:05AM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 157 | Friday | 7/20/2012 | 12:43PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 233 | Monday | 7/23/2012 | 05:15PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 249 | Tuesday | 7/24/2012 | 09:49AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 257 | Tuesday | 7/24/2012 | 10:30AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 261 | Tuesday | 7/24/2012 | 11:10AM | xxx-xxx-xxxx | INCOMING CL | 18 |
| 279 | Tuesday | 7/24/2012 | 01:08PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 283 | Tuesday | 7/24/2012 | 01:32PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 291 | Tuesday | 7/24/2012 | 04:35PM | xxx-xxx-xxxx | TWINCITIES MN | 30 |
| 309 | Wednesday | 7/25/2012 | 02:11PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 311 | Wednesday | 7/25/2012 | 02:14PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 331 | Thursday | 7/26/2012 | 10:20AM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| 335 | Thursday | 7/26/2012 | 10:57AM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 337 | Thursday | 7/26/2012 | 11:07AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 341 | Thursday | 7/26/2012 | 11:23AM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 353 | Thursday | 7/26/2012 | 11:58AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 371 | Thursday | 7/26/2012 | 03:19PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 373 | Thursday | 7/26/2012 | 03:33PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 393 | Friday | 7/27/2012 | 09:44AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 395 | Friday | 7/27/2012 | 09:59AM | xxx-xxx-xxxx | INCOMING CL | 8 |
| 60 | Monday | 7/30/2012 | 12:12PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 62 | Monday | 7/30/2012 | 12:15PM | xxx-xxx-xxxx | INCOMING CL | 14 |
| 64 | Monday | 7/30/2012 | 12:38PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 86 | Tuesday | 7/31/2012 | 09:03AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 98 | Tuesday | 7/31/2012 | 10:51AM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| 136 | Tuesday | 7/31/2012 | 04:55PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 138 | Tuesday | 7/31/2012 | 05:02PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 182 | Wednesday | 8/1/2012 | 12:38PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 196 | Wednesday | 8/1/2012 | 01:29PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| 258 | Thursday | 8/2/2012 | 01:41PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 268 | Friday | 8/3/2012 | 09:30AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 320 | Monday | 8/6/2012 | 11:00AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 322 | Monday | 8/6/2012 | 11:34AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 332 | Monday | 8/6/2012 | 12:56PM | xxx-xxx-xxxx | INCOMING CL | 14 |
| 1 | Monday | 8/6/2012 | 03:40PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 7 | Monday | 8/6/2012 | 03:58PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| 45 | Tuesday | 8/7/2012 | 12:45PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 47 | Tuesday | 8/7/2012 | 12:48PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 101 | Wednesday | 8/8/2012 | 04:58PM | xxx-xxx-xxxx | INCOMING CL | 20 |
| 159 | Saturday | 8/11/2012 | 10:19AM | xxx-xxx-xxxx | TWINCITIES MN | 28 |
| 239 | Tuesday | 8/14/2012 | 07:43PM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 243 | Tuesday | 8/14/2012 | 07:59PM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| 263 | Wednesday | 8/15/2012 | 11:14AM | xxx-xxx-xxxx | TWINCITIES MN | 24 |
| 299 | Wednesday | 8/15/2012 | 03:26PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 305 | Wednesday | 8/15/2012 | 03:44PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 315 | Wednesday | 8/15/2012 | 05:22PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| 381 | Friday | 8/17/2012 | 09:13AM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| 391 | Friday | 8/17/2012 | 01:20PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 395 | Friday | 8/17/2012 | 02:35PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 421 | Friday | 8/17/2012 | 05:46PM | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| 14 | Sunday | 8/19/2012 | 05:20PM | xxx-xxx-xxxx | TWINCITIES MN | 28 |
| 20 | Monday | 8/20/2012 | 09:09AM | xxx-xxx-xxxx | TWINCITIES MN | 37 |
| 22 | Monday | 8/20/2012 | 10:29AM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| 24 | Monday | 8/20/2012 | 10:57AM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| 36 | Monday | 8/20/2012 | 03:18PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 40 | Monday | 8/20/2012 | 03:41PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 62 | Tuesday | 8/21/2012 | 08:14AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| 74 | Tuesday | 8/21/2012 | 09:23AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 78 | Tuesday | 8/21/2012 | 09:49AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 162 | Thursday | 8/23/2012 | 04:18PM | xxx-xxx-xxxx | INCOMING CL | 15 |
