# AUGUST 28TH EVIDENTIARY HEARING

# REDACTED EXHIBIT B – RECORDS OF PHONE CALLS BETWEEN BRETT GIBBS AND JOHN STEELE

| calls to/from Brett Gibbs cell phone [number redacted] | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **Calls to/from John Steele's cell** | | | | | |
| 83 | WED | 1/18/2012 | 9:58AM | REDACTED | INCOMING CL | 3 |
| 28 | FRI | 1/20/2012 | 4:26PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 38 | FRI | 1/20/2012 | 5:42PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 121 | Wednesda | 4/4/2012 | 12:29PM | xxx-xxx-xxxx | INCOMING CL | 12 |
| 207 | Thursday | 4/12/2012 | 09:57PM | xxx-xxx-xxxx | INCOMING CL | 11 |
| 225 | Friday | 4/13/2012 | 03:04PM | xxx-xxx-xxxx | INCOMING CL | 8 |
| 273 | Monday | 4/16/2012 | 11:15AM | xxx-xxx-xxxx | FOREST IL | 16 |
| 279 | Monday | 4/16/2012 | 11:46AM | xxx-xxx-xxxx | FOREST IL | 3 |
| 307 | Tuesday | 4/17/2012 | 02:13PM | xxx-xxx-xxxx | FOREST IL | 2 |
| 311 | Tuesday | 4/17/2012 | 03:25PM | xxx-xxx-xxxx | INCOMING CL | 12 |
| 403 | Monday | 4/23/2012 | 09:35AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 405 | Monday | 4/23/2012 | 01:08PM | xxx-xxx-xxxx | FOREST IL | 1 |
| 225 | Tuesday | 5/8/2012 | 06:01PM | xxx-xxx-xxxx | FOREST IL | 13 |
| 285 | Friday | 5/11/2012 | 04:23PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 287 | Friday | 5/11/2012 | 04:27PM | xxx-xxx-xxxx | INCOMING CL | 17 |
| 369 | Tuesday | 5/15/2012 | 10:09PM | xxx-xxx-xxxx | FOREST IL | 3 |
| 381 | Wednesda | 5/16/2012 | 08:04PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 37 | Tuesday | 5/22/2012 | 12:31PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| 232 | Wednesda | 5/30/2012 | 10:04AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 270 | Thursday | 5/31/2012 | 10:32AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 426 | Wednesda | 6/6/2012 | 10:06AM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 15 | Monday | 6/11/2012 | 09:09AM | xxx-xxx-xxxx | FOREST IL | 2 |
| 19 | Monday | 6/11/2012 | 09:43AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 35 | Monday | 6/11/2012 | 12:57PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 39 | Monday | 6/11/2012 | 01:13PM | xxx-xxx-xxxx | FOREST IL | 3 |
| 171 | Friday | 6/15/2012 | 12:56PM | xxx-xxx-xxxx | FOREST IL | 2 |
| 251 | Monday | 6/18/2012 | 10:02AM | xxx-xxx-xxxx | FOREST IL | 5 |
| 34 | Thursday | 6/21/2012 | 12:23PM | xxx-xxx-xxxx | FOREST IL | 1 |
| 66 | Friday | 6/22/2012 | 10:04AM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 126 | Monday | 6/25/2012 | 09:53AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 296 | Thursday | 6/28/2012 | 02:27PM | xxx-xxx-xxxx | FOREST IL | 6 |
| 26 | Friday | 6/29/2012 | 12:53PM | xxx-xxx-xxxx | FOREST IL | 7 |
| 36 | Friday | 6/29/2012 | 02:12PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 232 | Friday | 7/6/2012 | 01:13PM | xxx-xxx-xxxx | FOREST IL | 7 |
| 238 | Sunday | 7/8/2012 | 12:29PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 274 | Tuesday | 7/10/2012 | 11:09AM | xxx-xxx-xxxx | FOREST IL | 5 |
| 276 | Tuesday | 7/10/2012 | 11:15AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 284 | Tuesday | 7/10/2012 | 12:58PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 113 | Thursday | 7/19/2012 | 02:12PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 119 | Thursday | 7/19/2012 | 04:35PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 139 | Friday | 7/20/2012 | 10:11AM | xxx-xxx-xxxx | FOREST IL | 2 |
