UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. C-12-2396 EMC |
| Plaintiff, | |
| v. | **ORDER RE SERVICE OF PROCESS AND EVIDENTIARY HEARING** |
| JOE NAVASCA, | **(Docket No. 120)** |
| Defendant. | |

On October 16, 2013, this Court issued an order to show cause directed to Plaintiff AF Holdings LLC as well as individuals John Steele and Paul Hansmeier. The Court also set an evidentiary hearing on the order to show cause – *i.e.*, November 21, 2013, at 10:00 a.m. *See* Docket No. 120.

The Court hereby **VACATES** that hearing date and reschedules the evidentiary hearing for **December 19, 2013, at 10:00 a.m.** The Court also modifies the briefing schedule as follows: the response to the order to show cause shall be filed by November 21, 2013; the reply shall be filed by December 5, 2013.

In addition, the Court orders **both** AF and Defendant Joe Navasca to serve a copy of this order and the order of October 16, 2013, on Mr. Steele and Mr. Hansmeier. Service shall be effected on Mr. Steele and Mr. Hansmeier in compliance with Federal Rule of Civil Procedure 4. Service must be effected no later than October 31, 2013.

Furthermore, the Court hereby orders AF (including its counsel) to immediately notify Mr. Steele and Mr. Hansmeier by (1) e-mail and (2) by telephone or other voice-to-voice contact of the order to show cause and the evidentiary hearing. If AF (including its counsel) has found other

means of communicating with Mr. Steele and Mr. Hansmeier successful (*e.g.*, in obtaining affidavits to submit to this Court), AF should also provide notice by those means as well.

      Proofs of service from both AF and Mr. Navasca confirming service as ordered above shall be filed no later than November 1, 2013. In addition, AF shall provide a declaration certifying notification as ordered above no later than November 1, 2013.

      IT IS SO ORDERED.

Dated: October 17, 2013

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California

2