Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVASCA <br><br> Defendants. | Case No. 3:12-cv-02396-EMC <br><br> **DECLARATION OF NICHOLAS RANALLO** |

I, Nicholas R. Ranallo am over the age of 18, have personal knowledge of the facts alleged herein, and hereby declare as follows:

1. I am a member in good standing of the State Bar of California, duly admitted to the practice of law in the state and federal courts of the State of California.

2. On October 16, 2013, this Court issued an Order Adopting Report and Recommendation Granting Defendant's Motion for Sanctions (ECF No. 120, hereinafter "First Order").

3. On October 17, 2013, this Court issued an Order Re: Service of Process and Evidentiary Hearing (ECF No. 122, hereinafter "Second Order").

CERTIFIED MAIL - FIRST MAILING

4. On October 17, 2013, without knowledge of the Second Order, I mailed a copy of only the First Order to Mr. Steele and Mr. Hansmeier, each via Certified Mail with a return receipt requested, to the following known addresses:

    a)     Paul Hansmeier, 225 Portland Avenue South, Minneapolis, MN 55401;

    b)     Paul Hansmeier, c/o Class Action Justice, 40 South 7th Street, Suite 212-213, Minneapolis, MN 55402.

    c)     John L. Steele, 1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139

5. A true and correct copy of the respective receipts for the mailing described in paragraph four is annexed hereto as Exhibit A.

6. The Portland Avenue address for Paul Hansmeier identified in ¶4(a) was the address given by Mr. Hansmeier during his 30(b)(6) testimony in this matter.

7. The remaining addresses for Mr. Steele and Mr. Hansmeier are the addresses that each has identified as his current mailing address in pending federal litigation, including Cooper v. Steele, 0:13-cv-02622-SRN-LIB in the District of Minnesota.

8. After the First Order was mailed, as described above, I became aware of the Second Order.

CERTIFIED MAIL - SECOND MAILING

9. On October 18, 2013, I created a second mailing including both the First Order and the Second Order.

10. On October 18th, 2013, a copy of the First Order and the Second Order were sent together, via Certified Mail with a return receipt requested, to the following known addresses:

    a)     Paul Hansmeier, 225 Portland Avenue South, Apt. 507, Minneapolis, MN 55401;

    b)     Paul Hansmeier, c/o Class Action Justice, 40 South 7th Street, Suite 212-213, Minneapolis, MN 55402; and

    c)     John L. Steele, 1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139

11. A true and correct copy of the Certified Mail Receipts for the second mailing is annexed hereto as Exhibit B.

RETURN RECEIPTS RECEIVED

12. I received return receipts evidencing successful delivery of both mailings to Mr. Steele, at

1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139. Copies of both receipts are annexed hereto as Exhibit C.

13. I likewise received return receipts evidencing successful delivery of both mailings to Mr. Hansmeier, c/o Class Action Justice Institute, 40 South 7th Street Suite 212-213, Minneapolis, MN 55402. Copies of both receipts are annexed hereto as Exhibit D.

14. I received one return receipt from the Portland Avenue address given by Mr. Hansmeier, presumably signed by the new tenant. The other envelope was returned unopened to my office.

PERSONAL SERVICE ON MR. HANSMEIER

15. In addition to service via Certified Mail, as described above, I also arranged to have Mr. Hansmeier served in-person on October 21, 2013, as he was known to be appearing in federal court in the District of Minnesota on that date.

16. Mr. Hansmeier was personally served with the First and Second Order on October 21, 2013, as further described in the Declaration of Paul Godfread, annexed hereto as Exhibit E.

PERSONAL SERVICE ON MR. STEELE

17. In addition to service via Certified Mail, return receipt described above, I also attempted to have Mr. Steele served personally at addresses he had identified in Florida.

18. The affidavits of the process server, Dionisio Delgado, are annexed hereto as Exhibit F.

19. The first address was derived from a deed that is on file with Miami-Dade county, wherein Mr. Steele's address is identified as 50 Samana Drive, Miami FL 33133. A copy of this document is annexed hereto as Exhibit G.

20. The second address, 1111 Lincoln Road, is the address identified by Mr. Steele in his various federal filings.

21. After personal service was unsuccessful at these initial addresses, I authorized the process servers to perform a skip trace on Mr. Steele.

22. Upon information and belief, this trace identified the third address, 1717 N. Bayshore Dr. Apt

1154, Miami, FL 33132.

23. As described in the affidavit of Dionision Delgado, Mr. Steele personal service at this address has not yet been completed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Respectfully submitted,

DATED: November 1, 2013

                                              Executed this day at Boulder Creek, California, by

                                              */s/ Nicholas R. Ranallo*

                                              Nicholas Ranallo, Declarant

DECLARATION OF NICHOLAS RANALLO