# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MINNEAPOLIS MN 55401

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.32 | 0093 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.97 | 10/17/2013 |

Sent To Paul Hansmeier
Street, Apt. No.; or PO Box No. 225 Portland Ave South
City, State, ZIP+4 Minneapolis, MN 55401

7012 3460 0000 3405 4706

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MIAMI BEACH FL 33139

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.32 | 0093 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.97 | 10/17/2013 |

Sent To John L Steele
Street, Apt. No.; or PO Box No. 1111 Lincoln Rd - Suite 400
City, State, ZIP+4 Miami Beach, FL 33139

7012 3460 0000 3405 4713

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MINNEAPOLIS MN 55402

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.52 | 0093 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.17 | 10/17/2013 |

Sent To Paul Hansmeier c/o Class Action Justice
Street, Apt. No.; or PO Box No. 40 South 7th Suite 212-213
City, State, ZIP+4 Minneapolis MN 55402

7012 3460 0000 3405 4720

PS Form 3800, August 2006    See Reverse for Instructions

---

Boulder Creek Post Office
BOULDER CREEK, California
950069998
0568370093 -0098
10/17/2013   (800)275-8777   11:38:40 AM

——————— Sales Receipt ———————

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MINNEAPOLIS MN 55402 Zone-7 First-Class Mail Large Env 3.10 oz. Scheduled Delivery Day: Mon 10/21/13 | | | $1.52 |
| Return Rcpt (Green Card) | | | $2.55 |
| @@ Certified | | | $3.10 |
| Label #: | 70123460000034054720 | | |
| | | | ======== |
| Issue PVI: | | | $7.17 |
| MINNEAPOLIS MN 55401 Zone-7 First-Class Mail Large Env 3.00 oz. Scheduled Delivery Day: Mon 10/21/13 | | | $1.32 |
| Return Rcpt (Green Card) | | | $2.55 |
| @@ Certified | | | $3.10 |
| Label #: | 70123460000034054706 | | |
| | | | ======== |
| Issue PVI: | | | $6.97 |
| MIAMI BEACH FL 33139 Zone-8 First-Class Mail Large Env 3.00 oz. Scheduled Delivery Day: Mon 10/21/13 | | | $1.32 |
| Return Rcpt (Green Card) | | | $2.55 |
| @@ Certified | | | $3.10 |
| Label #: | 70123460000034054713 | | |
| | | | ======== |
| Issue PVI: | | | $6.97 |
| Total: | | | $21.11 |