# Exhibit B

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7013 0600 0000 1925 7720

| | |
|---|---|
| Postage | $1.52 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.17 |

Postmark Here — 10/18/2013 — CAPITOLA CA 95010-9998

Sent To: John Steele
Street, Apt. No.; or PO Box No.: 1111 Lincoln Road, Suite 400
City, State, ZIP+4: Miami Beach, FL 33139

PS Form 3800, August 2006 — See Reverse for Instructions

---

```
         Capitola Post Office
         Capitola, California
              950109998
         0568370110 -0095
10/18/2013   (800)275-8777   09:58:30 AM
```

```
                    Sales Receipt
Product            Sale  Unit        Final
Description        Qty   Price       Price

MIAMI BEACH FL 33139 Zone-8          $1.52
First-Class Mail Large Env
3.50 oz.
Scheduled Delivery Day: Mon 10/21/13
Return Rcpt (Green Card)             $2.55
@@ Certified                         $3.10
Label #:        70130600000019257720
                                  ========
Issue PVI:                           $7.17

MINNEAPOLIS MN 55402 Zone-7          $1.52
First-Class Mail Large Env
3.50 oz.
Scheduled Delivery Day: Mon 10/21/13
Return Rcpt (Green Card)             $2.55
@@ Certified                         $3.10
Label #:        70130600000019257713
                                  ========
Issue PVI:                           $7.17

MINNEAPOLIS MN 55401 Zone-7          $1.52
First-Class Mail Large Env
3.50 oz.
Scheduled Delivery Day: Mon 10/21/13
Return Rcpt (Green Card)             $2.55
@@ Certified                         $3.10
Label #:        70130600000019257706
                                  ========
Issue PVI:                           $7.17

Total:                              $21.51

Paid by:
VISA                                $21.51
   Account #:      XXXXXXXXXXXX4335
   Approval #:     118185
   Transaction #:  849
23 903460145
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7013 0600 0000 1925 7713

| | |
|---|---|
| Postage | $1.52 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.17 |

Postmark Here — 10/18/2013 — CAPITOLA CA 95010-9998

Sent To: P. Hansmeier c/o Class Action Just. Inst.
Street, Apt. No.; or PO Box No.: 40 South 7th St., Suite 212-213
City, State, ZIP+4: Minneapolis, MN 55402

PS Form 3800, August 2006 — See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7013 0600 0000 1925 7706

| | |
|---|---|
| Postage | $1.52 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.17 |

Postmark Here — 10/18/2013 — CAPITOLA CA 95010-9998

Sent To: Paul Hansmeier
Street, Apt. No.; or PO Box No.: 225 Portland Ave S, #507
City, State, ZIP+4: Minneapolis, MN 55401

PS Form 3800, August 2006 — See Reverse for Instructions