# Exhibit D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Hansmeier
   c/o Class Action Justice Inst.
   40 South 7th St., Suite 212-213
   Minneapolis, MN 55402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 10.21.13
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0000 1925 7713

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Hansmeier c/o Class
   Action Justice Inst.
   40 South 7th St
   Suite 212-213
   Minneapolis, MN 55402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X *[signature]* ☑ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 10.21.13
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0000 3405 4720

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540