# Exhibit F

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**AF HOLDINGS LLC**

          Plaintiff,

vs.

**JOE NAVASCA**

          Defendant.

_____/

Case No.: C-12-2396 EMC

**VERIFIED RETURN OF NON-SERVICE**

\*896517\*

Pursuant to the request of **NICHOLAS RANALLO, ATTORNEY AT LAW**, received this process on **10/18/2013** at **4:13 PM** to be served upon:

**JOHN LAWRENCE STEELE**

STATE OF FLORIDA
COUNTY OF DADE        ss.

I, **Dionisio Delgado**, depose and say that:
On **10/21/2013** at **5:42 PM**, I non-served the within **ORDER ADOPTING REPORT AND RECOMENDATION GRANTING DEFEDANT'S MOTION FOR SANCTIONS/ORDER RE SERVICE OF PROCESS AND EVEDENTIARY HEARING** on **JOHN LAWRENCE STEELE** at **50 SAMANA DRIVE , MIAMI, FL 33133** for the reason(s) indicated below:

Comments/Prev. Attempts: **DEFENDANT IS UNKNOWN AT THE ADDRESS LISTED ABOVE AS PER CURRENT TENANTS. WHEN ASKED, TENANT STATED DEFENDANT IS UNKNOWN.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Non-Service and that the facts stated in it are true.

X_____
**Dionisio Delgado** - Cert/Appt#: 1024 - Dade County
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA, P.I., INC.; 161 BENTLEY DRIVE; MIAMI SPRINGS, FL 33166; 305-871-6477

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC

        Plaintiff,

vs.

JOE NAVASCA

        Defendant.

_____/

Case No.: C-12-2396 EMC

**VERIFIED RETURN OF NON-SERVICE**

*896537*

Pursuant to the request of **NICHOLAS RANALLO, ATTORNEY AT LAW**, received this process on **10/21/2013** at **3:42 PM** to be served upon:

**JOHN LAWRENCE STEELE**

STATE OF FLORIDA
COUNTY OF DADE    ss.

I, **Dionisio Delgado**, depose and say that:
On **10/22/2013** at **1:55 PM**, I non-served the within **ORDER ADOPTING REPORT AND RECOMENDATION GRANTING DEFEDANT'S MOTION FOR SANCTIONS/ORDER RE SERVICE OF PROCESS AND EVEDENTIARY HEARING** on **JOHN LAWRENCE STEELE** at **1111 LINCOLN ROAD, SUITE 400, MIAMI BEACH, FL 33140** for the reason(s) indicated below:

Comments/Prev. Attempts: **1111 LINCOLN ROAD, 4TH FLOOR IS REGUS OFFICE SOLUTIONS. THIS IS A VIRTUAL OFFICE. DEFENDANT IS UNKNOWN AT ADDRESS.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Non-Service and that the facts stated in it are true.

X_____
**Dionisio Delgado** - Cert/Appt#: 1024 - Dade County
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA, P.I., INC.; 161 BENTLEY DRIVE; MIAMI SPRINGS, FL 33166; 305-871-6477

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**AF HOLDINGS LLC**

        Plaintiff,

vs.

**JOE NAVASCA**

        Defendant.

_____/

**Case No.: C-12-2396 EMC**

**VERIFIED RETURN OF NON-SERVICE**



*896538*

Pursuant to the request of **NICHOLAS RANALLO, ATTORNEY AT LAW**, received this process on **10/25/2013** at **4:43 PM** to be served upon:

**JOHN LAWRENCE STEELE**

STATE OF FLORIDA
COUNTY OF DADE    ss.

I, **Dionisio Delgado**, depose and say that:
On **10/30/2013** at **7:35 PM**, I non-served the within **ORDER ADOPTING REPORT AND RECOMENDATION GRANTING DEFEDANT'S MOTION FOR SANCTIONS/ORDER RE SERVICE OF PROCESS AND EVEDENTIARY HEARING** on **JOHN LAWRENCE STEELE** at **1717 N. BAYSHORE DR, APT 1154 , MIAMI, FL 33132** for the reason(s) indicated below:

Comments/Prev. Attempts: **UNABLE TO FIND ANYONE IN THE APARTMENT AND SERVICE HAS NOT BEEN EFFECTUATED ON MR. STEELE. DEFENDANT IS LISTED WITH SECURITY / FRONT DESK AT THIS ADDRESS. THIS BUILDING IS KNOWN AS THE GRAND. THIS IS AN EXCLUSIVE BUILDING AND IF THE PERSON'S NAME IS NOT LISTED WITH SECURITY / FRONT DESK, PROCESS SERVERS ARE NOT ALLOWED UPSTAIRS.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Non-Service and that the facts stated in it are true.

X_____
**Dionisio Delgado** - Cert/Appt#: 1024 - Dade County
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA, P.I., INC.; 161 BENTLEY DRIVE; MIAMI SPRINGS, FL 33166; 305-871-6477

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C-12-2396 EMC

**AF HOLDINGS LLC**

896538

VS

**JOE NAVASCA**

### AFFIDAVIT OF ATTEMPTED SERVICE

I, DIONISIO DELGADO, having been first duly sworn do state the following that:

I am over the age of eighteen years and have no interest in the outcome of the above referenced cause.

