# Exhibit G

CFN: 20130313328 BOOK 28593 PAGE 220
DATE:04/22/2013  11:42:53 AM
DEED DOC 4,596.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and return to:
Santiago Eljaiek III, Esq.
Marin, Eljaiek & Lopez, P.L.
2601 South Bayshore Drive
Suite 850
Coconut Grove, FL  33133
305-444-5969

File Number: 0020-003

_____

(Space Above This Line For Recording Data)

# Warranty Deed

   **This Warranty Deed** made this 17th day of April, 2013, between **Julio E. Diaz and Elizabeth M. Diaz, his wife** whose post office address is **34 Old House Creek Drive, Hilton Head Island, SC 29026**, grantor, and **John Steele and Kerry Steele, husband and wife** whose post office address is **50 Samana Drive, Miami, Florida 33133**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **Miami-Dade County, Florida**, to-wit:

   Lot 6, Block 3, BAY HEIGHTS, according to the plat thereof as recorded in Plat Book 50, Page 93, Public Records of Miami-Dade County, Florida.

   Parcel Identification Number: 01-4114-006-0310


**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto or appertaining.

**TO HAVE AND TO HOLD**, the same unto Grantee, its heirs, legal representatives, successors and assigns, in a fee simple forever.

**AND** Grantors hereby fully warrant the title to the Property and will defend the same against the lawful claims of all persons whomsoever.

*Warranty Deed* - Page 1

CFN: 20130313328 BOOK 28593 PAGE 221

**IN WITNESS WHEREOF,** Grantors have executed this warranty deed the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _Vanessa L. Martin_

Witness Name: _L. Lancri_

_____
Julio E. Diaz, by Santiago Eljaiek III, Esq., as Attorney-in-Fact

Witness Name: _Vanessa L. Martin_

Witness Name: _L. Lancri_

_____
Elizabeth M. Diaz, by Santiago Eljaiek III, Esq., as Attorney-in-Fact

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 17th day of April, 2013, by **Santiago Eljaiek III, Esq.**, who (✓) are personally known to me or ~~have produced~~ _____ as identification.



VANESSA L. MARTIN
MY COMMISSION # EE 195173
EXPIRES: July 18, 2016
Bonded Thru Notary Public Underwriters

_____
Notary Public
Printed Name: _Vanessa L. Martin_
My Commission Expires: _7-18-2016_

*Warranty Deed* - Page 2