Paul Duffy (Bar No. 224159)
2 N. LaSalle Street
13th Floor
Chicago, IL  60602
E-mail: pduffy@pduffygroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVSCA, <br><br> Defendant. | Case No.   CV-12-2396 EMC <br><br> **DECLARATION OF PAUL DUFFY** <br><br> Hon, Edward M. Chen <br><br> Magistrate Judge Nandor J. Vadas |

I, Paul A. Duffy, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and competent to testify as to the matters set forth herein.  I make this declaration on the basis of my personal knowledge and, if called, would be prepared to testify as follows.

2. This declaration is in accordance with the Court's order dated October 17, 2013 in this case (ECF #122) (the "Order").

3. In accordance with the Order, the undersigned immediately notified

- 1 -

Mr. Steele and Mr. Hansmeier by (1) e-mail and (2) by telephone or other voice-to-voice contact of the order to show cause and the evidentiary hearing.

    4.    The undersigned has not found other means of communicating with Mr. Steele and Mr. Hansmeier successful.

    5.    In accordance with the Order, this is to certify notification as ordered.

Respectfully Submitted,

                          s/ Paul A. Duffy

Dated:  November 1, 2013
At:  Chicago, Cook County, Illinois