Paul Duffy (Bar No. 224159)
2 N. LaSalle Street
13th Floor
Chicago, IL 60602
E-mail: pduffy@pduffygroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, <br> Plaintiff, <br> v. <br> JOE NAVSCA, <br> Defendant. | Case No. CV-12-2396 EMC <br><br> **SUPPLEMENTAL DECLARATION OF PAUL DUFFY** <br><br> Hon, Edward M. Chen <br><br> Magistrate Judge Nandor J. Vadas |

I, Paul A. Duffy, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and competent to testify as to the matters set forth herein. I make this declaration on the basis of my personal knowledge and, if called, would be prepared to testify as follows.

2. This Supplemental Declaration is in accordance with the Court's order dated October 17, 2013 in this case (ECF #122) (the "Order").

3. In accordance with the Order, the undersigned filed a Declaration on

- 1 -

or about November 1, 2013 stating that the undersigned immediately notified Mr. Steele and Mr. Hansmeier by (1) e-mail and (2) by telephone or other voice-to-voice contact of the order to show cause and the evidentiary hearing. The undersigned further stated that he had not found other means of communicating with Mr. Steele and Mr. Hansmeier successful.

4. The undersigned's understanding as of November 1, 2013 was that the October 17, 2013 Order required him, as AF's counsel, to serve a copy of the Court's order in the fashion set forth in Paragraph 3 above. The undersigned further believed that the Order required the Plaintiff, AF, to serve a copy of the Order upon the two individuals; that portion of the Order did not specifically reference AF's counsel. This Amended Declaration is submitted for purposes of informing the Court that the undersigned has now, as of the date hereof, served Mr. Steele and Mr. Hansmeier in the fashion set forth at Federal Rule of Civil Procedure 4(e)(1) by sending a copy of the Order to each of them by first-class mail, postage prepaid, requiring a return receipt. *See* Cal. Code Civ. Proc. § 415.40; ECF 120, p. 14, lines 8-10.

Respectfully Submitted,

s/ Paul A. Duffy

Dated: November 18, 2013
At: Chicago, Cook County, Illinois