Paul Duffy (Bar No. 224159)
2 N. LaSalle Street
13th Floor
Chicago, IL 60602
E-mail: pduffy@pduffygroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | Case No. CV-12-2396 EMC |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF PAUL DUFFY** |
| JOE NAVSCA, | Hon, Edward M. Chen |
| Defendant. | Magistrate Judge Nandor J. Vadas |

I, Paul Duffy, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and competent to testify as to the matters set forth herein. I make this declaration on the basis of my personal knowledge and, if called, would be prepared to testify as follows.

2. This Supplemental Declaration is in accordance with the Court's telephonic request to the undersigned that he provide additional information in connection with his November 18, 2013 Declaration, to state the addresses to

- 1 -

1   which he mailed the Court's October 17, 2013 Order (ECF #122) (the "Order").

2      3.    The undersigned mailed the Order (in the manner set forth in his November 18, 2013 Supplemental Declaration) to Paul Hansmeier at the following address: 900 IDS Center; 80 S. 8th Street; Minneapolis, Minnesota, 55402.

     4.    The undersigned mailed the Order (in the manner set forth in his November 18, 2013 Supplemental Declaration) to John Steele at 1111 Lincoln Road, Suite 400, Miami Beach, Florida, 33139.

Respectfully Submitted,

                                    s/ Paul A. Duffy

Dated: November 26, 2013
At: Chicago, Cook County, Illinois

**SUPPLEMENTAL DECLARATION OF PAUL DUFFY**
12-CV-2396 EMC

-2-