Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Joe Navasca

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> JOE NAVASCA <br><br> Defendants. | Case No. 3:12-cv-02396-EMC <br><br> Judge: Honorable Edward Chen |

## **DEFENDANT JOE NAVASCA'S NOTICE OF SATISFACTION OF JUDGMENT**

Defendant Joe Navasca, by and through his undersigned attorney of record, acknowledges satisfaction of the Judgment against plaintiff AF Holdings, LLC for attorney's fees and costs entered in this matter on July 22, 2013.


DATED: December 5, 2013          NICHOLAS RANALLO, ATTORNEY AT LAW


                              By: _____/s/ Nicholas Ranallo
                                   Nicholas Ranallo (Cal Bar # 275016)
                                   Attorney for Joe Navasca
                                   371 Dogwood Way
                                   Boulder Creek, CA 95006
                                   (831) 703-4011
                                   Fax: (831) 533-5073
                                   nick@ranallolawoffice.com

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on this 5th day of December, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/ Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law