| 184 | Friday | 8/24/2012 | 12:57PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 232 | Saturday | 8/25/2012 | 02:51PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| 254 | Monday | 8/27/2012 | 12:39PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 256 | Monday | 8/27/2012 | 01:31PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 260 | Monday | 8/27/2012 | 01:43PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 272 | Monday | 8/27/2012 | 04:26PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 288 | Tuesday | 8/28/2012 | 11:02AM | xxx-xxx-xxxx | INCOMING CL | 28 |
| 292 | Tuesday | 8/28/2012 | 11:59AM | xxx-xxx-xxxx | INCOMING CL | 11 |
| 294 | Tuesday | 8/28/2012 | 12:10PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| 340 | Thursday | 8/30/2012 | 05:24PM | xxx-xxx-xxxx | INCOMING CL | 14 |
| 342 | Thursday | 8/30/2012 | 05:42PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| 352 | Friday | 8/31/2012 | 06:23PM | xxx-xxx-xxxx | INCOMING CL | 8 |
| | Saturday | 9/1/2012 | 03:37PM | xxx-xxx-xxxx | CALL WAIT | 2 |
| | Wednesday | 9/5/2012 | 04:51PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | Wednesday | 9/5/2012 | 04:55PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| | Tuesday | 9/11/2012 | 09:01AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| | Monday | 9/17/2012 | 12:59PM | xxx-xxx-xxxx | INCOMING CL | 15 |
| | Monday | 9/17/2012 | 04:49PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| | Tuesday | 9/18/2012 | 12:10PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | Tuesday | 9/18/2012 | 02:46PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| | Wednesday | 9/19/2012 | 04:42PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| | Thursday | 9/20/2012 | 09:53AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| | Thursday | 9/20/2012 | 03:48PM | xxx-xxx-xxxx | TWINCITIES MN | 20 |
| | Friday | 9/21/2012 | 10:09AM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| | Friday | 9/21/2012 | 10:13AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | Friday | 9/21/2012 | 10:15AM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| | Friday | 9/21/2012 | 01:32PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| | Friday | 9/21/2012 | 02:47PM | xxx-xxx-xxxx | INCOMING CL | 10 |
| | Tuesday | 9/25/2012 | 03:54PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| | Wednesday | 9/26/2012 | 10:00AM | xxx-xxx-xxxx | INCOMING CL | 7 |
| | Wednesday | 9/26/2012 | 02:13PM | xxx-xxx-xxxx | INCOMING CL | 10 |
| | Wednesday | 9/26/2012 | 02:23PM | xxx-xxx-xxxx | INCOMING CL | 34 |
| | Thursday | 9/27/2012 | 01:18PM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| | Thursday | 9/27/2012 | 03:45PM | xxx-xxx-xxxx | INCOMING CL | 8 |
| | Thursday | 9/27/2012 | 07:52PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| | Friday | 9/28/2012 | 09:43AM | xxx-xxx-xxxx | TWINCITIES MN | 16 |
| | Friday | 9/28/2012 | 10:00AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | Friday | 9/28/2012 | 02:54PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | Friday | 9/28/2012 | 03:20PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | Monday | 10/1/2012 | 12:01PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | Monday | 10/1/2012 | 12:08PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| | Monday | 10/1/2012 | 12:17PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| | Monday | 10/1/2012 | 01:01PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | Monday | 10/1/2012 | 10:13PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| | Tuesday | 10/2/2012 | 04:15PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| | Wednesday | 10/3/2012 | 05:15PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| | Friday | 10/5/2012 | 04:19PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| | Saturday | 10/6/2012 | 01:19PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |

| | | | | | |
|---|---|---|---|---|---|
| Friday | 10/19/2012 | 04:16PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Friday | 10/19/2012 | 06:49PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| Monday | 10/29/2012 | 06:56PM | xxx-xxx-xxxx | TWINCITIES MN | 32 |
| Saturday | 11/10/2012 | 05:24PM | xxx-xxx-xxxx | TWINCITIES MN | 80 |
| Saturday | 11/10/2012 | 06:48PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| Sunday | 11/11/2012 | 01:15PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Sunday | 11/11/2012 | 02:07PM | xxx-xxx-xxxx | INCOMING CL | 26 |
| Sunday | 11/11/2012 | 03:01PM | xxx-xxx-xxxx | TWINCITIES MN | 64 |
| Monday | 11/12/2012 | 05:19PM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| Tuesday | 11/13/2012 | 03:45PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Saturday | 11/17/2012 | 09:06AM | xxx-xxx-xxxx | INCOMING CL | 76 |
| Saturday | 11/17/2012 | 06:10PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Saturday | 11/17/2012 | 06:45PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| Sunday | 11/18/2012 | 05:43PM | xxx-xxx-xxxx | TWINCITIES MN | 40 |