| 149 | Friday | 7/20/2012 | 11:45AM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 189 | Saturday | 7/21/2012 | 11:51AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 191 | Saturday | 7/21/2012 | 11:57AM | xxx-xxx-xxxx | FOREST IL | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 219 | Monday | 7/23/2012 | 06:29AM | xxx-xxx-xxxx | FOREST IL | 10 |
| 221 | Monday | 7/23/2012 | 06:44AM | xxx-xxx-xxxx | INCOMING CL | 10 |
| 227 | Monday | 7/23/2012 | 08:30AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 251 | Tuesday | 7/24/2012 | 10:01AM | xxx-xxx-xxxx | FOREST IL | 1 |
| 285 | Tuesday | 7/24/2012 | 02:22PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 295 | Tuesday | 7/24/2012 | 05:27PM | xxx-xxx-xxxx | FOREST IL | 4 |
| 321 | Thursday | 7/26/2012 | 09:46AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 26 | Saturday | 7/28/2012 | 11:07AM | xxx-xxx-xxxx | FOREST IL | 40 |
| 82 | Tuesday | 7/31/2012 | 08:45AM | xxx-xxx-xxxx | INCOMING CL | 6 |
| 84 | Tuesday | 7/31/2012 | 08:59AM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 142 | Tuesday | 7/31/2012 | 05:14PM | xxx-xxx-xxxx | FOREST IL | 1 |
| 158 | Wednesda | 8/1/2012 | 09:32AM | xxx-xxx-xxxx | INCOMING CL | 15 |
| 286 | Friday | 8/3/2012 | 03:18PM | xxx-xxx-xxxx | FOREST IL | 5 |
| 49 | Tuesday | 8/7/2012 | 01:30PM | xxx-xxx-xxxx | FOREST IL | 1 |
| 51 | Tuesday | 8/7/2012 | 01:32PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| 53 | Tuesday | 8/7/2012 | 02:31PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 55 | Tuesday | 8/7/2012 | 02:32PM | xxx-xxx-xxxx | INCOMING CL | 8 |
| 59 | Tuesday | 8/7/2012 | 02:55PM | xxx-xxx-xxxx | FOREST IL | 1 |
| 61 | Tuesday | 8/7/2012 | 02:56PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| 65 | Tuesday | 8/7/2012 | 05:32PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| 77 | Wednesda | 8/8/2012 | 12:21PM | xxx-xxx-xxxx | FOREST IL | 4 |
| 261 | Wednesda | 8/15/2012 | 11:10AM | xxx-xxx-xxxx | INCOMING CL | 4 |
| 267 | Wednesda | 8/15/2012 | 12:08PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 269 | Wednesda | 8/15/2012 | 12:09PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| 326 | Thursday | 8/30/2012 | 11:06AM | xxx-xxx-xxxx | INCOMING CL | 3 |
| | Tuesday | 9/4/2012 | 06:24PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| | Friday | 9/7/2012 | 09:30AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| | Friday | 9/7/2012 | 09:36AM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 9/7/2012 | 09:37AM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 9/21/2012 | 10:43AM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Friday | 9/21/2012 | 02:45PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 9/21/2012 | 02:45PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Wednesda | 9/26/2012 | 09:16AM | xxx-xxx-xxxx | INCOMING CL | 7 |
| | Thursday | 9/27/2012 | 01:28PM | xxx-xxx-xxxx | FOREST IL | 10 |
| | Friday | 9/28/2012 | 08:24AM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 9/28/2012 | 08:25AM | xxx-xxx-xxxx | FOREST IL | 3 |
| | Saturday | 9/29/2012 | 01:57PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| | Monday | 10/1/2012 | 10:39AM | xxx-xxx-xxxx | INCOMING CL | 8 |