All of the facts stated herein are true and correct.

On October 18th, 2013, at 3:30 p.m., I received ORDER ADOPTING REPORT AND RECOMENDATION GRANTING DEFEDANT'S MOTION FOR SANCTIONS/ORDER RE SERVICE OF PROCESS AND EVEDENTIARY HEARING, to be delivered to JOHN LAWRENCE STEELE, 50 SAMANA DRIVE. MIAMI, FL 33133

The following are my attempts to deliver said documents to the Defendant.

| Date | Time | Results |
|---|---|---|
| 10/21/2013 | 5:42 pm | **50 SAMANA DRIVE. MIAMI, FL 33133:** DEFENDANT IS UNKNOWN AT THE ADDRESS LISTED ABOVE AS PER CURRENT TENANTS. WHEN ASKED, TENANT STATED DEFENDANT IS UNKNOWN. |
| 10/22/2013 | 1:55 p.m. | **1111 LINCOLN ROAD, SUITE 400. MIAMI BEACH, FL 33140:** 1111 LINCOLN ROAD, 4TH FLOOR IS REGUS OFFICE SOLUTIONS. THIS IS A VIRTUAL OFFICE. DEFENDANT IS UNKNOWN AT ADDRESS. |
| 10/25/2013 | 11:00 a.m. | SKIP TRACE RAN AND LOCATED NEW POSSIBLE ADDRESS: **1717 N. BAYSHORE DR, APT 1154. MIAMI, FL 33132** |
| 10/26/2013 | 1:52 p.m. | **1717 N. BAYSHORE DR, APT 1154. MIAMI, FL 33132:** NO RESPONSE OR ACTIVITY NOTED. DEFENDANT IS LISTED WITH SECURITY / FRONT DESK AT THIS ADDRESS. THIS BUILDING IS KNOWN AS THE GRAND. THIS IS AN EXCLUSIVE BUILDING AND IF THE PERSON'S NAME IS |

|  |  |  |
|---|---|---|
|  |  | NOT LISTED WITH SECURITY / FRONT DESK, PROCESS SERVERS ARE NOT ALLOWED UPSTAIRS. |
| 10/27/2013 | 8:32 a.m. | **1717 N. BAYSHORE DR, APT 1154. MIAMI, FL 33132:** NO RESPONSE OR ACTIVITY NOTED. DEFENDANT IS LISTED WITH SECURITY / FRONT DESK AT THIS ADDRESS. THIS BUILDING IS KNOWN AS THE GRAND. THIS IS AN EXCLUSIVE BUILDING AND IF THE PERSON'S NAME IS NOT LISTED WITH SECURITY / FRONT DESK, PROCESS SERVERS ARE NOT ALLOWED UPSTAIRS. |
| 10/28/2013 | 8:28 p.m. | **1717 N. BAYSHORE DR, APT 1154. MIAMI, FL 33132:** NO RESPONSE OR ACTIVITY NOTED. DEFENDANT IS LISTED WITH SECURITY / FRONT DESK AT THIS ADDRESS. THIS BUILDING IS KNOWN AS THE GRAND. THIS IS AN EXCLUSIVE BUILDING AND IF THE PERSON'S NAME IS NOT LISTED WITH SECURITY / FRONT DESK, PROCESS SERVERS ARE NOT ALLOWED UPSTAIRS. |
| 10/30/2013 | 3:15 p.m. | **1717 N. BAYSHORE DR, APT 1154. MIAMI, FL 33132:** NO RESPONSE OR ACTIVITY NOTED. DEFENDANT IS LISTED WITH SECURITY / FRONT DESK AT THIS ADDRESS. THIS BUILDING IS KNOWN AS THE GRAND. THIS IS AN EXCLUSIVE BUILDING AND IF THE PERSON'S NAME IS NOT LISTED WITH SECURITY / FRONT DESK, PROCESS SERVERS ARE NOT ALLOWED UPSTAIRS. |

NOTES: UNABLE TO FIND ANYONE 1717 N. BAYSHORE DR, APT 1154. MIAMI, FL 33132 AND SERVICE HAS NOT BEEN EFFECTUATED ON MR. STEELE. DEFENDANT IS LISTED WITH SECURITY / FRONT DESK AT THIS ADDRESS. THIS BUILDING IS KNOWN AS THE GRAND. THIS IS AN EXCLUSIVE BUILDING AND IF THE PERSON'S NAME IS NOT LISTED WITH SECURITY / FRONT DESK, PROCESS SERVERS ARE NOT ALLOWED UPSTAIRS.

Further the Affiant saith not.

_____
DIONISIO DELGADO CPS #1024

SUBSCRIBED AND SWORN TO ME BEFORE ME THIS 1st DAY OF November, 2013 BY AFFIANT WHO IS PERSONALLY KNOWN TO ME.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:



NELSON ARRILLAGA
Notary Public - State of Florida
My Comm. Expires Jul 6, 2014
Commission # EE 6386