| Tuesday | 11/20/2012 | 02:48PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Tuesday | 11/20/2012 | 02:49PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Tuesday | 11/20/2012 | 02:49PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| Tuesday | 11/20/2012 | 03:25PM | xxx-xxx-xxxx | TWINCITIES MN | 17 |
| Wednesday | 11/21/2012 | 05:38PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Tuesday | 11/27/2012 | 08:08AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Tuesday | 11/27/2012 | 08:38AM | xxx-xxx-xxxx | TWINCITIES MN | 12 |
| Tuesday | 11/27/2012 | 04:44PM | xxx-xxx-xxxx | TWINCITIES MN | 15 |
| Tuesday | 11/27/2012 | 07:01PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Friday | 11/30/2012 | 08:31AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Friday | 11/30/2012 | 09:42AM | xxx-xxx-xxxx | TWINCITIES MN | 30 |
| Friday | 11/30/2012 | 05:18PM | xxx-xxx-xxxx | INCOMING CL | 35 |
| Saturday | 12/1/2012 | 12:35PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Saturday | 12/1/2012 | 12:36PM | xxx-xxx-xxxx | INCOMING CL | 34 |
| Sunday | 12/2/2012 | 10:47AM | xxx-xxx-xxxx | TWINCITIES MN | 26 |
| Tuesday | 12/4/2012 | 10:14AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Tuesday | 12/4/2012 | 10:52AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Tuesday | 12/4/2012 | 10:52AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Tuesday | 12/4/2012 | 10:53AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Tuesday | 12/4/2012 | 01:51PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Tuesday | 12/4/2012 | 01:58PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| Tuesday | 12/4/2012 | 06:38PM | xxx-xxx-xxxx | INCOMING CL | 51 |
| Wednesday | 12/5/2012 | 11:05AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Wednesday | 12/5/2012 | 11:05AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Wednesday | 12/5/2012 | 08:00PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Friday | 12/7/2012 | 03:02PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Sunday | 12/9/2012 | 07:23PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Tuesday | 12/11/2012 | 08:06PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| Tuesday | 12/11/2012 | 08:36PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Thursday | 12/13/2012 | 11:29AM | xxx-xxx-xxxx | INCOMING CL | 25 |
| Wednesday | 12/19/2012 | 02:58PM | xxx-xxx-xxxx | CALL WAIT | 4 |
| Wednesday | 12/19/2012 | 03:04PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| Wednesday | 12/19/2012 | 03:06PM | xxx-xxx-xxxx | INCOMING CL | 5 |

| Day | Date | Time | Number | Type | Duration |
|---|---|---|---|---|---|
| Wednesday | 12/19/2012 | 03:12PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Thursday | 12/20/2012 | 09:32AM | xxx-xxx-xxxx | INCOMING CL | 10 |
| Thursday | 12/20/2012 | 01:10PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Friday | 12/21/2012 | 09:46AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Friday | 12/21/2012 | 09:47AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Friday | 12/21/2012 | 02:05PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Wednesday | 12/26/2012 | 10:34AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Wednesday | 12/26/2012 | 11:00AM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| Wednesday | 12/26/2012 | 11:07AM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| Wednesday | 12/26/2012 | 03:05PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| Wednesday | 12/26/2012 | 04:25PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| Wednesday | 12/26/2012 | 04:49PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Wednesday | 12/26/2012 | 06:18PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 12/27/2012 | 05:58PM | xxx-xxx-xxxx | INCOMING CL | 12 |
| Sunday | 1/6/2013 | 03:40PM | xxx-xxx-xxxx | INCOMING CL | 8 |
| Monday | 1/7/2013 | 08:38AM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| Monday | 1/7/2013 | 09:05AM | xxx-xxx-xxxx | TWINCITIES MN | 12 |
| Monday | 1/7/2013 | 05:32PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| Friday | 1/11/2013 | 03:24PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Saturday | 1/12/2013 | 12:24PM | xxx-xxx-xxxx | INCOMING CL | 85 |
| Saturday | 1/12/2013 | 01:53PM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| Saturday | 1/12/2013 | 02:04PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Saturday | 1/12/2013 | 02:10PM | xxx-xxx-xxxx | TWINCITIES MN | 47 |
| Sunday | 1/13/2013 | 09:06AM | xxx-xxx-xxxx | INCOMING CL | 154 |
| Monday | 1/14/2013 | 09:01AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Monday | 1/14/2013 | 10:16AM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| Monday | 1/14/2013 | 11:18AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Monday | 1/14/2013 | 12:09PM | xxx-xxx-xxxx | TWINCITIES MN | 8 |
| Tuesday | 1/15/2013 | 04:23PM | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| Thursday | 1/17/2013 | 11:37AM | xxx-xxx-xxxx | TWINCITIES MN | 19 |
| Thursday | 1/17/2013 | 11:57AM | xxx-xxx-xxxx | CALL WAIT | 5 |