| | Monday | 10/1/2012 | 01:34PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Monday | 10/1/2012 | 02:05PM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Monday | 10/1/2012 | 03:02PM | xxx-xxx-xxxx | INCOMING CL | 7 |
| | Tuesday | 10/2/2012 | 08:59AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| | Wednesda | 10/3/2012 | 06:27PM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Monday | 10/8/2012 | 09:51AM | xxx-xxx-xxxx | INCOMING CL | 4 |
| | Monday | 10/8/2012 | 11:04AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| | Tuesday | 10/9/2012 | 10:39AM | xxx-xxx-xxxx | INCOMING CL | 14 |
| | Tuesday | 10/9/2012 | 12:23PM | xxx-xxx-xxxx | INCOMING CL | 3 |

| | | | | | |
|---|---|---|---|---|---|
| Tuesday | 10/9/2012 | 12:50PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Tuesday | 10/9/2012 | 06:15PM | xxx-xxx-xxxx | FOREST IL | 3 |
| Wednesda | 10/10/2012 | 04:45PM | xxx-xxx-xxxx | FOREST IL | 1 |
| Wednesda | 10/10/2012 | 05:01PM | xxx-xxx-xxxx | INCOMING CL | 8 |
| Thursday | 10/11/2012 | 11:01AM | xxx-xxx-xxxx | FOREST IL | 1 |
| Thursday | 10/11/2012 | 12:57PM | xxx-xxx-xxxx | FOREST IL | 2 |
| Thursday | 10/11/2012 | 01:16PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Thursday | 11/8/2012 | 10:49AM | xxx-xxx-xxxx | INCOMING CL | 7 |
| Sunday | 11/11/2012 | 01:39PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Sunday | 11/11/2012 | 01:40PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Sunday | 11/11/2012 | 01:40PM | xxx-xxx-xxxx | FOREST IL | 1 |
| Thursday | 11/15/2012 | 03:53PM | xxx-xxx-xxxx | INCOMING CL | 6 |
| Friday | 11/16/2012 | 01:33PM | xxx-xxx-xxxx | INCOMING CL | 9 |
| Monday | 11/19/2012 | 04:37PM | xxx-xxx-xxxx | INCOMING CL | 14 |
| Wednesda | 11/21/2012 | 03:37PM | xxx-xxx-xxxx | FOREST IL | 3 |
| Friday | 11/23/2012 | 01:08PM | xxx-xxx-xxxx | FOREST IL | 2 |
| Monday | 11/26/2012 | 01:28PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Monday | 11/26/2012 | 01:59PM | xxx-xxx-xxxx | FOREST IL | 4 |
| Tuesday | 11/27/2012 | 09:09AM | xxx-xxx-xxxx | INCOMING CL | 12 |
| Sunday | 12/2/2012 | 10:37AM | xxx-xxx-xxxx | FOREST IL | 7 |
| Wednesda | 12/5/2012 | 02:32PM | xxx-xxx-xxxx | FOREST IL | 1 |
| Wednesda | 12/5/2012 | 05:21PM | xxx-xxx-xxxx | FOREST IL | 22 |
| Friday | 12/7/2012 | 01:16PM | xxx-xxx-xxxx | FOREST IL | 9 |
| Tuesday | 12/11/2012 | 11:12AM | xxx-xxx-xxxx | FOREST IL | 14 |
| Tuesday | 12/11/2012 | 01:21PM | xxx-xxx-xxxx | FOREST IL | 2 |
| Tuesday | 12/11/2012 | 01:27PM | xxx-xxx-xxxx | INCOMING CL | 13 |
| Tuesday | 12/11/2012 | 01:51PM | xxx-xxx-xxxx | FOREST IL | 12 |
| Wednesda | 12/12/2012 | 08:41AM | xxx-xxx-xxxx | INCOMING CL | 13 |
| Wednesda | 12/12/2012 | 11:17AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Wednesda | 12/12/2012 | 12:03PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Wednesda | 12/12/2012 | 12:20PM | xxx-xxx-xxxx | FOREST IL | 13 |
| Wednesda | 12/12/2012 | 06:24PM | xxx-xxx-xxxx | INCOMING CL | 21 |
| Friday | 12/14/2012 | 09:01AM | xxx-xxx-xxxx | CALL WAIT | 2 |
| Friday | 12/14/2012 | 09:23AM | xxx-xxx-xxxx | FOREST IL | 3 |
| Friday | 12/14/2012 | 10:02AM | xxx-xxx-xxxx | FOREST IL | 6 |
| Monday | 12/17/2012 | 10:54AM | xxx-xxx-xxxx | FOREST IL | 20 |