| Thursday | 1/17/2013 | 12:21PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Thursday | 1/17/2013 | 02:32PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Thursday | 1/17/2013 | 04:03PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| Friday | 1/18/2013 | 08:29AM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Friday | 1/18/2013 | 09:15AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Friday | 1/18/2013 | 02:45PM | xxx-xxx-xxxx | INCOMING CL | 50 |
| Friday | 1/18/2013 | 04:43PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Monday | 1/21/2013 | 08:37AM | xxx-xxx-xxxx | TWINCITIES MN | 20 |
| Wednesday | 1/23/2013 | 06:24PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Thursday | 1/24/2013 | 09:12AM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| Thursday | 1/24/2013 | 10:54AM | xxx-xxx-xxxx | TWINCITIES MN | 26 |
| Thursday | 1/24/2013 | 09:21PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Friday | 1/25/2013 | 03:13PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| Friday | 1/25/2013 | 03:25PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| Friday | 1/25/2013 | 06:19PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Saturday | 1/26/2013 | 02:06PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |

| | | | | | |
|---|---|---|---|---|---|
| Saturday | 1/26/2013 | 07:20PM | xxx-xxx-xxxx | TWINCITIES MN | 28 |
| Saturday | 1/26/2013 | 07:50PM | xxx-xxx-xxxx | TWINCITIES MN | 25 |
| Sunday | 1/27/2013 | 10:45AM | xxx-xxx-xxxx | INCOMING CL | 20 |
| Sunday | 1/27/2013 | 01:41PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Sunday | 1/27/2013 | 02:16PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Tuesday | 1/29/2013 | 03:36PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Tuesday | 1/29/2013 | 04:01PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| Wednesday | 1/30/2013 | 12:22PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 1/31/2013 | 12:43PM | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| Thursday | 1/31/2013 | 02:27PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 1/31/2013 | 02:32PM | xxx-xxx-xxxx | CALL WAIT | 1 |
| Thursday | 1/31/2013 | 02:32PM | xxx-xxx-xxxx | TWINCITIES MN | 32 |
| Friday | 2/1/2013 | 10:27AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Friday | 2/1/2013 | 01:35PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Friday | 2/1/2013 | 01:35PM | xxx-xxx-xxxx | CALL WAIT | 2 |
| Tuesday | 2/5/2013 | 05:19PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| Thursday | 2/7/2013 | 02:12PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 2/7/2013 | 02:13PM | xxx-xxx-xxxx | INCOMING CL | 33 |
| Thursday | 2/7/2013 | 03:29PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| Thursday | 2/7/2013 | 06:23PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| Sunday | 2/10/2013 | 09:54AM | xxx-xxx-xxxx | TWINCITIES MN | 20 |
| Sunday | 2/10/2013 | 04:16PM | xxx-xxx-xxxx | INCOMING CL | 25 |
| Monday | 2/11/2013 | 12:10PM | xxx-xxx-xxxx | TWINCITIES MN | 10 |
| Monday | 2/11/2013 | 05:23PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Monday | 2/11/2013 | 06:50PM | xxx-xxx-xxxx | TWINCITIES MN | 5 |
| Tuesday | 2/12/2013 | 08:44AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Tuesday | 2/12/2013 | 02:37PM | xxx-xxx-xxxx | TWINCITIES MN | 37 |
| Tuesday | 2/12/2013 | 03:36PM | xxx-xxx-xxxx | TWINCITIES MN | 22 |
| Thursday | 2/14/2013 | 05:14PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| Friday | 2/15/2013 | 09:27AM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| Friday | 2/15/2013 | 10:50AM | xxx-xxx-xxxx | INCOMING CL | 20 |
| Sunday | 2/17/2013 | 12:10PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| Sunday | 2/17/2013 | 10:21PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Thursday | 2/21/2013 | 02:35PM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| Monday | 2/25/2013 | 11:53AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Monday | 2/25/2013 | 05:14PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Tuesday | 2/26/2013 | 05:11PM | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| Thursday | 2/28/2013 | 10:47AM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| Thursday | 2/28/2013 | 11:44AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 2/28/2013 | 01:08PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| Thursday | 2/28/2013 | 01:31PM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| Thursday | 2/28/2013 | 01:44PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| Thursday | 2/28/2013 | 03:01PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 2/28/2013 | 03:03PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 2/28/2013 | 03:04PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Thursday | 2/28/2013 | 03:57PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Thursday | 2/28/2013 | 03:58PM | xxx-xxx-xxxx | CALL WAIT | 5 |

| | | | | | |
|---|---|---|---|---|---|
| Friday | 3/1/2013 | 11:20AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| Friday | 3/1/2013 | 05:00PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| **Total cell phone minutes** | | | | | **4839** |
| | | | | | |