| Monday | 12/17/2012 | 04:21PM | xxx-xxx-xxxx | FOREST IL | 6 |
| Tuesday | 12/18/2012 | 10:57AM | xxx-xxx-xxxx | INCOMING CL | 1 |
| Tuesday | 12/18/2012 | 11:01AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| Tuesday | 12/18/2012 | 01:38PM | xxx-xxx-xxxx | FOREST IL | 11 |
| Tuesday | 12/18/2012 | 08:06PM | xxx-xxx-xxxx | FOREST IL | 2 |
| Wednesda | 12/19/2012 | 01:08PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| Wednesda | 12/19/2012 | 01:26PM | xxx-xxx-xxxx | FOREST IL | 2 |
| Wednesda | 12/19/2012 | 02:01PM | xxx-xxx-xxxx | CALL WAIT | 7 |
| Wednesda | 12/19/2012 | 03:02PM | xxx-xxx-xxxx | FOREST IL | 2 |
| Wednesda | 12/19/2012 | 03:32PM | xxx-xxx-xxxx | FOREST IL | 1 |
| Thursday | 12/20/2012 | 12:29PM | xxx-xxx-xxxx | INCOMING CL | 11 |

| | Thursday | 12/20/2012 | 02:44PM | xxx-xxx-xxxx | INCOMING CL | 1 |
|---|---|---|---|---|---|---|
| | Thursday | 12/20/2012 | 04:02PM | xxx-xxx-xxxx | INCOMING CL | 13 |
| | Thursday | 12/27/2012 | 08:40AM | xxx-xxx-xxxx | FOREST IL | 52 |
| | Thursday | 12/27/2012 | 11:44AM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Thursday | 12/27/2012 | 12:34PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 12/28/2012 | 11:48AM | xxx-xxx-xxxx | INCOMING CL | 8 |
| | Friday | 12/28/2012 | 01:00PM | xxx-xxx-xxxx | FOREST IL | 7 |
| | Thursday | 1/3/2013 | 08:15AM | xxx-xxx-xxxx | INCOMING CL | 10 |
| | Thursday | 1/3/2013 | 03:01PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Sunday | 1/6/2013 | 03:03PM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Sunday | 1/6/2013 | 03:49PM | xxx-xxx-xxxx | FOREST IL | 3 |
| | Monday | 1/7/2013 | 12:46PM | xxx-xxx-xxxx | INCOMING CL | 5 |
| | Tuesday | 1/8/2013 | 02:16PM | xxx-xxx-xxxx | FOREST IL | 10 |
| | Saturday | 1/12/2013 | 11:57AM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 1/18/2013 | 03:35PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Monday | 1/21/2013 | 08:56AM | xxx-xxx-xxxx | CALL WAIT | 3 |
| | Tuesday | 1/22/2013 | 01:17PM | xxx-xxx-xxxx | INCOMING CL | 2 |
| | Monday | 1/28/2013 | 03:48PM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Wednesda | 1/30/2013 | 10:24AM | xxx-xxx-xxxx | CALL WAIT | 1 |
| | Wednesda | 1/30/2013 | 11:17AM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Wednesda | 1/30/2013 | 11:33AM | xxx-xxx-xxxx | FOREST IL | 3 |
| | Wednesda | 1/30/2013 | 11:46AM | xxx-xxx-xxxx | INCOMING CL | 5 |
| | Wednesda | 1/30/2013 | 12:56PM | xxx-xxx-xxxx | INCOMING CL | 1 |
| | Wednesda | 1/30/2013 | 01:00PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Friday | 2/1/2013 | 11:14AM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Monday | 2/4/2013 | 04:01PM | xxx-xxx-xxxx | FOREST IL | 2 |
| | Thursday | 2/7/2013 | 12:40PM | xxx-xxx-xxxx | INCOMING CL | 4 |
| | Thursday | 2/7/2013 | 03:25PM | xxx-xxx-xxxx | FOREST IL | 3 |
| | Monday | 2/25/2013 | 01:45PM | xxx-xxx-xxxx | INCOMING CL | 3 |
| | Wednesda | 2/27/2013 | 09:24AM | xxx-xxx-xxxx | INCOMING CL | 2 |
| | Thursday | 2/28/2013 | 03:02PM | xxx-xxx-xxxx | FOREST IL | 1 |
| | Thursday | 2/28/2013 | 03:55PM | xxx-xxx-xxxx | FOREST IL | 2 |
| total minutes | | | | | | 864 |
| | | | | | | |
| to/from [Redacted - alternate Gibbs Phone Number] | | | | | | |
| | | 14-Aug | 4:48 PM | xxx-xxx-xxxx | FOREST    IL | 11 |
| | | 16-Aug | 9:14 AM | xxx-xxx-xxxx | FOREST    IL | 1 |