| | | | | | |
| **to/from land line [Brett Gibbs Landline Number]** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 23-Apr | 8:52AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 23-Apr | 2:55PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 24-Apr | 8:41AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 30-Apr | 2:19PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 30-Apr | 4:02PM | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| | | 1-May | 6:10PM | xxx-xxx-xxxx | TWINCITIES MN | 30 |
| | | 2-May | 12:30PM | xxx-xxx-xxxx | TWINCITIES MN | 32 |
| | | 2-May | 1:08PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 3-May | 12:32PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 3-May | 5:08PM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 3-May | 5:14PM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| | | 3-May | 5:46PM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 4-May | 9:13AM | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| | | 4-May | 12:22PM | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| | | 9-May | 7:40AM | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 9-May | 9:36AM | xxx-xxx-xxxx | TWINCITIES MN | 13 |
| | | 11-May | 10:50AM | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 11-May | 7:28PM | xxx-xxx-xxxx | TWINCITIES MN | 16 |
| | | 11-May | 8:06PM | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | | 19-May | 1:08PM | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| | | 21-May | 10:21&nbs | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 21-May | 10:47&nbs | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 21-May | 12:02&nbs | xxx-xxx-xxxx | TWINCITIES MN | 24 |
| | | 21-May | 2:27&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| | | 22-May | 4:10&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 22-May | 4:45&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 23-May | 4:08&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 23-May | 4:46&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 23-May | 5:37&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 24-May | 12:52&nbs | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 24-May | 5:00&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 25-May | 8:49&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 25-May | 8:54&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | | 25-May | 2:46&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | | 7-Jun | 2:46&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 7-Jun | 3:33&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| | | 24-Jul | 1:34&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 15 |
| | | 24-Jul | 2:52&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | | 25-Jul | 12:27&nbs | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 25-Jul | 12:39&nbs | xxx-xxx-xxxx | TWINCITIES MN | 33 |
| | | 30-Jul | 12:43&nbs | xxx-xxx-xxxx | TWINCITIES MN | 6 |
| | | 31-Jul | 9:05&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 4 |
| | | 1-Aug | 12:41&nbs | xxx-xxx-xxxx | TWINCITIES MN | 19 |
| | | 1-Aug | 4:32&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 20 |
| | | 2-Aug | 11:50&nbs | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 2-Aug | 11:51&nbs | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 2-Aug | 6:09&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 3-Aug | 9:35&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| | | 3-Aug | 1:06&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 17 |
| | | 3-Aug | 1:26&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 7-Aug | 12:49&nbs | xxx-xxx-xxxx | TWINCITIES MN | 16 |
| | | 7-Aug | 2:58&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| | | 8-Aug | 4:47&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 9-Aug | 1:49&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| | | 10-Aug | 1:35&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 3 |
| | | 10-Aug | 5:06&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 13-Aug | 1:38&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 13-Aug | 1:54&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 13-Aug | 2:40&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 11 |
| | | 13-Aug | 2:59&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 26 |
| | | 13-Aug | 4:16&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 14-Aug | 4:25&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 23 |
| | | 16-Aug | 9:16&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | | 16-Aug | 10:23&nbs | xxx-xxx-xxxx | TWINCITIES MN | 14 |
| | | 16-Aug | 12:57&nbs | xxx-xxx-xxxx | TWINCITIES MN | 2 |
| | | 16-Aug | 2:20&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 7 |
| | | 16-Aug | 2:48&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| | | 30-Aug | 6:31&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 1 |
| | | 5-Sep | 3:23&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 9 |
| | | 29-Dec | 3:07&nbsp | xxx-xxx-xxxx | TWINCITIES MN | 50 |
| | | | | | | |
| **Total land line minutes** | | | | | | **546** |